# LAW OFFICE
## OF
### JOHN M. LaROSA
Two East 7th Street, Suite 302
Wilmington, Delaware 19801-3707

PHONE: (302) 888-1290   LICENSED IN DE, PA, AND NJ
FAX:   (302) 655-9329   INTERNET: WWW.LaRosaLaw.com

November 29, 2007

**VIA CM/ECF AND U.S. MAIL**
The Honorable Mary Pat Thynge
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

RE:  Tobin v. Gordon, et al., C.A. No. 04-1211-***
     **Rule 16 Scheduling Order and Teleconference Scheduled for December 7, 2007**

Dear Judge Thynge:

The above captioned matter is scheduled for a teleconference on December 7, 2007, to enter a scheduling order. The County and the individual defendants have failed to cooperate in framing a scheduling order. Attached is my draft order and the related correspondence for your use at the upcoming teleconference.

Very truly yours,

John M. LaRosa

Enclosures

cc:  Thomas S. Neuberger, Esquire (via hand delivery)
     Stephen J. Neuberger, Esquire (via hand delivery)
     William W. Bowser, Esquire (via CM/ECF)
     Charles E. Butler, Esquire (via CM/ECF)
     Kathleen M. Jennings, Esquire (via CM/ECF)
     Chief Henry V. Tobin III (via U.S. Mail)