**EXHIBIT A**

# LAW OFFICE
## OF
## JOHN M. LaROSA
Two East 7th Street, Suite 302
Wilmington, Delaware 19801-3707

PHONE: (302) 888-1290         LICENSED IN DE, PA, AND NJ
FAX:   (302) 655-9329         INTERNET: www.LaRosaLaw.com

November 17, 2007

William W. Bowser, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801

Charles E. Butler, Esquire
1224 North King Street
Wilmington, DE 19801

Kathleen M. Jennings, Esquire
OBERLY JENNINGS & RHODUNDA, P.A.
800 Delaware Avenue, Suite 901
Wilmington, DE 19801

RE:   Tobin v. Gordon, et al. C.A. No. 04-1211 ***
      **Joint Proposed Scheduling Order and Consent to Jurisdiction of Magistrate**

Dear Counsel:

As you know, Judge Thynge has lifted the stay, ordered a Rule 16 teleconference, and asked counsel to prepare a joint proposed scheduling order by December 4th for our above captioned case. Enclosed for your review is Plaintiff's draft proposed scheduling order with proposed dates. Please review and return this to me with your input by Tuesday, November 27th.

William W. Bowser, Esquire
Charles E. Butler, Esquire
Kathleen M. Jennings, Esquire
November 17, 2007
Page 2

In addition to the deadlines in the case, we also need to decide on its trial judge. Plaintiff's lead counsel Thomas Neuberger informed me that in <u>Reyes v. Freebery</u>, C.A. No. 02-1283 SLR, all defense counsel agreed that consent to the jurisdiction of the Magistrate Judge was a good idea. Here too, Plaintiff's counsel is willing to consent to the jurisdiction of the Magistrate Judge as the trial judge in this case. Please confirm that Defendants are amenable to this as well.

I look forward to hearing from you.

Very truly yours,

*/s/ John M. LaRosa*

John M. LaRosa

Enclosures

cc:  Thomas S. Neuberger, Esquire (via hand delivery, w/o enclosures)
     Chief Henry V. Tobin III (via U.S. mail, w/enclosures)