**EXHIBIT C**

## John M. LaRosa, Esquire

**From:** "Stephen J. Neuberger" <SJN@neubergerlaw.com>
**To:** "Thomas S. Neuberger" <TSN@neubergerlaw.com>; "Cheryl Hertzog" <CherylH@neubergerlaw.com>; "John M. LaRosa, Esquire" <JLR@LaRosaLaw.com>
**Sent:** Monday, November 26, 2007 1:03 PM
**Subject:** FW: Tobin v. Gordon

-----Original Message-----
From: DiBianca, Margaret [mailto:mdibianca@ycst.com]
Sent: Monday, November 26, 2007 12:49 PM
To: Stephen J. Neuberger
Cc: Bowser, William; kjennings@ojlaw.com; ceb@cebutler.com; Wilson, Gregg
Subject: Tobin v. Gordon

Good afternoon,

I am writing in regards to the proposed scheduling order you forwarded before the holiday in the above-referenced matter.


> As you may know, the Defendants filed a Motion to Dismiss, which, in
> part, was based on grounds of qualified immunity in a related matter,
> Jamison v. Gordon. We expect to likely do the same for the Riddell
> and Tobin cases. Due to the qualified immunity issues, we will ask
> the Court to refrain from issuing a scheduling order until those
> motions have been decided.
>
> If you are amenable, Defendants would agree to Judge Thygne's
> jurisdiction if Plaintiff would agree to submit a jointly proposed
> briefing schedule in lieu of the proposed scheduling order.
>
> Please let me know if Plaintiff may be interested in such an
> agreement.
>
> Thank you,
>
> Molly DiBianca
>
> Margaret M. DiBianca, Esq.
> Young Conaway Stargatt & Taylor, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE  19899-0391
> Phone: 302-571-5008
> Facsimile: 302-576-3476
> mdibianca@ycst.com

11/28/2007

```
>
> This message may contain confidential attorney-client communications
> or other protected information.  If you believe you are not an
> intended recipient (even if this message was sent to your e-mail
> address), you may not use, copy, or retransmit it.  If you believe you
> received this message by mistake, please notify us by return e-mail,
> and then delete this message.  Thank you for your cooperation.
>
```