IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHIEF HENRY V. TOBIN III,<br><br>            Plaintiff,<br><br>    v.<br><br>THOMAS P. GORDON, individually and in his official capacity; SHERRY FREEBERY, individually and in her official capacity; COLONEL JOHN L. CUNNINGHAM, RETIRED, individually; COLONEL DAVID F. MCALLISTER, individually and in his official capacity; and NEW CASTLE COUNTY, a municipal corporation,<br><br>            Defendants. | Civil Action No.: 04-1211-MPT |

**DEFENDANTS' MOTION TO DISMISS**

Defendants, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, move to dismiss Plaintiff's Amended Complaint in its entirety. The reasons for this request are set forth more fully in Defendants' Brief in Support of Their Motion to Dismiss, filed contemporaneously with this Motion.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ William W. Bowser*
William W. Bowser, Esquire (No. 2239)
Margaret M. DiBianca, Esquire (No. 4539)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6601
Facsimile: (302) 576-3282
E-mail: wbowser@ycst.com
*Attorneys for Defendants New Castle County, Sherry Freebery, Thomas P. Gordon, and Colonel David F. McAllister, each in their official capacities*

[Signature continued on following page]

CHARLES E. BUTLER, ESQUIRE

*/s/ Charles E. Butler*
Charles E. Butler, Esquire (Bar I.D. 2349)
1224 North King Street
Wilmington, Delaware 19801
Telephone: (302) 655-4100
Facsimile: (302) 655-4212
E-mail: ceb@cebutler.com
*Attorneys for Defendants Sherry Freebery, Thomas P. Gordon, and Colonel David F. McAllister, each in their individual capacity*

and

OBERLY JENNINGS & RHODUNDA, P.A.

*/s/ Kathleen M. Jennings*
Kathleen M. Jennings, Esquire (Bar I.D. 913)
1220 North Market Street, Suite 710
P.O. Box 2054
Wilmington, Delaware 19899-2054
Telephone: (302) 576-2000
Facsimile: (302) 576-2004
E-mail: kjennings@ojlaw.com
*Attorneys for Defendant Colonel John Cunningham*

Dated:  January 7, 2008