LAW OFFICE
OF
**JOHN M. LaRosa**
TWO EAST 7TH STREET, SUITE 302
WILMINGTON, DELAWARE 19801-3707

PHONE: (302) 888-1290
FAX:    (302) 655-9329

LICENSED IN DE, PA, AND NJ
INTERNET: WWW.LaRosaLaw.COM

February 9, 2007

**VIA CM/ECF AND U.S. MAIL**

The Honorable Mary Pat Thynge
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

Clerk of Court
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

RE:     **Tobin v. Gordon, et al., C.A. No. 04-1211-\*\*\***
        **Plaintiff's Acceptance of Defendants' Offer of Judgment and**
        **Request for Clerk to Enter Judgment Under Rule 68**

Dear Judge Thynge and Clerk:

Defendants Thomas P. Gordon, Sherry Freebery, John L. Cunningham, David F. McAllister, and New Castle County have offered that judgment be taken them and in favor of Plaintiff Chief Henry V. Tobin III, as to all causes of action asserted by Plaintiff in the above captioned action in the fixed amount of $25,000, plus reasonable attorney's fees and costs. See Ex. A (attached). Plaintiff has accepted Defendants' Offer of Judgment and has served written notice of his acceptance today. See Ex. B (attached).

Accordingly, pursuant to Rule 68 of the Federal Rules of Civil Procedure, please enter judgment in favor of Plaintiff in this matter.

Very truly yours,

John M. LaRosa

Enclosures

cc:     Thomas S. Neuberger, Esquire (via CM/ECF)
        Stephen J. Neuberger, Esquire (via CM/ECF)
        William W. Bowser, Esquire (via CM/ECF)
        Margaret M. DiBianca, Esquire (via CM/ECF)
        Charles E. Butler, Esquire (via CM/ECF)
        Kathleen M. Jennings, Esquire (via CM/ECF)
        Chief Henry V. Tobin III (via U.S. Mail)