**EXHIBIT B**

## John M. LaRosa, Esquire

**From:** "John M. LaRosa, Esquire" <JLR@LaRosaLaw.com>
**To:** <kjennings@ojlaw.com>; <ceb@cebutler.com>; "Bowser, William" <wbowser@ycst.com>; "DiBianca, Margaret" <mdibianca@ycst.com>
**Cc:** "Neuberger, Esq., Stephen" <SJN@NeubergerLaw.com>; "Neuberger, Esq. Thomas S." <TSN@NeubergerLaw.com>
**Sent:** Saturday, February 09, 2008 11:54 AM
**Subject:** Tobin v. Gordon, C.A. No. 04-1211 ***: Plaintiff's Notice of Acceptance of Defendants' Offer of Judgment

Counsel:

In the above captioned case and pursuant to Rule 68 of the Federal Rules of Civil Procedure, I am hereby serving written notice that Plaintiff accepts Defendants' Offer of Judgment dated February 1, 2008. Today I will file the offer of judgment, this notice of acceptance, and proof of service with the Clerk and the Court.

Thank you for your continued cooperation in resolving this matter.

Very truly yours,

John M. LaRosa

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Law Office of John M. LaRosa
Two East 7th Street, Suite 302
Wilmington, Delaware 19801-3707
(302) 888-1290
(302) 655-9329 (fax)
www.LaRosaLaw.com (website)

bcc: Chief Henry V. Tobin III