IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHIEF HENRY V. TOBIN, III, | : |
| Plaintiff, | : |
| v. | : C. A. No. 04-1211-MPT |
| THOMAS P. GORDON, et al., | : |
| Defendants. | : |

## ORDER

At Wilmington this **12th** day of **February, 2008**.

IT IS ORDERED that a teleconference in the above matter is scheduled for **Monday, March 31, 2008 at 8:30 a.m.** with Magistrate Judge Thynge. **Margaret DiBianca, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE