# LAW OFFICE
## OF
### JOHN M. LaROSA
Two East 7th Street, Suite 302
Wilmington, Delaware 19801-3707

PHONE: (302) 888-1290  
FAX:    (302) 655-9329

LICENSED IN DE, PA, AND NJ  
INTERNET: WWW.LAROSALAW.COM

February 22, 2008

**VIA CM/ECF AND U.S. MAIL**

The Honorable Mary Pat Thynge  
United States District Court  
District of Delaware  
844 King Street  
Wilmington, DE 19801

RE:   Tobin v. Gordon, et al., C.A. No. 04-1211-MPT  
      **Plaintiff's Proposed Order Entering Judgment**

Dear Judge Thynge:

As you know, on February 9, 2008, plaintiff accepted defendants' offer of judgment in the amount of $25,000 plus reasonable fees and costs. On February 11, 2008, Your Honor requested that defendants submit a proposed form of order entering judgment. The County and the individual defendants have failed to cooperate in preparing that order.

Accordingly, plaintiff is submitting the related correspondence (Exhibits A - L) and the attached proposed form of order (Exhibits M) for your use in issuing the order entering judgment.

Very truly yours,

John M. LaRosa

Enclosures

cc:   Thomas S. Neuberger, Esquire (via CM/ECF)  
      Stephen J. Neuberger, Esquire (via CM/ECF)  
      William W. Bowser, Esquire (via CM/ECF)  
      Charles E. Butler, Esquire (via CM/ECF)  
      Kathleen M. Jennings, Esquire (via CM/ECF)  
      Chief Henry V. Tobin III (via U.S. Mail)