**EXHIBIT A**

## John M. LaRosa, Esquire

**From:**     "John M. LaRosa, Esquire" <JLR@LaRosaLaw.com>
**To:**       "'DiBianca, Margaret'" <mdibianca@ycst.com>
**Cc:**       <kjennings@ojlaw.com>; "Butler, Charles E. Esq." <ceb@cebutler.com>; "Neuberger, Esq.
              Thomas S." <TSN@NeubergerLaw.com>
**Sent:**     Thursday, February 14, 2008 9:47 AM
**Subject:**  Tobin v. Gordon: Draft Order of Judgment

Molly:

Pursuant to Judge Thynge's instructions during the teleconference on Monday, please send Plaintiff's counsel the draft form of Order of Judgment in the above captioned case.

Very truly yours,

John M. LaRosa

••••••••••••••••••••••••••••••••••••••••••••••

Law Office of John M. LaRosa
Two East 7th Street, Suite 302
Wilmington, Delaware 19801-3707
(302) 888-1290
(302) 655-9329 (fax)
www.LaRosaLaw.com (website)