**EXHIBIT B**

## John M. LaRosa, Esquire

**From:** "DiBianca, Margaret" <mdibianca@ycst.com>
**To:** "John M. LaRosa, Esquire" <JLR@LaRosaLaw.com>
**Sent:** Thursday, February 14, 2008 4:56 PM
**Attach:** 2518323_1.DOC
**Subject:** Draft Order of Judgment

John:

When I actually sat down to draft this, I found I'm not exactly sure what it should include. The rule doesn't really contemplate an "order"--it's already been "ordered" when you filed acceptance. So, here's my best shot. I'm open to suggestions.

Thanks,

Molly

Margaret M. DiBianca, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Phone: 302-571-5008
Facsimile: 302-576-3476
mdibianca@ycst.com

To ensure compliance with requirements imposed by the Internal Revenue Service in Circular 230 on tax practitioners, we inform you that, unless we expressly state otherwise in this communication (including any attachments), any federal tax advice contained in this communication is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or other matter addressed herein.
This message may contain confidential attorney-client communications or other protected information. If you believe you are not an intended recipient (even if this message was sent to your e-mail address), you may not use, copy, or retransmit it. If you believe you received this message by mistake, please notify us by return e-mail, and then delete this message. Thank you for your cooperation.

<<2518323_1.DOC>>

2/21/2008