## EXHIBIT C

## John M. LaRosa, Esquire

| | |
|---|---|
| **From:** | "John M. LaRosa, Esquire" <JLR@LaRosaLaw.com> |
| **To:** | "'DiBianca, Margaret'" <mdibianca@ycst.com> |
| **Cc:** | "Neuberger, Esq. Thomas S." <TSN@NeubergerLaw.com> |
| **Sent:** | Friday, February 15, 2008 1:55 PM |
| **Attach:** | Order of Judgment.doc; Order of Judgment.wpd |
| **Subject:** | Tobin v. Gordon: Pension Issue and Form of Order of Judgment |

Molly:

The following will memorialize our telephone conversation this afternoon.  On behalf of plaintiff, I requested that the County recalculate his pension to reflect retirement at a Captain's rate of pay.  Such a measure would not cost the County any additional monies up front.  Also, we understand that the County has done this in the past in employment cases for other long-time police officers.

You indicated that in fairness, you indeed would address this issue with your client.

Also, regarding the form of Order of Judgment, I suggested that we use the attached draft, in which we just briefly state the terms as contemplated in Defendants' Offer of Judgment (i.e. "$25,000 plus reasonable attorneys' fees and costs") and indicate that ultimately the amount awarded for fees and costs will be a figure approved by the Court.  If this is acceptable to all defendants, I will file it with the Court.

Please let me know defendants' response on both of these issues by Tuesday.

Thank you for your continued cooperation in resolving this matter.

Very truly yours,

John M. LaRosa

••••••••••••••••••••••••••••••••••••••••••••

Law Office of John M. LaRosa
Two East 7th Street, Suite 302
Wilmington, Delaware 19801-3707
(302) 888-1290
(302) 655-9329 (fax)
www.LaRosaLaw.com (website)