**EXHIBIT L**

### John M. LaRosa, Esquire

| | |
|---|---|
| From: | "John M. LaRosa, Esquire" <JLR@LaRosaLaw.com> |
| To: | "DiBianca, Margaret" <mdibianca@ycst.com> |
| Cc: | "Neuberger, Esq. Thomas S." <TSN@NeubergerLaw.com> |
| Sent: | Wednesday, February 20, 2008 2:10 PM |
| Subject: | Tobin v. Gordon: Defendants' Second Draft Order of Judgment |

Molly:

Yes, Plaintiff's counsel has had a chance to review your second draft Order of Judgment, and I have had a chance to confer with my lead counsel.

The draft is incorrect because it states that the judgment is for $25,000, and not for $25,000 plus reasonable attorneys' fees and costs.

We suspect you are dragging your feet and misstating the details of the judgment deliberately. So we will file our own proposed form of Order with the Court on Friday.

Very truly yours,

John M. LaRosa

*********************************************
Law Office of John M. LaRosa
Two East 7th Street, Suite 302
Wilmington, Delaware 19801-3707
(302) 888-1290
(302) 655-9329 (fax)
www.LaRosaLaw.com (website)

----- Original Message -----
From: "DiBianca, Margaret" <mdibianca@ycst.com>
To: "John M. LaRosa, Esquire" <JLR@LaRosaLaw.com>
Sent: Wednesday, February 20, 2008 1:53 PM
Subject: Order of Judgment

John:

Have you had a chance to review the revised draft order I sent you?

Thank you,

Molly DiBianca


Margaret M. DiBianca, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor

P.O. Box 391
Wilmington, DE 19899-0391
Phone: 302-571-5008
Facsimile: 302-576-3476
mdibianca@ycst.com

To ensure compliance with requirements imposed by the Internal Revenue Service in Circular 230 on tax practitioners, we inform you that, unless we expressly state otherwise in this communication (including any attachments), any federal tax advice contained in this communication is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or other matter addressed herein.
This message may contain confidential attorney-client communications or other protected information. If you believe you are not an intended recipient (even if this message was sent to your e-mail address), you may not use, copy, or retransmit it. If you believe you received this message by mistake, please notify us by return e-mail, and then delete this message. Thank you for your cooperation.