**EXHIBIT M**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CHIEF HENRY V. TOBIN III,       :
                                :
          Plaintiff,            :
                                :   C.A. No. 04-1211-MPT
          v.                    :
                                :
THOMAS P. GORDON, individually  :
and in his official capacity;   :
SHERRY FREEBERY, individually   :
and in her official capacity;   :
COLONEL JOHN L. CUNNINGHAM,     :
RETIRED, individually;          :
COLONEL DAVID F. MCALLISTER,    :
individually and in his         :
official capacity; and          :
NEW CASTLE COUNTY,              :
a municipal corporation,        :
                                :
          Defendants.           :

### ORDER ENTERING JUDGMENT

IT IS HEREBY ORDERED, this _____ day of February 2008, that

Judgment is entered in favor of Plaintiff Chief Henry V. Tobin

III and against Defendants Thomas P. Gordon, Sherry Freebery,

John L. Cunningham, David F. McAllister, and New Castle County in

the amount of $25,000 plus reasonable attorneys' fees and costs

in an amount to be approved by the Court.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE