IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHIEF HENRY V. TOBIN III, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No.: 04-1211-MPT ) |
| THOMAS P. GORDON, et al., | ) ) ) |
| Defendants. | ) |

**ORDER FOR ENTRY OF JUDGMENT**

Defendants jointly made an offer of judgment to Plaintiff pursuant to Rule 68 of the Federal Rules of Civil Procedure and Plaintiff accepted that offer and served and filed notice of such acceptance.

IT IS HEREBY ORDERED and ADJUDGED as follows:

The Clerk shall enter judgment pursuant to Federal Rule of Civil Procedure 58 in favor of plaintiff in the amount of $25,000 plus reasonable attorney's fees and costs to be determined by the Court in accordance with Federal Rule of Civil Procedure 68.

IT IS SO ORDERED this _29_ day of _February_, 2008.

_____
United States Magistrate Judge