IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHIEF HENRY V. TOBIN III, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Civil Action No. 04-1211-MPT |
| THOMAS P. GORDON, ET AL., | ) ) |
| Defendants. | ) |

### JUDGMENT

IT IS HEREBY ORDERED and ADJUDGED that judgment is entered pursuant to Federal Rule of Civil Procedure 58 in favor of plaintiff and against all defendants in the amount of $25,000 plus attorney fees and costs to be determined.

_____
DEPUTY CLERK

February 29, 2008
Wilmington, Delaware