# YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | | | |
|---|---|---|---|
| BEN T. CASTLE | ROBERT S. BRADY | JOSEPH M. BARRY | JENNIFER M. KINKUS |
| SHELDON N. SANDLER | JOEL A. WAITE | RYAN M. BARTLEY | EDWARD J. KOSMOWSKI |
| RICHARD A. LEVINE | BRENT C. SHAFFER | SEAN M. BEACH | EVANGELOS KOSTOULAS |
| RICHARD A. ZAPPA | DANIEL P. JOHNSON | SANJAY BHATNAGAR | JOHN C. KUFFEL |
| FREDERICK W. IOBST | CRAIG D. GREAR | DONALD J. BOWMAN, JR. | TIMOTHY E. LENGKEEK |
| RICHARD H. MORSE | TIMOTHY JAY HOUSEAL | MICHELE SHERRETTA BUDICAK | ANDREW A. LUNDGREN |
| DAVID C. MCBRIDE | MARTIN S. LESSNER | JEFFREY T. CASTELLANO | MATTHEW B. LUNN |
| JOSEPH M. NICHOLSON | PAULINE K. MORGAN | DOUGLAS T. COATS (MD ONLY) | ADRIA B. MARTINELLI |
| CRAIG A. KARSNITZ | C. BARR FLINN | KARA HAMMOND COYLE | KATHALEEN MCCORMICK |
| BARRY M. WILLOUGHBY | NATALIE WOLF | KRISTEN SALVATORE DEPALMA | MICHAEL W. MCDERMOTT |
| JOSY W. INGERSOLL | LISA B. GOODMAN | MARGARET M. DIBIANCA | TAMMY L. MERCER |
| ANTHONY G. FLYNN | JOHN W. SHAW | MARY F. DUGAN | MARIBETH L. MINELLA |
| JEROME K. GROSSMAN | JAMES P. HUGHES, JR. | ERIN EDWARDS | D. FON MUTTAMARA-WALKER |
| EUGENE A. DIPRINZIO | EDWIN J. HARRON | KENNETH J. ENOS | JENNIFER R. NOEL |
| JAMES L. PATTON, JR. | MICHAEL R. NESTOR | KERRIANNE MARIE FAY | ADAM W. POFF |
| ROBERT L. THOMAS | MAUREEN D. LUKE | IAN S. FREDERICKS | ROBERT F. POPPITI, JR. |
| WILLIAM D. JOHNSTON | ROLIN P. BISSELL | JAMES J. GALLAGHER | SARA BETH A. REYBURN |
| TIMOTHY J. SNYDER | SCOTT A. HOLT | WILLIAM E. GAMGORT | CHERYL A. SANTANIELLO |
| BRUCE L. SILVERSTEIN | JOHN T. DORSEY | SEAN T. GREECHER | MONTÉ T. SQUIRE |
| WILLIAM W. BOWSER | M. BLAKE CLEARY | NATHAN D. GROW | MICHAEL P. STAFFORD |
| LARRY J. TARABICOS | CHRISTIAN DOUGLAS WRIGHT | STEPHANIE L. HANSEN | CHAD S.C. STOVER |
| RICHARD A. DILIBERTO, JR. | DANIELLE GIBBS | JAMES L. HIGGINS | RICHARD J. THOMAS |
| MELANIE K. SHARP | JOHN J. PASCHETTO | PATRICK A. JACKSON | TRAVIS N. TURNER |
| CASSANDRA F. ROBERTS | NORMAN M. POWELL | DAWN M. JONES | MARGARET B. WHITEMAN |
| RICHARD J.A. POPPER | ELENA C. NORMAN | KAREN E. KELLER | SHARON M. ZIEG |
| TERESA A. CHEEK | EDMON L. MORTON | | |
| NEILLI MULLEN WALSH | JOHN E. TRACEY | SPECIAL COUNSEL | SENIOR COUNSEL |
| JANET Z. CHARLTON | | JOHN D. MCLAUGHLIN, JR. | CURTIS J. CROWTHER |
| | | KAREN L. PASCALE | |
| | | SETH J. REIDENBERG | OF COUNSEL |
| | | PATRICIA A. WIDDOSS | BRUCE M. STARGATT |
| | | | STUART B. YOUNG |
| | | | EDWARD B. MAXWELL, 2ND |

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: (302) 571-5008
DIRECT FAX: (302) 576-3476
mdibianca@ycst.com

March 10, 2008

**BY E-FILE**

The Honorable Mary Pat Thynge
United States District Court
844 North King Street
Lock Box 8
Wilmington, DE 19801

   Re: *Tobin v. Gordon, et al.*,
     C.A. No.: 04-1211-MPT

Dear Judge Thynge:

  Through this letter, Defendants respectfully submit to the Court that, as of today, Plaintiff has provided the undersigned with the information needed to review Plaintiff's counsel's request for fees. Therefore, Defendants' letter to the Court dated February 25, 2008, (D.I. 30), may be disregarded as Plaintiff has now complied with the Court's instructions regarding the fee review.

  As always, counsel is available at the Court's discretion to provide additional information or to otherwise assist in this matter.

            Respectfully submitted,

            /s/ MMDiBi

            Margaret M. DiBianca, Esq. (No. 4539)

MMD:sec
cc: All Noticed Counsel (via E-file)