# YOUNG CONAWAY STARGATT & TAYLOR, LLP

|  |  |  |
|---|---|---|
| MARGARET M. DIBIANCA<br>DIRECT DIAL: (302) 571-5008<br>DIRECT FAX: (302) 576-3476<br>mdibianca@ycst.com | THE BRANDYWINE BUILDING<br>1000 WEST STREET, 17TH FLOOR<br>WILMINGTON, DELAWARE  19801<br><br>P.O. BOX 391<br>WILMINGTON, DELAWARE 19899-0391 | (302) 571-6600<br>(302) 571-1253 FAX<br>(800) 253-2234 (DE ONLY)<br>www.youngconaway.com |

March 25, 2008

**BY E-FILE**

The Honorable Mary Pat Thynge
United States District Court for the District of Delaware
844 North King Street
Lock Box 8
Wilmington, DE  19801

      Re:   *Tobin v. Gordon, et al.,*
             C.A. No.: 04-1211-MPT

Dear Judge Thynge:

      The parties in the above-referenced matter currently are scheduled for a status update via teleconference with Your Honor on Monday, March 31, 2008, at 8:30 a.m.  The purpose of the conference is to address the status of the parties' negotiations of attorneys' fees in the above-referenced matter.  Although progress is being made, the process has taken longer than expected.

      If Your Honor sees fit and the Court's calendar would permit it, Defendants respectfully request that the hearing currently scheduled to be held via teleconference on Monday, March 31, 2008, at 8:30 a.m. (D.I. 27), be rescheduled to a date seven to ten days after the current hearing date or at any time convenient to the Court.

      As always, counsel is available to provide any information the Court should require.

                              Respectfully submitted,

                              */s/ MMDiBi*

                              Margaret M. DiBianca, Esq.  (Bar I.D. 4539)

MMD:sec

cc:     All Noticed Counsel (via E-file)