**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

CHIEF HENRY V. TOBIN, III,            :
                                      :
            Plaintiff,                :
                                      :
        v.                            :   C. A. No. 04-1211-MPT
                                      :
THOMAS P. GORDON, et al.,             :
                                      :
            Defendants.               :

**ORDER**

At Wilmington this **26**th day of **March, 2008**.

IT IS ORDERED that the teleconference in the above matter scheduled for Monday, March 31, 2008 at 8:30 a.m. with Magistrate Judge Thynge has been rescheduled to **Wednesday, April 16, 2008 at 8:30 a.m**.  **Margaret DiBianca, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE