IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CHIEF HENRY V. TOBIN III,** : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C.A. No. 04-1211-MPT |
| : | |
| **THOMAS P. GORDON, individually** : | |
| **and in his official capacity;** : | |
| **SHERRY FREEBERY, individually** : | |
| **and in her official capacity;** : | |
| **COLONEL JOHN L. CUNNINGHAM,** : | |
| **RETIRED, individually;** : | |
| **COLONEL DAVID F. MCALLISTER,** : | |
| **individually and in his** : | |
| **official capacity; and** : | |
| **NEW CASTLE COUNTY,** : | |
| **a municipal corporation,** : | |
| : | |
| Defendants. : | |

## NOTICE OF SERVICE

I, John M. LaRosa, being a member of the Bar of this Court, do hereby certify that on April 10, 2008, I caused two (2) copies of **FIRST REQUEST FOR PRODUCTION OF DOCUMENTS IN AID OF PLAINTIFF'S APPLICATION FOR ATTORNEYS' FEES** to be sent via electronic and U.S. mail to the following:

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
> William W. Bowser, Esquire
> Margaret M. DiBianca, Esquire
> The Brandywine Building, 17th Floor
> 1000 West Street
> Wilmington, DE 19801
>
> Charles E. Butler, Esquire
> 1224 North King Street
> Wilmington, DE 19801

OBERLY JENNINGS & RHODUNDA, P.A.
Kathleen M. Jennings-Hostetter, Esquire
Karen V. Sullivan, Esquire
800 Delaware Avenue, Suite 901
Wilmington, DE 19801

**THE NEUBERGER FIRM, P.A.**
**THOMAS S. NEUBERGER, ESQUIRE**
Delaware Bar No. 243
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
(302) 655-0582
TSN@NeubergerLaw.com

**LAW OFFICE OF JOHN M. LaROSA**
/s/ John M. LaRosa
**JOHN M. LaROSA, ESQUIRE**
Delaware Bar No. 4275
Two East 7th Street, Suite 302
Wilmington, Delaware 19801-3707
(302) 888-1290
JLR@LaRosaLaw.com

Dated: April 10, 2008        Attorneys for Plaintiff

cc:  Chief Henry V. Tobin III

Attorney Files/John's Files/Client Files/Tobin/Pleadings/Notice of Service