IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CHIEF HENRY V. TOBIN III,** : | |
| : | |
| Plaintiff, : | |
| : | C.A. No. 04-1211 MPT |
| v. : | |
| : | |
| **THOMAS P. GORDON,** individually : | |
| and in his official capacity; : | |
| **SHERRY FREEBERY,** individually : | |
| and in her official capacity; : | |
| **COLONEL JOHN L. CUNNINGHAM,** : | |
| **RETIRED,** individually; : | |
| **COLONEL DAVID F. MCALLISTER,** : | |
| individually and in his : | |
| official capacity; and : | |
| **NEW CASTLE COUNTY,** : | |
| a municipal corporation, : | |
| : | |
| Defendants. : | |

**JOINTLY STIPULATED SCHEDULING ORDER FOR PLAINTIFF'S FEE PETITION**

WHEREAS the Court conducted a teleconference on April 16, 2008, and determined after discussion that the matter of Plaintiff's attorneys' fees cannot be resolved at this juncture by agreement of the parties;

IT IS ORDERED that:

1. Plaintiff shall file his Motion for Attorneys' Fees, Interest and Costs and his Opening Memorandum in Support Thereof, on or before <u>May 1, 2008</u>.

2. Defendants shall file their Answering Memorandum and serve Plaintiff's counsel their Response(s) to First Request for Production of Documents in Aid of Plaintiff's Application for Attorneys' Fees on or before <u>June 2, 2008</u>.

3.   Plaintiff shall file his Reply Memorandum on or before June 18, 2008.

**IT IS SO STIPULATED.**

| | |
|---|---|
| **THE NEUBERGER FIRM, P.A.** | **YOUNG CONAWAY STARGATT & TAYLOR, LLP** |
| /s/ Thomas S. Neuberger | /s/ Margaret M. DiBianca |
| **THOMAS S. NEUBERGER, ESQ.** | **MARGARET M. DiBIANCA, ESQ.** |
| Delaware Bar No. 243 | Delaware Bar No. 4539 |
| **STEPHEN J. NEUBERGER, ESQ.** | The Brandywine Building, 17th Floor |
| Delaware Bar No. 4440 | 1000 West Street |
| Two East Seventh Street | Wilmington, DE 19801 |
| Suite 302 | (302) 571-5008 |
| Wilmington, Delaware 19801 | mdibianca@ycst.com |
| (302) 655-0582 | |
| TSN@NeubergerLaw.com | Attorney for Defendants |
| SJN@NeubergerLaw.com | Colonel David McAllister and New Castle County |

| | |
|---|---|
| **LAW OFFICE OF JOHN M. LaROSA** | **CHARLES E. BUTLER, ESQUIRE** |
| /s/ John M. LaRosa | /s/ Charles E. Butler |
| **JOHN M. LaROSA, ESQ.** | **CHARLES E. BUTLER, ESQ.** |
| Delaware Bar No. 4275 | Delaware Bar No. 2349 |
| Two East 7th Street | 1224 North King Street |
| Suite 302 | Wilmington, DE 19801 |
| Wilmington, Delaware 19801 | (302) 655-4100 |
| (302) 888-1290 | ceb@cebutler.com |
| JLR@LaRosaLaw.com | |
| | Attorney for Defendants |
| Attorneys for Plaintiff | Sherry L. Freebery and Thomas P. Gordon |

**OBERLY JENNINGS & RHODUNDA, P.A.**
/s/ Kathleen M. Jennings
**KATHLEEN M. JENNINGS, ESQ.**
Delaware Bar No. 913
800 Delaware Avenue, Suite 901
Wilmington, DE 19801
(302) 576-2000
kjennings@ojlaw.com

Attorney for Defendant
John L. Cunningham

Dated: April 17, 2008          Dated: April 17, 2008

2

**IT IS SO ORDERED** this ___th day of _____, 2008.

>/s/ Mary Pat Thynge
>UNITED STATES MAGISTRATE JUDGE

Tobin/Pleadings/Jt Sched Ordr for Pl Fee Pet

3