IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHIEF HENRY V. TOBIN III, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 04-1211 MPT |
| ) | |
| THOMAS P. GORDON, individually and in ) | |
| his official capacity; SHERRY FREEBERY, ) | |
| individually and in her official capacity; ) | |
| COLONEL JOHN L. CUNNINGHAM, ) | |
| RETIRED, individually; COLONEL ) | |
| DAVID F. MCALLISTER, individually and ) | |
| in his official capacity; and NEW CAS ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

I, Margaret M. DiBianca, Esquire, hereby certify that on April 29, 2008, two (2) true and correct copies of DEFENDANTS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS were caused to be served by depositing same in the United States Mail, postage prepaid to the following counsel of record:

John M. LaRosa, Esq.  
Law Office of John M. LaRosa  
Two East Seventh Street, Suite 302  
Wilmington, DE 19801-3707  

Thomas S. Neuberger, Esq.  
The Neuberger Firm, P.A.  
Two East Seventh Street, Suite 302  
Wilmington, DE 19801-3707  

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Margaret M. DiBianca, Esq.*
William W. Bowser, Esquire (Bar I.D. 2239)
Margaret M. DiBianca, Esquire (Bar I.D. 4539)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-5008
Facsimile: (302) 576-3476
E-mail: mdibianca@ycst.com
*Attorneys for Defendants*