IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHIEF HENRY V. TOBIN, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 04-1211-MPT |
| | ) | |
| THOMAS P. GORDON, individually and | ) | |
| in his official capacity; SHERRY | ) | |
| FREEBERY, individually and in her | ) | |
| official capacity; COLONEL JOHN L. | ) | |
| CUNNINGHAM, RETIRED, individually; | ) | |
| COLONEL DAVID F. MCALLISTER, | ) | |
| individually and in his official capacity; and | ) | |
| NEW CASTLE COUNTY, a municipal | ) | |
| corporation, | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

I, Margaret M. DiBianca, Esquire, hereby certify that on June 2, 2008, I caused a true and correct copy of Defendants' Responses to Plaintiff's First Request for Production of Documents Relating to His Motion for Attorney's Fees to be deposited in the U.S. Mail and sent to the following counsel of record:

Thomas N. Neuberger, Esq.            John M. LaRosa, Esq.
Stephen J. Neuberger, Esq.           Law Office of John LaRosa
The Neuberger Firm, P.A.             2 East Seventh Street
2 East Seventh Street                Suite 302
Suite 302                            Wilmington, DE  19801-3707
Wilmington, DE  19801-3707

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Margaret M. DiBianca, Esq.*
William W. Bowser, Esq. (Bar I.D. 2239)
Margaret M. DiBianca, Esq.(Bar I.D. 4539)
The Brandywine Building, 17th Floor
1000 West Street, P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-5008
Facsimile: (302) 576- 3476
Email: mdibianca@ycst.com
*Attorneys for Defendant New Castle County*