IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CHIEF HENRY V. TOBIN III,** : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C.A. No. 04-1211 MPT |
| : | |
| **THOMAS P. GORDON,** individually : | |
| and in his official capacity; : | |
| **SHERRY FREEBERY,** individually : | |
| and in her official capacity; : | |
| **COLONEL JOHN L. CUNNINGHAM,** : | |
| **RETIRED,** individually; : | |
| **COLONEL DAVID F. MCALLISTER,** : | |
| individually and in his : | |
| official capacity; and : | |
| **NEW CASTLE COUNTY,** : | |
| a municipal corporation, : | |
| : | |
| Defendants. : | |

**PLAINTIFF'S MOTION FOR RECONSIDERATION
OF THE COURT'S ORDER OF JUNE 18, 2008**

1.   Pursuant to Fed.R.Civ.P. 60(b), plaintiff Moves that the Court reconsider its Order of June 18, 2008, deny defendants their belated discovery requests and deny their letter request for a sur-reply.

2.   The grounds for this Motion are set forth in Plaintiff's Memorandum in Support of His Motion for Reconsideration of the Court's Order of June 18, 2008, filed contemporaneously with this Motion.

Respectfully Submitted,

**THE NEUBERGER FIRM, P.A**

/s/ Thomas S. Neuberger
**THOMAS S. NEUBERGER, ESQUIRE (#243)**
**STEPHEN J. NEUBERGER, ESQUIRE (#4440)**
Two East 7th Street, Suite 302
Wilmington, DE 19801-3707
(302) 655-0582
TSN@NeubergerLaw.com
SJN@NeubergerLaw.com

**LAW OFFICE OF JOHN M. LaROSA**

/s/ John M. LaRosa
**JOHN M. LaROSA, ESQUIRE (#4275)**
Two East 7th Street, Suite 302
Wilmington, DE 19801-3707
(302) 655-0582
JLR@LaRosaLaw.com

Attorneys for Plaintiff

Dated: June 25, 2008

## **CERTIFICATE OF SERVICE**

I, John M. LaRosa, being a member of the bar of this Court do hereby certify that on June 25, 2008, I electronically filed this **PLEADING** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>William W. Bowser, Esq.
>Young Conaway Stargatt & Taylor LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE 19899
>
>Charles E. Butler, Esq.
>1224 North King Street
>Wilmington, DE 19801
>
>Kathleen M. Jennings, Esq.
>Wolf, Block, Schorr and Solis-Cohen LLP
>1220 North Market Street, Suite 710
>P.O. Box 2054
>Wilmington, DE 19899

>/s/ John M. LaRosa
>**JOHN M. LaROSA, ESQ. (#4275)**