## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHIEF HENRY V. TOBIN, III, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 04-1211-MPT |
| | : | |
| THOMAS P. GORDON, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

At Wilmington this **27th** day of **June, 2008**.

IT IS ORDERED that an in-court hearing has been scheduled for **Tuesday, July 1, 2008 at 8:30 a.m.** with Judge Thynge in Courtroom 2B, in the J. Caleb Boggs Federal Building. The purpose of this hearing is to discuss the motion for re-argument and further discovery.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE