# EXHIBIT

# A

**Explanation of Exhibit B (Time Calculations)**

1.  Table at Exhibit B-1 (complete list of all entries).

    a.  The time entries submitted by The Neuberger Firm and The Law Offices of John M. LaRosa, Esq., were combined into a single table, sorted in ascending chronological order.

    b.  Each line item was assigned an Item Number for cross-referencing.

2.  The columns in the table represent, in order from left to right,

    a.  The Item Number discussed above;

    b.  The Billing Attorney's initials;

    c.  The Date of the Entry;

    d.  The Description of the activity taken verbatim from counsel's submissions;

    e.  The Amount of Time sought for the activity;

    f.  The Billing Attorney's requested hourly rate; and

    g.  The Fee, which equals the dollar value of the time billed multiplied by the hourly rate.

3.  The final column, "Previously Listed," reflects any time entry that was eliminated in a prior table.

    a.  For example, some of the entries eliminated as "clerical" in Exhibit B-3 are also "duplicative" in Exhibit B-7.

    b.  The purpose of this column is to ensure that amounts are not removed from the total more than once while still providing the data needed if the requested amounts are recalculated.

4.  The Subtotal represents the total number of hours claimed by the requested hourly rate.

5.  The Total reflects the Subtotal less any amounts from the Previously Listed column.

    **Example:**  Thomas S. Neuberger's entry for July 9, 2007, (Exhibit B-6, line 357), "telephone with client," is unspecific (II.E); should have been delegated to a paralegal (III.A); constitutes excessive activity during the judicial stay (III.D); and represents duplicative billing (III.E).  This time entry has been eliminated only once—in the "Unspecific" category.  While the entry is included in the other categories t demonstrate the billing errors, previously listed entries are noted in the far right column and have not been calculated more than once.

# EXHIBIT

# B

# TAB

# 1

Exhibit B                      All Entries by Date                      Tab 1

| Item # | ATTY | Date | Description | Time | Rate | Fee |
|--------|------|------|-------------|------|------|-----|
| 1 | JML | 07/08/03 | Initial consultation with client | 1.4 | $250 | $350 |
| 2 | TSN | 07/29/03 | Meeting with JLR to discuss his possible case and the facts. | 0.5 | $450 | $225 |
| 3 | JML | 07/30/03 | Meeting with TSN regarding facts from initial consultation | 0.5 | $250 | $125 |
| 4 | JML | 07/31/03 | 2d Meeting with TSN re: facts and documents needed to establish claim of 1st Amendment retaliation | 0.5 | $250 | $125 |
| 5 | JML | 08/06/03 | Telephone to client regarding promotion procedures and illegal reasons for his denied promotion | 0.2 | $250 | $50 |
| 6 | TSN | 08/18/03 | Meet with JLR to discuss the facts for a retaliation claim. | 0.3 | $450 | $135 |
| 7 | JML | 09/25/03 | 3d Meeting with TSN regarding First Amendment retaliation and other potential claims | 0.4 | $250 | $100 |
| 8 | JML | 10/10/03 | Review deposition of Colonel Cunningham regarding promotions in NCC PD | 0.3 | $250 | $75 |
| 9 | JML | 10/10/03 | Memo to TSN regarding Cunningham deposition testimony regarding NCC PD promotions | 0.8 | $250 | $200 |
| 10 | TSN | 10/15/03 | Review fact memo from JLR. | 0.1 | $450 | $45 |
| 11 | SJN | 10/21/03 | Conference with TSN, JLR, MDH to discuss conflict issues. | 0.5 | $250 | $125 |
| 12 | TSN | 10/21/03 | Meet with JLR, MH, SJN about conflict of interest issues and the respresentation. | 0.5 | $450 | $225 |

Exhibit B                    All Entries by Date                    Tab 1

| Item # | ATTY | Date | Description | Time | Rate | Fee |
|--------|------|------|-------------|------|------|-----|
| 13 | JML | 10/22/03 | Review file and prepare for today's meeting with TSN | 0.4 | $250 | $100 |
| 14 | TSN | 11/10/03 | Meet with JLR about the case. | 0.1 | $450 | $45 |
| 15 | TSN | 12/09/03 | Meet with JLR to discuss the timing of the case. | 0.1 | $450 | $45 |
| 16 | JML | 12/19/03 | Telephone from client regarding newest promotions | 0.3 | $250 | $75 |
| 17 | JML | 02/04/04 | Telephone from client regarding new job postings and denial of 2 additional promotions | 0.2 | $250 | $50 |
| 18 | JML | 02/04/04 | Memo to TSN regarding today's telephone call from client | 0.5 | $250 | $125 |
| 19 | JML | 02/25/04 | Telephone to client regarding other County officers | 0.1 | $250 | $25 |
| 20 | JML | 03/08/04 | Telephone from client regarding documents for him to sign at today's meeting | 0.1 | $250 | $25 |
| 21 | JML | 03/08/04 | Legal research regarding potential immunity of local government | 0.3 | $250 | $75 |
| 22 | JML | 03/08/04 | Meeting with client to review new factual documents from him | 1.0 | $250 | $250 |
| 23 | JML | 03/29/04 | Telephone from client regarding new promotion to Captain and memo to TSN regarding advice on new Captain vacancy | 0.7 | $250 | $175 |
| 24 | JML | 03/31/04 | Telephone from client regarding information on eligible candidates for December 2003 Lt. and Captain promotions | 0.2 | $250 | $50 |

Exhibit B                          All Entries by Date                          Tab 1

| Item # | ATTY | Date | Description | Time | Rate | Fee |
|--------|------|------|-------------|------|------|-----|
| 25 | JML | 04/02/04 | Meeting with client regarding additional information on promotions and eligibility lists and other promotion candidates | 0.7 | $250 | $175 |
| 26 | TSN | 04/08/04 | Review JLR letter to EEOC. | 0.1 | $450 | $45 |
| 27 | TSN | 04/10/04 | Review memo from JLR. | 0.1 | $450 | $45 |
| 28 | TSN | 04/21/04 | Meet with JLR on status of the case. | 0.1 | $450 | $45 |
| 29 | JML | 04/26/04 | Telephone from client regarding new Captain promotion and memo to TSN regarding same | 0.7 | $250 | $175 |
| 30 | JML | 04/28/04 | E-mail to TSN regarding our strategy regarding First Amendment retaliation claims in light of retaliatory re-posting of a Captain promotion after prior promotion list expired | 0.2 | $250 | $50 |
| 31 | TSN | 04/28/04 | Review fact memo from JLR and respond. | 0.2 | $450 | $90 |
| 32 | TSN | 05/03/04 | Review status report from JLR. | 0.1 | $450 | $45 |
| 33 | JML | 05/27/04 | Telephone to client and memo to TSN regarding retaliation: lowered ranking, denied promotion, and Middletown transfer | 0.8 | $250 | $200 |
| 34 | TSN | 06/08/04 | Review status report from JLR. | 0.1 | $450 | $45 |
| 35 | JML | 06/10/04 | Meeting with law clerk regarding statute of limitations issue | 0.1 | $250 | $25 |
| 36 | TSN | 06/10/04 | Discuss with JLR the EEOC timeliness issue. | 0.1 | $450 | $45 |

Exhibit B                        All Entries by Date                        Tab 1

| Item # | ATTY | Date | Description | Time | Rate | Fee |
|---|---|---|---|---|---|---|
| 37 | JML | 06/15/04 | Meeting with TSN and SJN regarding filing the First Amendment Complaint | 0.5 | $250 | $125 |
| 38 | SJN | 06/15/04 | Meeting TSN and JLR. | 0.1 | $250 | $25 |
| 39 | TSN | 06/15/04 | Meet with JLR to discuss legal theories and decide to file the case now. | 0.5 | $450 | $225 |
| 40 | JML | 06/17/04 | Review law clerk's legal research memo regarding statute of limitations | 0.3 | $250 | $75 |
| 41 | TSN | 06/22/04 | Review SOL resesarch memo. | 0.1 | $450 | $45 |
| 42 | TSN | 07/26/04 | Meet with JLR about drafting the complaint for filing. | 0.2 | $450 | $90 |
| 43 | TSN | 07/26/04 | Try to reach my client about filing the case. | 0.1 | $450 | $45 |
| 44 | TSN | 07/26/04 | Telephone with client to set appointment. | 0.1 | $450 | $45 |
| 45 | JML | 07/27/04 | Meeting with TSN and client regarding lawsuit content and strategy | 2.0 | $250 | $500 |
| 46 | SJN | 07/27/04 | Meeting with TSN. | 0.1 | $250 | $25 |
| 47 | TSN | 07/27/04 | Meet with JLR and client to discuss facts, law and filing his case in the next month, our two main legal theories. | 1.8 | $450 | $810 |
| 48 | TSN | 07/27/04 | Meeting with SJN. | 0.1 | $450 | $45 |

Exhibit B                        All Entries by Date                        Tab 1

| Item # | ATTY | Date | Description | Time | Rate | Fee |
|--------|------|------|-------------|------|------|-----|
| 49 | JML | 07/28/04 | Draft Complaint: Caption, Parties, Jurisdiction, and Wherefore Clause | 1.5 | $250 | $375 |
| 50 | JML | 07/28/04 | Telephone from client regarding dates of his protected activity | 0.1 | $250 | $25 |
| 51 | JML | 07/29/04 | Meeting with TSN regarding defendants to name and allegations to make in the Complaint | 0.2 | $250 | $50 |
| 52 | TSN | 07/29/04 | Meet with JLR about draft complaint and the parties defendant. | 0.2 | $450 | $90 |
| 53 | JML | 08/03/04 | Review TSN memo regarding meeting with client | 0.1 | $250 | $25 |
| 54 | JML | 08/04/04 | Complaint preparation | 0.1 | $250 | $25 |
| 55 | JML | 08/04/04 | Revise Complaint Caption, Parties, and Wherefore Clause | 0.2 | $250 | $50 |
| 56 | JML | 08/04/04 | Complaint preparation: Draft facts relating to employment history and circumstantial evidence of retaliation | 1.5 | $250 | $375 |
| 57 | JML | 08/04/04 | Complaint preparation: Draft allegations regarding defendants' conduct | 0.3 | $250 | $75 |
| 58 | JML | 08/04/04 | Draft Counts I and II: Free Speech and Petition Clause violations | 0.3 | $250 | $75 |
| 59 | JML | 08/04/04 | Draft facts relating to individual defendants' decision making and less qualified successful candidate | 0.5 | $250 | $125 |
| 60 | JML | 08/09/04 | Continue drafting Complaint: Plaintiff's Injuries | 0.5 | $250 | $125 |

Exhibit B                          All Entries by Date                          Tab 1

| Item # | ATTY | Date | Description | Time | Rate | Fee |
|--------|------|------|-------------|------|------|-----|
| 61 | JML | 08/14/04 | Draft facts regarding cover up of accident | 1.2 | $250 | $300 |
| 62 | JML | 08/14/04 | Draft facts regarding campaign and election improprieties | 1.3 | $250 | $325 |
| 63 | JML | 08/16/04 | Draft Civil Cover Sheet and Summons and revise Complaint | 0.6 | $250 | $150 |
| 64 | JML | 08/16/04 | Complaint preparation: Draft Injunctive relief | 0.5 | $250 | $125 |
| 65 | JML | 08/17/04 | Telephone to client regarding content of his protected speech, retaliatory transfer, and injury to reputation | 0.6 | $250 | $150 |
| 66 | JML | 08/17/04 | Continue drafting Complaint: content of protected speech, retaliatory transfer, and injury to reputation | 3.0 | $250 | $750 |
| 67 | JML | 08/17/04 | Revise Summons of John Cunningham | 0.1 | $250 | $25 |
| 68 | JML | 08/17/04 | 2d telephone call to client regarding his additional information on accident and the continued retaliation | 0.3 | $250 | $75 |
| 69 | JML | 08/20/04 | Telephone to client regarding TSN revision of Complaint | 0.3 | $250 | $75 |
| 70 | JML | 08/23/04 | Revise Complaint based on Friday's conversation with client | 0.1 | $250 | $25 |
| 71 | TSN | 08/23/04 | Work on second draft of complaint. | 1.2 | $450 | $540 |
| 72 | TSN | 08/23/04 | Second draft of the complaint. | 2.5 | $450 | $1,125 |

Exhibit B                         All Entries by Date                         Tab 1

| Item # | ATTY | Date | Description | Time | Rate | Fee |
|--------|------|------|-------------|------|------|-----|
| 73 | JML | 08/24/04 | Continue revising of Complaint and telephone to client regarding same | 0.4 | $250 | $100 |
| 74 | SJN | 08/24/04 | Review and edit draft 0.2 of complaint | 0.4 | $250 | $100 |
| 75 | TSN | 08/24/04 | Telephone with client about his draft complaint and his need to review it for factual accuracy and whether he wishes to hold a press conference. | 0.1 | $450 | $45 |
| 76 | TSN | 08/25/04 | Draft 3 of the complaint. | 1.9 | $450 | $855 |
| 77 | JML | 08/26/04 | Telephone to client regarding revised Complaint | 0.3 | $250 | $75 |
| 78 | JML | 08/27/04 | Review TSN's draft Complaint | 0.3 | $250 | $75 |
| 79 | SJN | 08/27/04 | Meeting with TSN. | 0.3 | $250 | $75 |
| 80 | TSN | 08/27/04 | Meeting with Steve | 0.3 | $450 | $135 |
| 81 | TSN | 08/27/04 | Document drafting, copy counsel to review. | 0.3 | $450 | $135 |
| 82 | TSN | 08/27/04 | Telephone from the AP. | 0.1 | $450 | $45 |
| 83 | SJN | 08/29/04 | Review and edit draft 3 of complaint. | 0.6 | $250 | $150 |
| 84 | JML | 08/30/04 | Review and revise draft Complaint | 0.2 | $250 | $50 |

Exhibit B                     All Entries by Date                     Tab 1

| Item # | ATTY | Date | Description | Time | Rate | Fee |
|--------|------|------|-------------|------|------|-----|
| 85 | JML | 08/30/04 | Meeting with TSN and client regarding pending lawsuit | 1.0 | $250 | $250 |
| 86 | JML | 08/30/04 | Revise Civil Cover Sheet | 0.2 | $250 | $50 |
| 87 | TSN | 08/30/04 | Meet with client to review facts of the complaint and make revisions. | 1.0 | $450 | $450 |
| 88 | TSN | 08/30/04 | Final draft of complaint. | 2.5 | $450 | $1,125 |
| 89 | SJN | 08/31/04 | Meeting with TSN re filing and related issues. | 0.3 | $250 | $75 |
| 90 | SJN | 08/31/04 | Review latest draft of complaint. | 0.3 | $250 | $75 |
| 91 | TSN | 08/31/04 | Finalize complaint. | 0.7 | $450 | $315 |
| 92 | TSN | 08/31/04 | Draft press release. | 0.6 | $450 | $270 |
| 93 | TSN | 08/31/04 | Meeting with SJN re filing and related issues. | 0.3 | $450 | $135 |
| 94 | SJN | 09/02/04 | Press conference. | 1.0 | $250 | $250 |
| 95 | SJN | 09/02/04 | Fact investigation and meeting with client. | 1.3 | $250 | $325 |
| 96 | SJN | 09/02/04 | Fact investigation re: other incidents where Freebery's has done this. | 0.3 | $250 | $75 |

Exhibit B                     All Entries by Date                     Tab 1

| Item # | ATTY | Date | Description | Time | Rate | Fee |
|--------|------|------|-------------|------|------|-----|
| 97 | SJN | 09/02/04 | Respond to media inquiries. | 0.5 | $250 | $125 |
| 98 | SJN | 09/02/04 | Telephone with Hank. | 0.1 | $250 | $25 |
| 99 | SJN | 09/02/04 | Telephone calls with Tom. | 0.2 | $250 | $50 |
| 100 | SJN | 09/02/04 | Fact investigation. | 0.5 | $250 | $125 |
| 101 | SJN | 09/02/04 | Calls with Steve. | 0.2 | $250 | $50 |
| 102 | TSN | 09/02/04 | Meeting with client about facts. | 1.0 | $450 | $450 |
| 103 | TSN | 09/02/04 | Attend press conference for client, preparation. | 1.4 | $450 | $630 |
| 104 | SJN | 09/03/04 | Telephone with TSN. | 0.1 | $250 | $25 |
| 105 | SJN | 09/03/04 | Call to Hank. | 0.1 | $250 | $25 |
| 106 | SJN | 09/03/04 | Fact investigation. | 0.3 | $250 | $75 |
| 107 | SJN | 09/03/04 | E-mail to TSN & JLR. | 0.1 | $250 | $25 |
| 108 | SJN | 09/03/04 | Phone call to investigate the facts of the police report being doctored. | 0.1 | $250 | $25 |

Exhibit B                    All Entries by Date                    Tab 1

| Item # | ATTY | Date | Description | Time | Rate | Fee |
|--------|------|------|-------------|------|------|-----|
| 109 | SJN | 09/03/04 | E-mail to TSN & JLR re: Freebery order via Janet Smith to alter police report. | 0.1 | $250 | $25 |
| 110 | SJN | 09/03/04 | Calls with Steve. | 0.2 | $250 | $50 |
| 111 | SJN | 09/07/04 | Fact investigation. | 0.2 | $250 | $50 |
| 112 | SJN | 09/08/04 | Meeting with TSN. | 0.3 | $250 | $75 |
| 113 | TSN | 09/08/04 | Review fact statements by parties. | 0.2 | $450 | $90 |
| 114 | TSN | 09/08/04 | Review witness statements and email client. | 0.4 | $450 | $180 |
| 115 | TSN | 09/08/04 | Call from M. Allen about the police report claims. | 0.2 | $450 | $90 |
| 116 | TSN | 09/08/04 | E-mail JLR with things to do. | 0.2 | $450 | $90 |
| 117 | TSN | 09/08/04 | Meeting with Steve. | 0.3 | $450 | $135 |
| 118 | TSN | 09/09/04 | Review two e-mails from client and reply. | 0.2 | $450 | $90 |
| 119 | TSN | 09/09/04 | Investigate facts given by client. | 0.2 | $450 | $90 |
| 120 | SJN | 09/10/04 | Fact investigation. | 0.1 | $250 | $25 |

Exhibit B                          All Entries by Date                          Tab 1

| Item # | ATTY | Date | Description | Time | Rate | Fee |
|--------|------|------|-------------|------|------|-----|
| 121 | SJN | 09/13/04 | Review e-mails. | 0.1 | $250 | $25 |
| 122 | TSN | 09/13/04 | Email to client about preparing rule 26 disclosures. | 0.2 | $450 | $90 |
| 123 | SJN | 09/30/04 | Return call to Bowser re: extension of time on Answer. | 0.1 | $250 | $25 |
| 124 | SJN | 10/01/04 | Meeting with TSN. | 0.1 | $250 | $25 |
| 125 | SJN | 10/01/04 | E-mail to Bowser re: extension of time to file Answer and conflict of interest. | 0.1 | $250 | $25 |
| 126 | TSN | 10/01/04 | Meeting with SJN. | 0.1 | $450 | $45 |
| 127 | JML | 10/06/04 | Telephone from client regarding accident and potential discipline and advise regarding his rights of appeal | 0.1 | $250 | $25 |
| 128 | TSN | 10/07/04 | Review e-mail from client on damages and disparate punishment. | 0.1 | $450 | $45 |
| 129 | JML | 10/28/04 | E-mail to client regarding his potential new employment and its impact on the case | 0.2 | $250 | $50 |
| 130 | TSN | 11/03/04 | Review two e-mails from the client. | 0.1 | $450 | $45 |
| 131 | SJN | 11/05/04 | Meeting with TSN re: D's filing answer or motion for a stay. | 0.1 | $250 | $25 |
| 132 | TSN | 11/05/04 | Meeting with SJN re: D's filing answer or motion for a stay. | 0.1 | $450 | $45 |

Exhibit B                        All Entries by Date                        Tab 1

| Item # | ATTY | Date | Description | Time | Rate | Fee |
|--------|------|------|-------------|------|------|-----|
| 133 | TSN | 11/09/04 | Review their stay brief and e-mail JLR about a response. | 0.2 | $450 | $90 |
| 134 | SJN | 11/10/04 | Meeting with TSN re: settlement. | 0.2 | $250 | $50 |
| 135 | TSN | 11/10/04 | Discuss with JLR settlement strategy for the case. | 0.5 | $450 | $225 |
| 136 | TSN | 11/10/04 | Meeting with SJN re: settlement. | 0.2 | $450 | $90 |
| 137 | JML | 11/15/04 | E-mail to client regarding health status report | 0.1 | $250 | $25 |
| 138 | JML | 11/16/04 | Telephone and e-mail to client regarding damages information | 0.4 | $250 | $100 |
| 139 | JML | 11/16/04 | E-mail to plaintiff's counsel regarding our Response to Motion to Stay | 0.1 | $250 | $25 |
| 140 | SJN | 11/16/04 | Motion to stay briefing. | 0.2 | $250 | $50 |
| 141 | JML | 11/22/04 | Begin drafting Memo in Opposition to Motion to Stay | 2.2 | $250 | $550 |
| 142 | JML | 11/24/04 | Continue drafting Response to Motion to Stay | 2.1 | $250 | $525 |
| 143 | JML | 11/24/04 | Continue drafting Response to Motion to Stay | 3.5 | $250 | $875 |
| 144 | JML | 11/26/04 | Finalize Response to Motion to Stay and e-mail to TSN regarding same | 1.3 | $250 | $325 |

Exhibit B                        All Entries by Date                        Tab 1

| Item # | ATTY | Date | Description | Time | Rate | Fee |
|--------|------|------|-------------|------|------|-----|
| 145 | SJN | 11/29/04 | Review our AB. | 0.2 | $250 | $50 |
| 146 | TSN | 11/30/04 | Review our stay brief. | 0.1 | $450 | $45 |
| 147 | TSN | 11/30/04 | E-mail to JLR. | 0.1 | $450 | $45 |
| 148 | TSN | 12/05/04 | Fact investigation on expected changes in County government in January and effect on this case. | 0.5 | $450 | $225 |
| 149 | JML | 12/08/04 | Telephone to economist regarding retaining him for an expert report | 0.3 | $250 | $75 |
| 150 | JML | 12/16/04 | Telephone from client regarding motion to stay | 0.1 | $250 | $25 |
| 151 | TSN | 12/19/04 | Review stay decision by the court. | 0.1 | $450 | $45 |
| 152 | SJN | 12/21/04 | Meeting with TSN re: settlement strategy. | 0.1 | $250 | $25 |
| 153 | TSN | 12/21/04 | Meet with JLR about settlement strategy. | 0.3 | $450 | $135 |
| 154 | TSN | 12/21/04 | Meeting with SJN re: settlement strategy. | 0.1 | $450 | $45 |
| 155 | JML | 12/22/04 | Telephone to client regarding economist's follow up questions | 0.3 | $250 | $75 |
| 156 | JML | 12/22/04 | Letter to economist regarding follow up data from today's conversation with client | 0.4 | $250 | $100 |

Exhibit B                          All Entries by Date                          Tab 1

| Item # | ATTY | Date | Description | Time | Rate | Fee |
|--------|------|------|-------------|------|------|-----|
| 157 | JML | 12/23/04 | Review cardiologist medical records and end of year pay stubs for 2001-2004 | 0.5 | $250 | $125 |
| 158 | JML | 12/23/04 | Draft letter to economist regarding additional pension documents | 0.1 | $250 | $25 |
| 159 | JML | 12/29/04 | E-mail to economist regarding his initial draft report | 0.1 | $250 | $25 |
| 160 | JML | 12/30/04 | Telephone to client and 2 calls from client regarding salary range for Lt. Colonel, date of pay increase to Captain QW, and date of promotion to Major | 0.3 | $250 | $75 |
| 161 | JML | 12/30/04 | Draft letter to economist regarding additional information and documents and 4 scenarios of denied promotions and pay increases | 0.5 | $250 | $125 |
| 162 | JML | 12/31/04 | E-mail to Dr. Black regarding 3rd denied promotion scenario | 0.2 | $250 | $50 |
| 163 | JML | 01/03/05 | Review second draft economic report from Dr. Black | 0.4 | $250 | $100 |
| 164 | JML | 01/03/05 | E-mail to economist regarding corrections to latest draft of report | 0.1 | $250 | $25 |
| 165 | JML | 01/03/05 | E-mail from and to economist regarding title page of his report | 0.2 | $250 | $50 |
| 166 | SJN | 01/05/05 | Review TSN settlement concept e-mail. | 0.1 | $250 | $25 |
| 167 | TSN | 01/05/05 | Review Dr. Black report and outline demand package. | 0.6 | $450 | $270 |
| 168 | TSN | 01/13/05 | E-mail to JLR about economic report. | 0.1 | $450 | $45 |

Exhibit B                  All Entries by Date                  Tab 1

| Item # | ATTY | Date | Description | Time | Rate | Fee |
|---|---|---|---|---|---|---|
| 169 | JML | 01/14/05 | Telephone to Dr. Black regarding revising his economic report to include tax effect | 0.1 | $250 | $25 |
| 170 | TSN | 01/16/05 | E-mail to JLR about settlement and Monell issues. | 0.3 | $450 | $135 |
| 171 | JML | 01/17/05 | Telephone to client regarding additional information to update economic report to add income tax effect of lump sum recovery | 0.1 | $250 | $25 |
| 172 | JML | 01/18/05 | Contact economist regarding additional documents for him to review | 0.1 | $250 | $25 |
| 173 | JML | 01/20/05 | Begin drafting Settlement package | 2.0 | $250 | $500 |
| 174 | TSN | 01/26/05 | Review revised economic expert report. | 0.3 | $450 | $135 |
| 175 | TSN | 01/27/05 | Telephone with Jeff Goddess. | 0.1 | $450 | $45 |
| 176 | TSN | 01/27/05 | E-mail to JLR> | 0.1 | $450 | $45 |
| 177 | TSN | 01/29/05 | E-mail to JLR. | 0.1 | $450 | $45 |
| 178 | TSN | 02/02/05 | E-mail JLR on Coons transition actions. | 0.2 | $450 | $90 |
| 179 | TSN | 02/04/05 | Meet with KM about NCCPD promotion process. | 0.6 | $450 | $270 |
| 180 | JML | 02/07/05 | E-mail from TSN and to client regarding demand letter | 0.2 | $250 | $50 |

Exhibit B                    All Entries by Date                    Tab 1

| Item # | ATTY | Date | Description | Time | Rate | Fee |
|--------|------|------|-------------|------|------|-----|
| 181 | TSN | 02/07/05 | E-mail JLR on timing of settlement demand. | 0.1 | $450 | $45 |
| 182 | TSN | 02/09/05 | Gather facts on county finances. | 0.1 | $450 | $45 |
| 183 | TSN | 02/09/05 | Think about recusal decision by the court. | 0.2 | $450 | $90 |
| 184 | SJN | 02/10/05 | Meeting with TSN and JLR re: case strategy. | 0.4 | $250 | $100 |
| 185 | TSN | 02/10/05 | Meeting with SJN and JLR re: case strategy. | 0.4 | $450 | $180 |
| 186 | JML | 02/11/05 | Review TSN-SJN draft settlement demand in NCC case | 1.5 | $250 | $375 |
| 187 | JML | 02/11/05 | Continue drafting settlement package | 1.4 | $250 | $350 |
| 188 | TSN | 02/11/05 | File memo on recusal. | 0.2 | $450 | $90 |
| 189 | JML | 02/14/05 | Continue drafting settlement package: Statement of Facts | 1.6 | $250 | $400 |
| 190 | JML | 02/16/05 | Continue drafting settlement demand: Fact Witnesses and Expert Witnesses and Physical Injuries | 1.5 | $250 | $375 |
| 191 | JML | 02/16/05 | Continue drafting settlement demand: Damages, Injuries, Relief, Attorneys' Fees, and Punitives | 1.9 | $250 | $475 |
| 192 | JML | 02/17/05 | Continue drafting settlement package: Argument Section I | 1.5 | $250 | $375 |

Exhibit B                        All Entries by Date                        Tab 1

| Item # | ATTY | Date | Description | Time | Rate | Fee |
|--------|------|------|-------------|------|------|-----|
| 193 | JML | 02/17/05 | Continue drafting settlement package: Argument Section II | 1.5 | $250 | $375 |
| 194 | JML | 02/17/05 | Continue drafting settlement package: Argument Section III | 1.5 | $250 | $375 |
| 195 | JML | 02/18/05 | Continue drafting settlement package: Finish Argument Section III | 0.1 | $250 | $25 |
| 196 | JML | 02/18/05 | Continue drafting Settlement package: Argument Section IV | 1.4 | $250 | $350 |
| 197 | JML | 02/18/05 | Continue drafting Settlement package: Argument Section V | 1.4 | $250 | $350 |
| 198 | JML | 02/18/05 | Legal research regarding Indemnification Law | 0.5 | $250 | $125 |
| 199 | JML | 02/18/05 | Continue drafting Settlement package: Argument Sections VI and VII | 2.0 | $250 | $500 |
| 200 | JML | 02/18/05 | Continue drafting settlement package: Settlement Proposal | 1.0 | $250 | $250 |
| 201 | JML | 02/18/05 | Review and revise entire 70 page settlement package | 1.9 | $250 | $475 |
| 202 | TSN | 02/19/05 | E-mail on settlement. | 0.1 | $450 | $45 |
| 203 | SJN | 02/20/05 | Review and revise settlement proposal. | 0.8 | $250 | $200 |
| 204 | JML | 03/03/05 | Memorandum to client regarding economic, compensatory, and punitive damages, his economic report, settlement demand package, Dr. Black, and detail report | 1.0 | $250 | $250 |

Exhibit B                       All Entries by Date                       Tab 1

| Item # | ATTY | Date | Description | Time | Rate | Fee |
|--------|------|------|-------------|------|------|-----|
| 205 | TSN | 03/03/05 | Meet with JLR about the case. | 0.2 | $450 | $90 |
| 206 | JML | 03/08/05 | Telephone to client regarding further retaliatory transfer back to Minquedale for shift work | 0.1 | $250 | $25 |
| 207 | JML | 03/08/05 | Memo to TSN regarding further retaliatory transfer back to Minquedale for shift work | 0.2 | $250 | $50 |
| 208 | TSN | 03/08/05 | Review memo on his additional transfer to a new assignment. | 0.1 | $450 | $45 |
| 209 | JML | 03/14/05 | Review litigation report from NCC | 0.1 | $250 | $25 |
| 210 | JML | 03/14/05 | Prepare for today's briefing of TSN for his meeting tomorrow with the County attorney | 1.5 | $250 | $375 |
| 211 | JML | 03/14/05 | Update settlement package to include new developments in the case: Transfer to Patrol Squad B, additional defense attorneys' fees, etc | 0.9 | $250 | $225 |
| 212 | JML | 03/14/05 | E-mail to TSN regarding updated settlement package | 0.1 | $250 | $25 |
| 213 | SJN | 03/15/05 | Meet with TSN and Greg Wilson about settlement the case. | 0.2 | $250 | $50 |
| 214 | TSN | 03/15/05 | Meet with Greg Wison and SNJ about settling the case. | 0.2 | $450 | $90 |
| 215 | TSN | 03/15/05 | E-mail to JLR. | 0.1 | $450 | $45 |
| 216 | JML | 03/16/05 | Review e-mail from TSN and send e-mail to client regarding TSN meeting with County attorney | 0.1 | $250 | $25 |

Exhibit B                          All Entries by Date                          Tab 1

| Item # | ATTY | Date | Description | Time | Rate | Fee |
|---|---|---|---|---|---|---|
| 217 | SJN | 03/18/05 | Meet with TSN about the settlement package. | 0.3 | $250 | $75 |
| 218 | TSN | 03/18/05 | meet with SJN about the settlement package. | 0.3 | $450 | $135 |
| 219 | TSN | 03/18/05 | Email to co-counsel | 0.1 | $450 | $45 |
| 220 | JML | 03/22/05 | E-mail from TSN and send e-mail to client regarding Coons' speech of 3/16/05 | 0.1 | $250 | $25 |
| 221 | TSN | 03/22/05 | E-mail to JLR | 0.1 | $450 | $45 |
| 222 | SJN | 03/23/05 | Working on settlement package | 0.5 | $250 | $125 |
| 223 | JML | 03/24/05 | E-mail to Dr. Black regarding expert report | 0.1 | $250 | $25 |
| 224 | SJN | 03/24/05 | Meet with TSN about settlement proposal | 0.2 | $250 | $50 |
| 225 | SJN | 03/24/05 | Revising settlement package | 1.1 | $250 | $275 |
| 226 | TSN | 03/24/05 | Meet with SJN re: draft settlement proposal | 0.2 | $450 | $90 |
| 227 | TSN | 04/05/05 | Fact investigation on new public safety director | 0.2 | $450 | $90 |
| 228 | TSN | 04/05/05 | Fact investigation on new public safety director | 0.2 | $450 | $90 |

Exhibit B                          All Entries by Date                          Tab 1

| Item # | ATTY | Date | Description | Time | Rate | Fee |
|--------|------|------|-------------|------|------|-----|
| 229 | TSN | 04/06/05 | Discuss with SJN status of the police dept. | 0.2 | $450 | $90 |
| 230 | TSN | 04/06/05 | Review letter on settlement from client | 0.1 | $450 | $45 |
| 231 | JML | 04/15/05 | Telephone to client regarding demand, meeting, and delivery of settlement package | 0.1 | $250 | $25 |
| 232 | JML | 04/15/05 | E-mail from TSN regarding demand, meeting, and delivery of settlement package and e-mails to and from co-counsel regarding cover letter for settlement package | 0.1 | $250 | $25 |
| 233 | TSN | 04/15/05 | Revise draft demand package | 1.1 | $450 | $495 |
| 234 | TSN | 04/15/05 | Finish revision of demand package | 1.5 | $450 | $675 |
| 235 | JML | 04/16/05 | Begin revising settlement package: pages 1-17 | 1.0 | $250 | $250 |
| 236 | JML | 04/18/05 | Continue revising settlement package: pp. 19-65 | 1.4 | $250 | $350 |
| 237 | JML | 04/18/05 | Continue revising settlement package: pp. 19-65 | 1.0 | $250 | $250 |
| 238 | JML | 04/18/05 | Continue drafting 67 page settlement package | 1.0 | $250 | $250 |
| 239 | JML | 04/18/05 | Begin drafting letter to County attorney regarding settlement package | 0.2 | $250 | $50 |
| 240 | SJN | 04/18/05 | Meeting with TSN re: settlement package | 0.1 | $250 | $25 |

Exhibit B                          All Entries by Date                          Tab 1

| Item # | ATTY | Date | Description | Time | Rate | Fee |
|--------|------|------|-------------|------|------|-----|
| 241 | TSN | 04/18/05 | E-mails from JLR | 0.1 | $450 | $45 |
| 242 | TSN | 04/18/05 | Meeting with SJN re: settlement package | 0.1 | $450 | $45 |
| 243 | JML | 04/19/05 | Finalize letter to county attorney regarding settlement package | 0.1 | $250 | $25 |
| 244 | JML | 04/19/05 | Revise settlement package | 0.3 | $250 | $75 |
| 245 | SJN | 04/19/05 | E-mail from JLR re: retaliatory transfer | 0.1 | $250 | $25 |
| 246 | JML | 04/21/05 | Draft section on Plaintiff's superior qualifications | 0.7 | $250 | $175 |
| 247 | JML | 04/21/05 | Review and finalize 67 page demand package | 1.5 | $250 | $375 |
| 248 | JML | 04/21/05 | E-mail to TSN regarding demand package | 0.1 | $250 | $25 |
| 249 | JML | 04/22/05 | Finalize demand package with most recent revisions and e-mail to The Neuberger Firm regarding same | 0.2 | $250 | $50 |
| 250 | SJN | 04/22/05 | Meeting with SJN re: status of case, and planning out discovery and trial | 0.3 | $250 | $75 |
| 251 | TSN | 04/22/05 | Meeting with TSN re: status of case, and planning out discovery and trial | 0.3 | $450 | $135 |
| 252 | TSN | 04/22/05 | Review and approve settlement documents | 0.4 | $450 | $180 |

Exhibit B                        All Entries by Date                        Tab 1

| Item # | ATTY | Date | Description | Time | Rate | Fee |
|--------|------|------|-------------|------|------|-----|
| 253 | TSN | 04/22/05 | Meet with client to review and obtain approval of demand package and our negotiating strategy | 1.5 | $450 | $675 |
| 254 | TSN | 04/22/05 | E-mail to co-counsel | 0.1 | $450 | $45 |
| 255 | JML | 04/26/05 | Telephone to client and e-mail to TSN regarding delivery of demand package | 0.1 | $250 | $25 |
| 256 | TSN | 05/12/05 | E-mail on witnesses | 0.1 | $450 | $45 |
| 257 | TSN | 05/19/05 | Review e-mail from client | 0.1 | $450 | $45 |
| 258 | JML | 05/20/05 | Telephone to client regarding demand response and e-mail to TSN regarding same | 0.2 | $250 | $50 |
| 259 | TSN | 05/20/05 | Meet with JLR about failure of settlement efforts | 0.1 | $450 | $45 |
| 260 | TSN | 05/26/05 | E-mail to client | 0.2 | $450 | $90 |
| 261 | TSN | 06/07/05 | E-mail from client and reply on his medical condition and damages | 0.4 | $450 | $180 |
| 262 | TSN | 06/07/05 | E-mail to client | 0.2 | $450 | $90 |
| 263 | TSN | 06/07/05 | E-mail from JLR and respond | 0.1 | $450 | $45 |
| 264 | TSN | 06/08/05 | Speak with JLR about the facts | 0.1 | $450 | $45 |

Exhibit B                    All Entries by Date                    Tab 1

| Item # | ATTY | Date | Description | Time | Rate | Fee |
|--------|------|------|-------------|------|------|-----|
| 265 | TSN | 06/25/05 | Telephone with client | 0.1 | $450 | $45 |
| 266 | TSN | 06/25/05 | Speak with client about status of the case | 0.3 | $450 | $135 |
| 267 | TSN | 06/27/05 | E-mail on removal of the Chief | 0.5 | $450 | $225 |
| 268 | TSN | 06/28/05 | Fact investigation | 0.3 | $450 | $135 |
| 269 | JML | 07/05/05 | Review e-mail from TSN and e-mail to client regarding County's reported financial deficit | 0.1 | $250 | $25 |
| 270 | JML | 07/18/05 | Telephone to client regarding County's reported financial deficit | 0.1 | $250 | $25 |
| 271 | TSN | 07/21/05 | E-mail from client and respond | 0.2 | $450 | $90 |
| 272 | TSN | 08/23/05 | Discuss status of the case with JLR | 0.1 | $450 | $45 |
| 273 | TSN | 08/25/05 | Letter to client | 0.2 | $450 | $90 |
| 274 | TSN | 09/09/05 | E-mail to co-counsel | 0.1 | $450 | $45 |
| 275 | TSN | 10/04/05 | E-mail from client and respond | 0.1 | $450 | $45 |
| 276 | TSN | 12/30/05 | E-mail from client and reply on status of the case | 0.3 | $450 | $135 |

Exhibit B                        All Entries by Date                        Tab 1

| Item # | ATTY | Date | Description | Time | Rate | Fee |
|--------|------|------|-------------|------|------|-----|
| 277 | TSN | 01/31/06 | Reply to clients e-mail on his damages | 0.2 | $450 | $90 |
| 278 | TSN | 03/18/06 | E-mail from client and respond | 0.1 | $450 | $45 |
| 279 | TSN | 06/01/06 | E-mail from client and respond | 0.1 | $450 | $45 |
| 280 | TSN | 06/22/06 | E-mail from client and reply | 0.1 | $450 | $45 |
| 281 | TSN | 06/22/06 | E-mail from client and reply | 0.1 | $450 | $45 |
| 282 | SJN | 07/05/06 | Meeting with TSN re: impact of Garcetti | 0.1 | $250 | $25 |
| 283 | TSN | 07/05/06 | Meeting with SJN re: impact of Garcetti | 0.1 | $450 | $45 |
| 284 | JML | 07/25/06 | Meeting with TSN regarding case in light of new SCt case | 0.2 | $250 | $50 |
| 285 | TSN | 07/25/06 | Meet with JLR about status of the case | 0.2 | $450 | $90 |
| 286 | TSN | 08/10/06 | Call from client | 0.1 | $450 | $45 |
| 287 | TSN | 08/10/06 | E-mail to JLR and client | 0.1 | $450 | $45 |
| 288 | JML | 08/14/06 | Telephone to client and e-mail to TSN regarding Supreme Court decision | 0.2 | $250 | $50 |

Exhibit B                          All Entries by Date                          Tab 1

| Item # | ATTY | Date | Description | Time | Rate | Fee |
|--------|------|------|-------------|------|------|-----|
| 289 | JML | 08/14/06 | Review Garcetti decision and analyze its impact on the case | 1.0 | $250 | $250 |
| 290 | JML | 08/14/06 | Review TSN brief regarding Garcetti case law affecting this case | 0.5 | $250 | $125 |
| 291 | JML | 08/15/06 | Telephone to client and e-mail to TSN regarding S.Ct. decision | 0.2 | $250 | $50 |
| 292 | TSN | 08/29/06 | Review file | 0.4 | $450 | $180 |
| 293 | JML | 08/30/06 | Meeting with TSN and client regarding new settlement strategy | 1.1 | $250 | $275 |
| 294 | JML | 08/30/06 | Draft Memo to TSN regarding today's meeting | 0.6 | $250 | $150 |
| 295 | SJN | 08/30/06 | Meeting with TSN re: settlement issues | 0.2 | $250 | $50 |
| 296 | TSN | 08/30/06 | Meet with client and JLR about settlement authority | 1.3 | $450 | $585 |
| 297 | TSN | 08/30/06 | Meeeting with SJN re: settlement issues | 0.2 | $450 | $90 |
| 298 | JML | 09/13/06 | E-mail to co-counsel regarding settlement initiatives | 0.1 | $250 | $25 |
| 299 | JML | 09/14/06 | Meeting with co-counsel regarding NCC settlement initiatives | 0.5 | $250 | $125 |
| 300 | JML | 09/26/06 | E-mail to co-counsel regarding NCC settlement talks | 0.1 | $250 | $25 |

Exhibit B            All Entries by Date            Tab 1

| Item # | ATTY | Date | Description | Time | Rate | Fee |
|--------|------|------|-------------|------|------|-----|
| 301 | JML | 09/28/06 | Telephone from co-counsel regarding status of settlement talks | 0.1 | $250 | $25 |
| 302 | JML | 10/02/06 | Draft renewed settlement demand letter | 2.5 | $250 | $625 |
| 303 | TSN | 10/02/06 | Edit demand letter | 0.2 | $450 | $90 |
| 304 | JML | 10/03/06 | Finalize renewed demand letter | 1.8 | $250 | $450 |
| 305 | TSN | 10/06/06 | Meet with JLR on status of the case | 0.1 | $450 | $45 |
| 306 | JML | 11/10/06 | Telephone to client regarding his case status | 0.1 | $250 | $25 |
| 307 | TSN | 11/10/06 | Meet with JLR about status of negotiations | 0.1 | $450 | $45 |
| 308 | TSN | 12/06/06 | Meet with JLR about settlement strategy | 0.1 | $450 | $45 |
| 309 | SJN | 12/16/06 | Pleadings review | 0.1 | $250 | $25 |
| 310 | TSN | 01/02/07 | Telephone with the USM about the case | 0.1 | $450 | $45 |
| 311 | TSN | 01/09/07 | Try to reach my client | 0.1 | $450 | $45 |
| 312 | TSN | 01/09/07 | Telephone with client | 0.1 | $450 | $45 |

Exhibit B                          All Entries by Date                          Tab 1

| Item # | ATTY | Date | Description | Time | Rate | Fee |
|--------|------|------|-------------|------|------|-----|
| 313 | SJN | 01/11/07 | Meeting with Hank re: settlement and case status | 2.0 | $250 | $500 |
| 314 | TSN | 01/12/07 | Review e-mail | 0.1 | $450 | $45 |
| 315 | TSN | 03/08/07 | E-mail from client and respond | 0.1 | $450 | $45 |
| 316 | TSN | 05/02/07 | E-mail to co-counsel on settlement | 0.1 | $450 | $45 |
| 317 | SJN | 05/03/07 | E-mail from JLR | 0.1 | $250 | $25 |
| 318 | TSN | 05/29/07 | E-mail on interview fact witnesses | 0.2 | $450 | $90 |
| 319 | TSN | 05/29/07 | Fact investigation, attend the deposition of Maloney & Rendina on the operation of NCC | 1.4 | $450 | $630 |
| 320 | JML | 06/01/07 | Telephone from client and e-mail to TSN regarding police report of Freeberry accident | 0.3 | $250 | $75 |
| 321 | TSN | 06/01/07 | E-mail from JLR and reply | 0.1 | $450 | $45 |
| 322 | TSN | 06/01/07 | E-mail to JLR about IA inquire to client | 0.1 | $450 | $45 |
| 323 | TSN | 06/03/07 | E-mail to Maloney statements | 0.1 | $450 | $45 |
| 324 | RW | 06/05/07 | Attend Wilmington Hospitality v. NCC with Maloney and Rendina/witnesses | 0.7 | $170 | $119 |

Exhibit B                        All Entries by Date                        Tab 1

| Item # | ATTY | Date | Description | Time | Rate | Fee |
|--------|------|------|-------------|------|------|-----|
| 325 | RW | 06/06/07 | Attend Wilmington Hospitality v. NCC with Maloney and Rendina/witnesses | 0.5 | $170 | $85 |
| 326 | RW | 06/06/07 | Memo to TSN re: Maloney/Rendina testimony in Wilmington Hospitality case | 0.8 | $170 | $136 |
| 327 | TSN | 06/06/07 | E-mail on lifting the stay | 0.2 | $450 | $90 |
| 328 | JML | 06/07/07 | Legal and factual analysis: review e-mail from TSN, Complaint, and send e-mail to TSN regarding defendant Gordon | 1.3 | $250 | $325 |
| 329 | TSN | 06/07/07 | E-mail on evidence issue | 0.2 | $450 | $90 |
| 330 | TSN | 06/14/07 | Meet with Maloney and Rendina about the facts of the case | 1.0 | $450 | $450 |
| 331 | TSN | 06/15/07 | Telephone with JLR about fact investigation | 0.2 | $450 | $90 |
| 332 | JML | 06/18/07 | E-mail to RW regarding depositions of LM and MR and to CAH regarding affidavits of LM and MR | 0.2 | $250 | $50 |
| 333 | SJN | 06/18/07 | Meeting with TSN re: amending complaint | 0.1 | $250 | $25 |
| 334 | TSN | 06/18/07 | Meeting with SJN re: amending complaint | 0.1 | $450 | $45 |
| 335 | TSN | 06/18/07 | E-mail from client and reply | 0.2 | $450 | $90 |
| 336 | TSN | 06/18/07 | E-mail on the stay | 0.1 | $450 | $45 |

Exhibit B                    All Entries by Date                    Tab 1

| Item # | ATTY | Date | Description | Time | Rate | Fee |
|--------|------|------|-------------|------|------|-----|
| 337 | JML | 06/19/07 | E-mail to TSN regarding no Answer filed and amending the Complaint | 0.1 | $250 | $25 |
| 338 | JML | 06/19/07 | Review Complaint and deposition testimony of LM in County case | 1.5 | $250 | $375 |
| 339 | JML | 06/19/07 | Review deposition testimony of MR in County case | 0.1 | $250 | $25 |
| 340 | JML | 06/19/07 | Review memo from RW regarding trial testimony of LM and MR in NCC case | 0.3 | $250 | $75 |
| 341 | JML | 06/19/07 | Review deposition of defendant Freeberry in County police case | 2.0 | $250 | $500 |
| 342 | JML | 06/19/07 | Prepare questions for interviews of witnesses LM and MR | 1.0 | $250 | $250 |
| 343 | JML | 06/20/07 | Continue preparing interview questions | 0.5 | $250 | $125 |
| 344 | JML | 06/20/07 | Telephone to LM regarding interview | 0.1 | $250 | $25 |
| 345 | JML | 06/20/07 | Draft letter to LM and MR regarding interview | 0.3 | $250 | $75 |
| 346 | JML | 06/21/07 | E-mail to witness regarding interviews | 0.2 | $250 | $50 |
| 347 | SJN | 06/24/07 | Legal research - speech to grand jury still protect post-Garcetti cases | 0.2 | $250 | $50 |
| 348 | JML | 06/27/07 | Interview MR regarding case | 2.0 | $250 | $500 |

Exhibit B                    All Entries by Date                    Tab 1

| Item # | ATTY | Date | Description | Time | Rate | Fee |
|--------|------|------|-------------|------|------|-----|
| 349 | JML | 06/27/07 | Interview LM regarding case | 2.2 | $250 | $550 |
| 350 | CAS | 07/02/07 | E-mail to JLR regarding affidavits and plea agreement | 0.2 | $170 | $34 |
| 351 | CAS | 07/09/07 | Review e-mail from TSN regarding client's new job | 0.1 | $170 | $17 |
| 352 | JML | 07/09/07 | Draft Declaration of LM | 3.0 | $250 | $750 |
| 353 | JML | 07/09/07 | Telephone to TSN regarding case status | 0.3 | $250 | $75 |
| 354 | JML | 07/09/07 | E-mail to TSN regarding damages | 0.4 | $250 | $100 |
| 355 | SJN | 07/09/07 | Call from TSN | 0.2 | $250 | $50 |
| 356 | SJN | 07/09/07 | Review draft declaration and send amended complaint and unstaying letter to JLR | 0.2 | $250 | $50 |
| 357 | TSN | 07/09/07 | Telephone with client | 0.2 | $450 | $90 |
| 358 | TSN | 07/09/07 | Review L. Maloney declaration | 0.2 | $450 | $90 |
| 359 | TSN | 07/09/07 | Discuss lifting the stay with JLR and strategy | 0.3 | $450 | $135 |
| 360 | TSN | 07/09/07 | Telephone with SJN on strategy | 0.2 | $450 | $90 |

Exhibit B                          All Entries by Date                          Tab 1

| Item # | ATTY | Date | Description | Time | Rate | Fee |
|--------|------|------|-------------|------|------|-----|
| 361 | JML | 07/10/07 | Draft Declaration of MR | 3.0 | $250 | $750 |
| 362 | JML | 07/10/07 | Telephone to LM regarding additional facts for Declaration | 0.1 | $250 | $25 |
| 363 | TSN | 07/10/07 | Telephone with client, return call from media | 0.2 | $450 | $90 |
| 364 | JML | 07/11/07 | Review Riddel original and first amended complaints for our First Amended Complaint | 1.0 | $250 | $250 |
| 365 | JML | 07/11/07 | Begin drafting First Amended Complaint | 1.2 | $250 | $300 |
| 366 | JML | 07/11/07 | Revise draft 1 of First Amended Complaint and e-mail to TSN regarding same | 1.5 | $250 | $375 |
| 367 | JML | 07/12/07 | Revise First Amended Complaint | 0.4 | $250 | $100 |
| 368 | JML | 07/12/07 | Telephone to MR regarding facts | 1.4 | $250 | $350 |
| 369 | TSN | 07/12/07 | Review amended complaint | 0.2 | $450 | $90 |
| 370 | JML | 07/13/07 | Revise MR Declaration | 1.1 | $250 | $275 |
| 371 | JML | 07/13/07 | Revise Declaration of LM | 1.4 | $250 | $350 |
| 372 | SJN | 07/14/07 | Review and revise first amended complaint | 0.7 | $250 | $175 |

Exhibit B                            All Entries by Date                            Tab 1

| Item # | ATTY | Date | Description | Time | Rate | Fee |
|--------|------|------|-------------|------|------|-----|
| 373 | CAS | 07/16/07 | E-mail from TSN regarding amended complaint and stay | 0.1 | $170 | $17 |
| 374 | JML | 07/23/07 | Finalize Declaration of LM | 0.4 | $250 | $100 |
| 375 | JML | 07/24/07 | Finalize First Amended Complaint | 1.5 | $250 | $375 |
| 376 | JML | 07/24/07 | Draft letter to USM regarding lifting stay | 0.5 | $250 | $125 |
| 377 | SJN | 07/25/07 | Pleadings review | 0.1 | $250 | $25 |
| 378 | JML | 07/26/07 | E-mail to co-counsel regarding Declarations and other NCC material | 0.1 | $250 | $25 |
| 379 | JML | 08/23/07 | E-mail to MR regarding her declaration | 0.1 | $250 | $25 |
| 380 | JML | 08/27/07 | Finalize declaration of MR and e-mail to witness regarding same | 1.0 | $250 | $250 |
| 381 | CAS | 08/28/07 | Review e-mail from JLR regarding status | 0.1 | $170 | $17 |
| 382 | TSN | 08/28/07 | E-mail on status | 0.1 | $450 | $45 |
| 383 | CAS | 08/31/07 | E-mails from TSN | 0.1 | $170 | $17 |
| 384 | TSN | 08/31/07 | E-mail to client | 0.2 | $450 | $90 |

Exhibit B                    All Entries by Date                    Tab 1

| Item # | ATTY | Date | Description | Time | Rate | Fee |
|--------|------|------|-------------|------|------|-----|
| 385 | TSN | 08/31/07 | E-mail to client | 0.2 | $450 | $90 |
| 386 | CAS | 09/05/07 | E-mail from TSN to client regarding settlement | 0.1 | $170 | $17 |
| 387 | TSN | 09/05/07 | E-mail from client and respond | 0.2 | $450 | $90 |
| 388 | JML | 09/12/07 | Telephone to client regarding case status | 0.4 | $250 | $100 |
| 389 | JML | 09/13/07 | Meeting with client regarding settlement | 1.3 | $250 | $325 |
| 390 | JML | 09/13/07 | E-mail to client regarding today's meeting | 0.3 | $250 | $75 |
| 391 | TSN | 09/13/07 | Meet with client about settlement | 1.3 | $450 | $585 |
| 392 | JML | 09/24/07 | Draft new demand letter to NCC | 1.5 | $250 | $375 |
| 393 | JML | 09/24/07 | E-mail to TSN regarding draft demand letter | 0.2 | $250 | $50 |
| 394 | JML | 09/25/07 | Revise demand letter | 0.3 | $250 | $75 |
| 395 | TSN | 09/25/07 | E-mail from JLR | 0.1 | $450 | $45 |
| 396 | TSN | 09/25/07 | Review and edit settlement demand | 0.4 | $450 | $180 |

Exhibit B                          All Entries by Date                          Tab 1

| Item # | ATTY | Date | Description | Time | Rate | Fee |
|--------|------|------|-------------|------|------|-----|
| 397 | JML | 09/26/07 | Review and finalize settlement demand 3 | 0.3 | $250 | $75 |
| 398 | TSN | 10/09/07 | Meet with MH | 0.1 | $450 | $45 |
| 399 | JML | 10/25/07 | Meeting with co-counsel regarding settlement | 1.5 | $250 | $375 |
| 400 | JML | 10/25/07 | E-mail to client regarding sending settlement letter to the judge | 0.1 | $250 | $25 |
| 401 | TSN | 10/25/07 | Meet with MH re: the case | 0.1 | $450 | $45 |
| 402 | JML | 11/06/07 | Draft letter to USM regarding settlement offer | 0.4 | $250 | $100 |
| 403 | JML | 11/09/07 | Finalize letter to USM | 0.2 | $250 | $50 |
| 404 | JML | 11/15/07 | Meeting with TSN regarding case status | 0.5 | $250 | $125 |
| 405 | JML | 11/15/07 | Telephone to client regarding consent to magistrate's jurisdiction | 0.2 | $250 | $50 |
| 406 | JML | 11/15/07 | E-mail to TSN regarding consent to Magistrate's jurisdiction | 0.2 | $250 | $50 |
| 407 | JML | 11/15/07 | Draft letter to counsel regarding Scheduling Order | 0.5 | $250 | $125 |
| 408 | JML | 11/15/07 | Draft Join Proposed Scheduling Order | 1.4 | $250 | $350 |

Exhibit B                    All Entries by Date                    Tab 1

| Item # | ATTY | Date | Description | Time | Rate | Fee |
|--------|------|------|-------------|------|------|-----|
| 409 | JML | 11/15/07 | E-mail to TSN regarding joint proposed scheduling order | 0.1 | $250 | $25 |
| 410 | SJN | 11/15/07 | Pleadings review | 0.1 | $250 | $25 |
| 411 | TSN | 11/15/07 | Discuss case with MH | 0.2 | $450 | $90 |
| 412 | TSN | 11/15/07 | Meet with JLR about discovery and trial | 0.3 | $450 | $135 |
| 413 | JML | 11/17/07 | Finalize letter to counsel regarding scheduling order | 0.5 | $250 | $125 |
| 414 | CAS | 11/26/07 | Review e-mail from defense counsel | 0.1 | $170 | $17 |
| 415 | JML | 11/26/07 | Meeting with TSN regarding defendants attempt to delay case with a briefing schedule | 0.3 | $250 | $75 |
| 416 | JML | 11/26/07 | E-mail to counsel regarding its demand for briefing schedule | 0.1 | $250 | $25 |
| 417 | TSN | 11/26/07 | Meet with JLR about Rule 16 opposition by defense | 0.2 | $450 | $90 |
| 418 | JML | 11/28/07 | Draft letter to USM regarding scheduling teleconference | 0.5 | $250 | $125 |
| 419 | TSN | 11/28/07 | Review letter to court | 0.1 | $450 | $45 |
| 420 | JML | 11/29/07 | Finalize letter to Court regarding scheduling order | 0.4 | $250 | $100 |

Exhibit B                      All Entries by Date                      Tab 1

| Item # | ATTY | Date | Description | Time | Rate | Fee |
|--------|------|------|-------------|------|------|-----|
| 421 | TSN | 12/03/07 | E-mail on Rule 16 conf. | 0.2 | $450 | $90 |
| 422 | SJN | 12/04/07 | Legal research - grand jury speech protected post-Garcetti | 1.0 | $250 | $250 |
| 423 | SJN | 12/04/07 | E-mails and telephone calls from and to TSN re: Garcetti issues | 0.4 | $250 | $100 |
| 424 | CAS | 12/05/07 | Review e-mails from SJN and TSN | 0.1 | $170 | $17 |
| 425 | CAS | 12/05/07 | Review e-mail to defense counsel from SJN | 0.1 | $170 | $17 |
| 426 | SJN | 12/05/07 | Review amended complaint | 0.1 | $250 | $25 |
| 427 | SJN | 12/05/07 | E-mail to defense counsel, responding on Garcetti issues | 0.8 | $250 | $200 |
| 428 | CAS | 12/06/07 | Locate proposed Rule 16 order | 0.4 | $170 | $68 |
| 429 | CAS | 12/06/07 | Meeting with SJN re: Rule 16 order | 0.1 | $170 | $17 |
| 430 | SJN | 12/06/07 | Speak with CAH re: Rule 16 order | 0.1 | $250 | $25 |
| 431 | SJN | 12/06/07 | Review and prepare for Rule 16 teleconference on briefing | 1.0 | $250 | $250 |
| 432 | JML | 12/07/07 | Prepare for teleconference | 1.0 | $250 | $250 |

Exhibit B                          All Entries by Date                          Tab 1

| Item # | ATTY | Date | Description | Time | Rate | Fee |
|--------|------|------|-------------|------|------|-----|
| 433 | JML | 12/07/07 | Rule 16 Teleconference with USM regarding scheduling and consent to USM | 0.7 | $250 | $175 |
| 434 | JML | 12/07/07 | Draft Consent to USM jurisdiction and e-mail to TSN regarding the same | 0.8 | $250 | $200 |
| 435 | SJN | 12/07/07 | E-mails to co-counsel | 0.1 | $250 | $25 |
| 436 | SJN | 12/07/07 | Review and prep for teleconference | 0.3 | $250 | $75 |
| 437 | SJN | 12/07/07 | Rule 16 teleconference with Court | 0.7 | $250 | $175 |
| 438 | SJN | 12/07/07 | Call to TSN re: status update and Rule 16 | 0.4 | $250 | $100 |
| 439 | TSN | 12/07/07 | Telepohone with SJN re: conference with the court today | 0.3 | $450 | $135 |
| 440 | SJN | 12/08/07 | Review draft stips | 0.1 | $250 | $25 |
| 441 | SJN | 12/08/07 | E-mails to JLR | 0.1 | $250 | $25 |
| 442 | SJN | 12/08/07 | Pleadings review | 0.1 | $250 | $25 |
| 443 | TSN | 12/08/07 | E-mail to co-counsel | 0.2 | $450 | $90 |
| 444 | SJN | 12/10/07 | E-mails from and to defense counsel | 0.1 | $250 | $25 |

Exhibit B                           All Entries by Date                           Tab 1

| Item # | ATTY | Date | Description | Time | Rate | Fee |
|--------|------|------|-------------|------|------|-----|
| 445 | SJN | 12/10/07 | Pleadings review | 0.1 | $250 | $25 |
| 446 | JML | 12/11/07 | Draft form of order for lifting the stay and e-mail to counsel regarding same | 0.4 | $250 | $100 |
| 447 | SJN | 12/12/07 | E-mail from JLR | 0.1 | $250 | $25 |
| 448 | TSN | 12/12/07 | Telephone with client about further proceedings in his case and discovery and trial | 0.4 | $450 | $180 |
| 449 | SJN | 12/30/07 | Legal research - post-Garcetti-whistleblowing - new CofA authority | 0.3 | $250 | $75 |
| 450 | JML | 01/08/08 | E-mail to SJN regarding briefing | 0.1 | $250 | $25 |
| 451 | SJN | 01/08/08 | Pleadings review | 0.1 | $250 | $25 |
| 452 | SJN | 01/13/08 | Legal research - grand jury speech and Garcetti | 0.2 | $250 | $50 |
| 453 | CAS | 01/17/08 | Handle overbilling of conference call | 0.2 | $170 | $34 |
| 454 | CAS | 01/17/08 | Draft memo re: teleconference billing issue | 0.1 | $170 | $17 |
| 455 | TSN | 02/01/08 | E-mail to JLR about offer to judgment | 0.2 | $450 | $90 |
| 456 | SJN | 02/02/08 | Drafting M to D AB | 0.3 | $250 | $75 |

Exhibit B                    All Entries by Date                    Tab 1

| Item # | ATTY | Date | Description | Time | Rate | Fee |
|--------|------|------|-------------|------|------|-----|
| 457 | TSN | 02/02/08 | Analyze offer of judgment | 0.2 | $450 | $90 |
| 458 | TSN | 02/02/08 | Analyze offer of judgment | 0.2 | $450 | $90 |
| 459 | SJN | 02/03/08 | Drafting M to D AB | 5.4 | $250 | $1,350 |
| 460 | JML | 02/04/08 | Meeting with TSN regarding offer of judgment | 0.1 | $250 | $25 |
| 461 | JML | 02/04/08 | Telephone to client regarding offer of judgment | 0.4 | $250 | $100 |
| 462 | JML | 02/04/08 | Memo to TSN regarding conversation with client | 0.4 | $250 | $100 |
| 463 | SJN | 02/04/08 | Drafting M to D AB | 7.0 | $250 | $1,750 |
| 464 | TSN | 02/04/08 | Review e-mail on settlement | 0.2 | $450 | $90 |
| 465 | CAS | 02/05/08 | E-mail to law clerk re: bluebooking | 0.1 | $170 | $17 |
| 466 | JML | 02/05/08 | Review and revise SJN Brief draft 1 | 1.5 | $250 | $375 |
| 467 | SJN | 02/05/08 | Drafting M to D AB | 3.1 | $250 | $775 |
| 468 | TSN | 02/05/08 | Review current draft of our opposition brief | 0.2 | $450 | $90 |

Exhibit B                          All Entries by Date                          Tab 1

| Item # | ATTY | Date | Description | Time | Rate | Fee |
|--------|------|------|-------------|------|------|-----|
| 469 | JML | 02/06/08 | Revise SJN brief draft 2 | 1.3 | $250 | $325 |
| 470 | JML | 02/06/08 | Revise SJN brief draft 3 | 0.5 | $250 | $125 |
| 471 | SJN | 02/06/08 | Meeting with TSN re: briefing | 0.3 | $250 | $75 |
| 472 | SJN | 02/06/08 | Finalizing M to D AB | 8.3 | $250 | $2,075 |
| 473 | TSN | 02/06/08 | Meeting with SJN re: briefing | 0.3 | $450 | $135 |
| 474 | TSN | 02/06/08 | Draft 4 of brief | 1.3 | $450 | $585 |
| 475 | TSN | 02/06/08 | Revise petition clause section of brief | 0.2 | $450 | $90 |
| 476 | CAS | 02/07/08 | File brief and serve copy on court | 0.2 | $170 | $34 |
| 477 | CAS | 02/08/08 | Review e-mails from TSN | 0.1 | $170 | $17 |
| 478 | JML | 02/08/08 | Telephone to client regarding offer of judgment | 0.1 | $250 | $25 |
| 479 | JML | 02/08/08 | Telephone from client regarding settlement decision | 0.2 | $250 | $50 |
| 480 | JML | 02/08/08 | Memo to TSN regarding brief, offer of judgment, and settlement decision | 0.5 | $250 | $125 |

Exhibit B                            All Entries by Date                            Tab 1

| Item # | ATTY | Date | Description | Time | Rate | Fee |
|--------|------|------|-------------|------|------|-----|
| 481 | JML | 02/08/08 | E-mail to TSN regarding client's portion of offer of judgment | 0.1 | $250 | $25 |
| 482 | TSN | 02/08/08 | Review clients instructions on settlement and e-mail approval | 0.2 | $450 | $90 |
| 483 | CAS | 02/09/08 | Review various e-mails | 0.1 | $170 | $17 |
| 484 | JML | 02/09/08 | Draft Notice of Acceptance of Offer of Judgment to opposing counsel | 0.1 | $250 | $25 |
| 485 | JML | 02/09/08 | Draft letter to Court regarding acceptance of offer of judgment | 0.4 | $250 | $100 |
| 486 | TSN | 02/09/08 | Telephone meeting with client about settlement decision | 0.6 | $450 | $270 |
| 487 | CAS | 02/10/08 | Review e-mails from TSN | 0.1 | $170 | $17 |
| 488 | RW | 02/10/08 | E-mail from TSN | 0.1 | $170 | $17 |
| 489 | JML | 02/11/08 | Teleconference with the Court regarding acceptance of offer of judgment and draft order of judgment to be submitted to the Court | 0.3 | $250 | $75 |
| 490 | RW | 02/11/08 | E-mail press release | 0.1 | $170 | $17 |
| 491 | TSN | 02/11/08 | Attend telephone conference with the court about resolution of the case and a fee application | 0.2 | $450 | $90 |
| 492 | CAS | 02/12/08 | Pleadings review and distribution | 0.1 | $170 | $17 |

Exhibit B                          All Entries by Date                          Tab 1

| Item # | ATTY | Date | Description | Time | Rate | Fee |
|--------|------|------|-------------|------|------|-----|
| 493 | JML | 02/14/08 | Telephone from client regarding pension issue | 0.1 | $250 | $25 |
| 494 | JML | 02/15/08 | Telephone to counsel regarding pension issue and draft Order of Judgment | 0.1 | $250 | $25 |
| 495 | JML | 02/15/08 | E-mail to counsel regarding pension and Order of Judgment and e-mail to client regarding pension issue | 0.2 | $250 | $50 |
| 496 | JML | 02/19/08 | E-mail to TSN regarding defendants' 2d draft proposed form of order of judgment | 0.1 | $250 | $25 |
| 497 | JML | 02/19/08 | 2d e-mail to TSN regarding counsel's 2d draft form of Order of Judgment | 0.1 | $250 | $25 |
| 498 | JML | 02/20/08 | E-mail from opposing counsel and to opposing counsel regarding her 2d draft order of judgment and our pending filing with the Court | 0.1 | $250 | $25 |
| 499 | JML | 02/21/08 | Draft letter to magistrate regarding proposed form of order | 0.1 | $250 | $25 |
| 500 | JML | 02/21/08 | E-mail to TSN regarding draft letter to USM regarding draft form of judgment order | 0.1 | $250 | $25 |
| 501 | JML | 02/22/08 | E-mail to SJN regarding my letter to the Judge | 0.2 | $250 | $50 |
| 502 | SJN | 02/22/08 | Attempts to log into Pacer to see filings | 0.2 | $250 | $50 |
| 503 | TSN | 02/22/08 | Review DI 28 | 0.1 | $450 | $45 |
| 504 | SJN | 02/25/08 | Pleadings review | 0.1 | $250 | $25 |

Exhibit B                          All Entries by Date                          Tab 1

| Item # | ATTY | Date | Description | Time | Rate | Fee |
|---|---|---|---|---|---|---|
| 505 | TSN | 02/25/08 | Analyze and create 5 documents to support our fee application.  Create a …. [entry stops] | 2.5 | $450 | $1,125 |
| **Total** | | | | **247.6** | | **$72,664** |

# TAB

# 2

# Exhibit B          Attorneys Herzog and Warner          Tab 2

| Item # | ATTY | Date | Description | Time | Rate | Fee | Prev'ly Listed |
|--------|------|------|-------------|------|------|-----|----------------|
| 324 | RW | 06/05/07 | Attend Wilmington Hospitality v. NCC with Maloney and Rendina/witnesses | 0.7 | $170 | $119 | |
| 325 | RW | 06/06/07 | Attend Wilmington Hospitality v. NCC with Maloney and Rendina/witnesses | 0.5 | $170 | $85 | |
| 326 | RW | 06/06/07 | Memo to TSN re: Maloney/Rendina testimony in Wilmington Hospitality case | 0.8 | $170 | $136 | |
| 350 | CAS | 07/02/07 | E-mail to JLR regarding affidavits and plea agreement | 0.2 | $170 | $34 | |
| 351 | CAS | 07/09/07 | Review e-mail from TSN regarding client's new job | 0.1 | $170 | $17 | |
| 373 | CAS | 07/16/07 | E-mail from TSN regarding amended complaint and stay | 0.1 | $170 | $17 | |
| 381 | CAS | 08/28/07 | Review e-mail from JLR regarding status | 0.1 | $170 | $17 | |
| 383 | CAS | 08/31/07 | E-mails from TSN | 0.1 | $170 | $17 | |
| 386 | CAS | 09/05/07 | E-mail from TSN to client regarding settlement | 0.1 | $170 | $17 | |
| 414 | CAS | 11/26/07 | Review e-mail from defense counsel | 0.1 | $170 | $17 | |
| 424 | CAS | 12/05/07 | Review e-mails from SJN and TSN | 0.1 | $170 | $17 | |
| 425 | CAS | 12/05/07 | Review e-mail to defense counsel from SJN | 0.1 | $170 | $17 | |

Exhibit B          Attorneys Herzog and Warner          Tab 2

| Item # | ATTY | Date | Description | Time | Rate | Fee | Prev'ly Listed |
|--------|------|------|-------------|------|------|-----|----------------|
| 428 | CAS | 12/06/07 | Locate proposed Rule 16 order | 0.4 | $170 | $68 | |
| 429 | CAS | 12/06/07 | Meeting with SJN re: Rule 16 order | 0.1 | $170 | $17 | |
| 453 | CAS | 01/17/08 | Handle overbilling of conference call | 0.2 | $170 | $34 | |
| 454 | CAS | 01/17/08 | Draft memo re: teleconference billing issue | 0.1 | $170 | $17 | |
| 465 | CAS | 02/05/08 | E-mail to law clerk re: bluebooking | 0.1 | $170 | $17 | |
| 476 | CAS | 02/07/08 | File brief and serve copy on court | 0.2 | $170 | $34 | |
| 477 | CAS | 02/08/08 | Review e-mails from TSN | 0.1 | $170 | $17 | |
| 483 | CAS | 02/09/08 | Review various e-mails | 0.1 | $170 | $17 | |
| 487 | CAS | 02/10/08 | Review e-mails from TSN | 0.1 | $170 | $17 | |
| 488 | RW | 02/10/08 | E-mail from TSN | 0.1 | $170 | $17 | |
| 490 | RW | 02/11/08 | E-mail press release | 0.1 | $170 | $17 | |
| 492 | CAS | 02/12/08 | Pleadings review and distribution | 0.1 | $170 | $17 | |

Exhibit B                 Attorneys Herzog and Warner                 Tab 2

| Item # | ATTY | Date | Description | Time | Rate | Fee | Prev'ly Listed |
|--------|------|------|-------------|------|------|-----|----------------|
| | Subtotal | | | 4.7 | | $799 | $0 |
| **Total Warner & Herzog (Non-Compensable)** | | | | | | **$799** | |

TAB

3

Exhibit B                      Clerical Activities                      Tab 3

| Item # | ATTY | Date | Description | Time | Rate | Fee | Prev'ly Listed |
|--------|------|------|-------------|------|------|-----|----------------|
| 11 | SJN | 10/21/03 | Conference with TSN, JLR, MDH to discuss conflict issues. | 0.5 | $250 | $125 | |
| 12 | TSN | 10/21/03 | Meet with JLR, MH, SJN about conflict of interest issues and the respresentation. | 0.5 | $450 | $225 | |
| 67 | JML | 08/17/04 | Revise Summons of John Cunningham | 0.1 | $250 | $25 | |
| 86 | JML | 08/30/04 | Revise Civil Cover Sheet | 0.2 | $250 | $50 | |
| 116 | TSN | 09/08/04 | E-mail JLR with things to do. | 0.2 | $450 | $90 | |
| 453 | CAS | 01/17/08 | Handle overbilling of conference call | 0.2 | $170 | $34 | $34 |
| 454 | CAS | 01/17/08 | Draft memo re: teleconference billing issue | 0.1 | $170 | $17 | $17 |
| 465 | CAS | 02/05/08 | E-mail to law clerk re: bluebooking | 0.1 | $170 | $17 | $17 |
| 476 | CAS | 02/07/08 | File brief and serve copy on court | 0.2 | $170 | $34 | $34 |
| Subtotal | | | | 2.1 | | $617 | $102 |
| Total Clerical (Non-Compensable) | | | | 1.5 | | $515 | |

# TAB

# 4

Exhibit B              Press-Related Activities             Tab 4

| Item # | ATTY | Date | Description | Time | Rate | Fee | Prev'ly Listed |
|--------|------|------|-------------|------|------|-----|----------------|
| 82 | TSN | 08/27/04 | Telephone from the AP. | 0.1 | $450 | $45 | |
| 92 | TSN | 08/31/04 | Draft press release. | 0.6 | $450 | $270 | |
| 94 | SJN | 09/02/04 | Press conference. | 1.0 | $250 | $250 | |
| 97 | SJN | 09/02/04 | Respond to media inquiries. | 0.5 | $250 | $125 | |
| 103 | TSN | 09/02/04 | Attend press conference for client, preparation. | 1.4 | $450 | $630 | |
| 363 | TSN | 07/10/07 | Telephone with client, return call from media | 0.2 | $450 | $90 | |
| 490 | RW | 02/11/08 | E-mail press release | 0.1 | $170 | $17 | $17 |
| Subtotal | | | | 3.9 | | $1,427 | $17 |
| **Total Press (Non-Compensable)** | | | | **3.8** | | **$1,410** | |

# TAB

# 5

Exhibit B                          Unrelated Activities                          Tab 5

# EEOC Hearing

| Item # | ATTY | Date | Description | Time | Rate | Fee | Prev'ly Listed |
|--------|------|------|-------------|------|------|-----|----------------|
| 26 | TSN | 04/08/04 | Review JLR letter to EEOC. | 0.1 | $450 | $45 | |
| 27 | TSN | 04/10/04 | Review memo from JLR. | 0.1 | $450 | $45 | |
| 35 | JML | 06/10/04 | Meeting with law clerk regarding statute of limitations issue | 0.1 | $250 | $25 | |
| 36 | TSN | 06/10/04 | Discuss with JLR the EEOC timeliness issue. | 0.1 | $450 | $45 | |
| 40 | JML | 06/17/04 | Review law clerk's legal research memo regarding statute of limitations | 0.3 | $250 | $75 | |
| 41 | TSN | 06/22/04 | Review SOL resesarch memo. | 0.1 | $450 | $45 | |

## Medical Records

| | | | | | | | |
|--------|------|------|-------------|------|------|-----|----------------|
| 157 | JML | 12/23/04 | Review cardiologist medical records and end of year pay stubs for 2001-2004 | 0.5 | $250 | $125 | |

## Garcetti

| | | | | | | | |
|--------|------|------|-------------|------|------|-----|----------------|
| 282 | SJN | 07/05/06 | Meeting with TSN re: impact of Garcetti | 0.1 | $250 | $25 | |
| 283 | TSN | 07/05/06 | Meeting with SJN re: impact of Garcetti | 0.1 | $450 | $45 | |
| 284 | JML | 07/25/06 | Meeting with TSN regarding case in light of new SCt case | 0.2 | $250 | $50 | |

Exhibit B                    Unrelated Activities                    Tab 5

| Item # | ATTY | Date | Description | Time | Rate | Fee | Prev'ly Listed |
|--------|------|------|-------------|------|------|-----|----------------|
| 288 | JML | 08/14/06 | Telephone to client and e-mail to TSN regarding Supreme Court decision | 0.2 | $250 | $50 | |
| 289 | JML | 08/14/06 | Review Garcetti decision and analyze its impact on the case | 1.0 | $250 | $250 | |
| 290 | JML | 08/14/06 | Review TSN brief regarding Garcetti case law affecting this case | 0.5 | $250 | $125 | |
| 291 | JML | 08/15/06 | Telephone to client and e-mail to TSN regarding S.Ct. decision | 0.2 | $250 | $50 | |
| 347 | SJN | 06/24/07 | Legal research - speech to grand jury still protect post-Garcetti cases | 0.2 | $250 | $50 | |

## Wilmington Hospitality v. NCC

| Item # | ATTY | Date | Description | Time | Rate | Fee | Prev'ly Listed |
|--------|------|------|-------------|------|------|-----|----------------|
| 324 | RW | 06/05/07 | Attend Wilmington Hospitality v. NCC with Maloney and Rendina/witnesses | 0.7 | $170 | $119 | $119 |
| 325 | RW | 06/06/07 | Attend Wilmington Hospitality v. NCC with Maloney and Rendina/witnesses | 0.5 | $170 | $85 | $85 |
| 326 | RW | 06/06/07 | Memo to TSN re: Maloney/Rendina testimony in Wilmington Hospitality case | 0.8 | $170 | $136 | $136 |
| 340 | JML | 06/19/07 | Review memo from RW regarding trial testimony of LM and MR in NCC case | 0.3 | $250 | $75 | |

## Maloney v. NCC

| Item # | ATTY | Date | Description | Time | Rate | Fee | Prev'ly Listed |
|--------|------|------|-------------|------|------|-----|----------------|
| 323 | TSN | 06/03/07 | E-mail to Maloney statements | 0.1 | $450 | $45 | |
| 330 | TSN | 06/14/07 | Meet with Maloney and Rendina about the facts of the case | 1.0 | $450 | $450 | |

Exhibit B                                    Unrelated Activities                                    Tab 5

| Item # | ATTY | Date | Description | Time | Rate | Fee | Prev'ly Listed |
|--------|------|------|-------------|------|------|-----|--------|
| 332 | JML | 06/18/07 | E-mail to RW regarding depositions of LM and MR and to CAH regarding affidavits of LM and MR | 0.2 | $250 | $50 | |
| 338 | JML | 06/19/07 | Review Complaint and deposition testimony of LM in County case | 1.5 | $250 | $375 | |
| 339 | JML | 06/19/07 | Review deposition testimony of MR in County case | 0.1 | $250 | $25 | |
| 342 | JML | 06/19/07 | Prepare questions for interviews of witnesses LM and MR | 1.0 | $250 | $250 | |
| 343 | JML | 06/20/07 | Continue preparing interview questions | 0.5 | $250 | $125 | |
| 344 | JML | 06/20/07 | Telephone to LM regarding interview | 0.1 | $250 | $25 | |
| 345 | JML | 06/20/07 | Draft letter to LM and MR regarding interview | 0.3 | $250 | $75 | |
| 346 | JML | 06/21/07 | E-mail to witness regarding interviews | 0.2 | $250 | $50 | |
| 348 | JML | 06/27/07 | Interview MR regarding case | 2.0 | $250 | $500 | |
| 349 | JML | 06/27/07 | Interview LM regarding case | 2.2 | $250 | $550 | |
| 350 | CAS | 07/02/07 | E-mail to JLR regarding affidavits and plea agreement | 0.2 | $170 | $34 | $34 |
| 352 | JML | 07/09/07 | Draft Declaration of LM | 3.0 | $250 | $750 | |

Exhibit B                  Unrelated Activities                  Tab 5

| Item # | ATTY | Date | Description | Time | Rate | Fee | Prev'ly Listed |
|---|---|---|---|---|---|---|---|
| 358 | TSN | 07/09/07 | Review L. Maloney declaration | 0.2 | $450 | $90 | |
| 361 | JML | 07/10/07 | Draft Declaration of MR | 3.0 | $250 | $750 | |
| 362 | JML | 07/10/07 | Telephone to LM regarding additional facts for Declaration | 0.1 | $250 | $25 | |
| 368 | JML | 07/12/07 | Telephone to MR regarding facts | 1.4 | $250 | $350 | |
| 370 | JML | 07/13/07 | Revise MR Declaration | 1.1 | $250 | $275 | |
| 371 | JML | 07/13/07 | Revise Declaration of LM | 1.4 | $250 | $350 | |
| 374 | JML | 07/23/07 | Finalize Declaration of LM | 0.4 | $250 | $100 | |
| 378 | JML | 07/26/07 | E-mail to co-counsel regarding Declarations and other NCC material | 0.1 | $250 | $25 | |
| 379 | JML | 08/23/07 | E-mail to MR regarding her declaration | 0.1 | $250 | $25 | |
| 380 | JML | 08/27/07 | Finalize declaration of MR and e-mail to witness regarding same | 1.0 | $250 | $250 | |

## Frivolous Witnesses or Fact Gathering

| Item # | ATTY | Date | Description | Time | Rate | Fee | Prev'ly Listed |
|---|---|---|---|---|---|---|---|
| 8 | JML | 10/10/03 | Review deposition of Colonel Cunningham regarding promotions in NCC PD | 0.3 | $250 | $75 | |
| 9 | JML | 10/10/03 | Memo to TSN regarding Cunningham deposition testimony regarding NCC PD promotions | 0.8 | $250 | $200 | |

Exhibit B                    Unrelated Activities                    Tab 5

| Item # | ATTY | Date | Description | Time | Rate | Fee | Prev'ly Listed |
|--------|------|------|-------------|------|------|-----|----------------|
| 109 | SJN | 09/03/04 | E-mail to TSN & JLR re: Freebery order via Janet Smith to alter police report. | 0.1 | $250 | $25 | |
| 179 | TSN | 02/04/05 | Meet with KM about NCCPD promotion process. | 0.6 | $450 | $270 | |
| 319 | TSN | 05/29/07 | Fact investigation, attend the deposition of Maloney & Rendina on the operation of NCC | 1.4 | $450 | $630 | |
| 115 | TSN | 09/08/04 | Call from M. Allen about the police report claims. | 0.2 | $450 | $90 | |

## Unknown Entries

| Item # | ATTY | Date | Description | Time | Rate | Fee | Prev'ly Listed |
|--------|------|------|-------------|------|------|-----|----------------|
| 115 | TSN | 09/08/04 | Call from M. Allen about the police report claims. | 0.2 | $450 | $90 | |
| 175 | TSN | 01/27/05 | Telephone with Jeff Goddess. | 0.1 | $450 | $45 | |
| 178 | TSN | 02/02/05 | E-mail JLR on Coons transition actions. | 0.2 | $450 | $90 | |
| 183 | TSN | 02/09/05 | Think about recusal decision by the court. | 0.2 | $450 | $90 | |
| 188 | TSN | 02/11/05 | File memo on recusal. | 0.2 | $450 | $90 | |
| 227 | TSN | 04/05/05 | Fact investigation on new public safety director | 0.2 | $450 | $90 | |
| 228 | TSN | 04/05/05 | Fact investigation on new public safety director | 0.2 | $450 | $90 | |
| 228 | TSN | 04/05/05 | Fact investigation on new public safety director | 0.2 | $450 | $90 | |

Exhibit B                    Unrelated Activities                    Tab 5

| Item # | ATTY | Date | Description | Time | Rate | Fee | Prev'ly Listed |
|---|---|---|---|---|---|---|---|
| 341 | JML | 06/19/07 | Review deposition of defendant Freeberry in County police case | 2.0 | $250 | $500 | |
| 364 | JML | 07/11/07 | Review Riddel original and first amended complaints for our First Amended Complaint | 1.0 | $250 | $250 | |
| 398 | TSN | 10/09/07 | Meet with MH | 0.1 | $450 | $45 | |
| 401 | TSN | 10/25/07 | Meet with MH re: the case | 0.1 | $450 | $45 | |
| 411 | TSN | 11/15/07 | Discuss case with MH | 0.2 | $450 | $90 | |
| Subtotal | | | | 35.6 | | $9,904 | $374 |
| Total Unrelated (Non-Compensable) | | | | 33.0 | | $9,530 | |

TAB

6

Exhibit B                          Unspecific Entries                          Tab 6

| Item # | ATTY | Date | Description | Time | Rate | Fee | Prev'ly Listed |
|--------|------|------|-------------|------|------|-----|----------------|
| 27 | TSN | 04/10/04 | Review memo from JLR. | 0.1 | $450 | $45 | $45 |
| 28 | TSN | 04/21/04 | Meet with JLR on status of the case. | 0.1 | $450 | $45 | |
| 79 | SJN | 08/27/04 | Meeting with TSN. | 0.3 | $250 | $75 | |
| 80 | TSN | 08/27/04 | Meeting with Steve | 0.3 | $450 | $135 | |
| 81 | TSN | 08/27/04 | Document drafting, copy counsel to review. | 0.3 | $450 | $135 | |
| 98 | SJN | 09/02/04 | Telephone with Hank. | 0.1 | $250 | $25 | |
| 99 | SJN | 09/02/04 | Telephone calls with Tom. | 0.2 | $250 | $50 | |
| 100 | SJN | 09/02/04 | Fact investigation. | 0.5 | $250 | $125 | |
| 101 | SJN | 09/02/04 | Calls with Steve. | 0.2 | $250 | $50 | |
| 104 | SJN | 09/03/04 | Telephone with TSN. | 0.1 | $250 | $25 | |
| 105 | SJN | 09/03/04 | Call to Hank. | 0.1 | $250 | $25 | |
| 106 | SJN | 09/03/04 | Fact investigation. | 0.3 | $250 | $75 | |

Exhibit B                    Unspecific Entries                    Tab 6

| Item # | ATTY | Date | Description | Time | Rate | Fee | Prev'ly Listed |
|--------|------|------|-------------|------|------|-----|----------------|
| 107 | SJN | 09/03/04 | E-mail to TSN & JLR. | 0.1 | $250 | $25 | |
| 110 | SJN | 09/03/04 | Calls with Steve. | 0.2 | $250 | $50 | |
| 111 | SJN | 09/07/04 | Fact investigation. | 0.2 | $250 | $50 | |
| 112 | SJN | 09/08/04 | Meeting with TSN. | 0.3 | $250 | $75 | |
| 117 | TSN | 09/08/04 | Meeting with Steve. | 0.3 | $450 | $135 | |
| 118 | TSN | 09/09/04 | Review two e-mails from client and reply. | 0.2 | $450 | $90 | |
| 119 | TSN | 09/09/04 | Investigate facts given by client. | 0.2 | $450 | $90 | |
| 120 | SJN | 09/10/04 | Fact investigation. | 0.1 | $250 | $25 | |
| 121 | SJN | 09/13/04 | Review e-mails. | 0.1 | $250 | $25 | |
| 124 | SJN | 10/01/04 | Meeting with TSN. | 0.1 | $250 | $25 | |
| 126 | TSN | 10/01/04 | Meeting with SJN. | 0.1 | $450 | $45 | |
| 147 | TSN | 11/30/04 | E-mail to JLR. | 0.1 | $450 | $45 | |

Exhibit B                    Unspecific Entries                    Tab 6

| Item # | ATTY | Date | Description | Time | Rate | Fee | Prev'ly Listed |
|--------|------|------|-------------|------|------|-----|----------------|
| 176 | TSN | 01/27/05 | E-mail to JLR> | 0.1 | $450 | $45 | |
| 177 | TSN | 01/29/05 | E-mail to JLR. | 0.1 | $450 | $45 | |
| 205 | TSN | 03/03/05 | Meet with JLR about the case. | 0.2 | $450 | $90 | |
| 215 | TSN | 03/15/05 | E-mail to JLR. | 0.1 | $450 | $45 | |
| 219 | TSN | 03/18/05 | Email to co-counsel | 0.1 | $450 | $45 | |
| 221 | TSN | 03/22/05 | E-mail to JLR | 0.1 | $450 | $45 | |
| 241 | TSN | 04/18/05 | E-mails from JLR | 0.1 | $450 | $45 | |
| 254 | TSN | 04/22/05 | E-mail to co-counsel | 0.1 | $450 | $45 | |
| 256 | TSN | 05/12/05 | E-mail on witnesses | 0.1 | $450 | $45 | |
| 257 | TSN | 05/19/05 | Review e-mail from client | 0.1 | $450 | $45 | |
| 260 | TSN | 05/26/05 | E-mail to client | 0.2 | $450 | $90 | |
| 262 | TSN | 06/07/05 | E-mail to client | 0.2 | $450 | $90 | |

# Exhibit B                     Unspecific Entries                     Tab 6

| Item # | ATTY | Date | Description | Time | Rate | Fee | Prev'ly Listed |
|--------|------|------|-------------|------|------|-----|----------------|
| 263 | TSN | 06/07/05 | E-mail from JLR and respond | 0.1 | $450 | $45 | |
| 264 | TSN | 06/08/05 | Speak with JLR about the facts | 0.1 | $450 | $45 | |
| 265 | TSN | 06/25/05 | Telephone with client | 0.1 | $450 | $45 | |
| 268 | TSN | 06/28/05 | Fact investigation | 0.3 | $450 | $135 | |
| 271 | TSN | 07/21/05 | E-mail from client and respond | 0.2 | $450 | $90 | |
| 272 | TSN | 08/23/05 | Discuss status of the case with JLR | 0.1 | $450 | $45 | |
| 273 | TSN | 08/25/05 | Letter to client | 0.2 | $450 | $90 | |
| 274 | TSN | 09/09/05 | E-mail to co-counsel | 0.1 | $450 | $45 | |
| 275 | TSN | 10/04/05 | E-mail from client and respond | 0.1 | $450 | $45 | |
| 278 | TSN | 03/18/06 | E-mail from client and respond | 0.1 | $450 | $45 | |
| 279 | TSN | 06/01/06 | E-mail from client and respond | 0.1 | $450 | $45 | |
| 280 | TSN | 06/22/06 | E-mail from client and reply | 0.1 | $450 | $45 | |

Exhibit B                    Unspecific Entries                    Tab 6

| Item # | ATTY | Date | Description | Time | Rate | Fee | Prev'ly Listed |
|--------|------|------|-------------|------|------|-----|----------------|
| 281 | TSN | 06/22/06 | E-mail from client and reply | 0.1 | $450 | $45 | |
| 286 | TSN | 08/10/06 | Call from client | 0.1 | $450 | $45 | |
| 287 | TSN | 08/10/06 | E-mail to JLR and client | 0.1 | $450 | $45 | |
| 311 | TSN | 01/09/07 | Try to reach my client | 0.1 | $450 | $45 | |
| 312 | TSN | 01/09/07 | Telephone with client | 0.1 | $450 | $45 | |
| 314 | TSN | 01/12/07 | Review e-mail | 0.1 | $450 | $45 | |
| 315 | TSN | 03/08/07 | E-mail from client and respond | 0.1 | $450 | $45 | |
| 317 | SJN | 05/03/07 | E-mail from JLR | 0.1 | $250 | $25 | |
| 321 | TSN | 06/01/07 | E-mail from JLR and reply | 0.1 | $450 | $45 | |
| 329 | TSN | 06/07/07 | E-mail on evidence issue | 0.2 | $450 | $90 | |
| 335 | TSN | 06/18/07 | E-mail from client and reply | 0.2 | $450 | $90 | |
| 336 | TSN | 06/18/07 | E-mail on the stay | 0.1 | $450 | $45 | |

# Exhibit B                    Unspecific Entries                    Tab 6

| Item # | ATTY | Date | Description | Time | Rate | Fee | Prev'ly Listed |
|--------|------|------|-------------|------|------|-----|----------------|
| 355 | SJN | 07/09/07 | Call from TSN | 0.2 | $250 | $50 | |
| 357 | TSN | 07/09/07 | Telephone with client | 0.2 | $450 | $90 | |
| 381 | CAS | 08/28/07 | Review e-mail from JLR regarding status | 0.1 | $170 | $17 | $17 |
| 382 | TSN | 08/28/07 | E-mail on status | 0.1 | $450 | $45 | |
| 383 | CAS | 08/31/07 | E-mails from TSN | 0.1 | $170 | $17 | $17 |
| 384 | TSN | 08/31/07 | E-mail to client | 0.2 | $450 | $90 | |
| 385 | TSN | 08/31/07 | E-mail to client | 0.2 | $450 | $90 | |
| 387 | TSN | 09/05/07 | E-mail from client and respond | 0.2 | $450 | $90 | |
| 395 | TSN | 09/25/07 | E-mail from JLR | 0.1 | $450 | $45 | |
| 424 | CAS | 12/05/07 | Review e-mails from SJN and TSN | 0.1 | $170 | $17 | $17 |
| 425 | CAS | 12/05/07 | Review e-mail to defense counsel from SJN | 0.1 | $170 | $17 | $17 |
| 435 | SJN | 12/07/07 | E-mails to co-counsel | 0.1 | $250 | $25 | |

Exhibit B                              Unspecific Entries                              Tab 6

| Item # | ATTY | Date | Description | Time | Rate | Fee | Prev'ly Listed |
|--------|------|------|-------------|------|------|-----|----------------|
| 441 | SJN | 12/08/07 | E-mails to JLR | 0.1 | $250 | $25 | |
| 443 | TSN | 12/08/07 | E-mail to co-counsel | 0.2 | $450 | $90 | |
| 444 | SJN | 12/10/07 | E-mails from and to defense counsel | 0.1 | $250 | $25 | |
| 447 | SJN | 12/12/07 | E-mail from JLR | 0.1 | $250 | $25 | |
| 477 | CAS | 02/08/08 | Review e-mails from TSN | 0.1 | $170 | $17 | $17 |
| 483 | CAS | 02/09/08 | Review various e-mails | 0.1 | $170 | $17 | $17 |
| 487 | CAS | 02/10/08 | Review e-mails from TSN | 0.1 | $170 | $17 | $17 |
| 488 | RW | 02/10/08 | E-mail from TSN | 0.1 | $170 | $17 | $17 |
| Subtotal | | | | 11.7 | | $4,321 | $136 |
| Total Unspecific (Non-Compensable) | | | | 10.9 | | $4,185 | |

TAB

7

Exhibit B                            Paralegal Activities                            Tab 7

| Item # | ATTY | Date | Description | Time | Rate | Fee | Prev'ly Listed |
|--------|------|------|-------------|------|------|-----|----------------|
| 18 | JML | 02/04/04 | Memo to TSN regarding today's telephone call from client | 0.5 | $250 | $125 | |
| 22 | JML | 03/08/04 | Meeting with client to review new factual documents from him | 1.0 | $250 | $250 | |
| 23 | JML | 03/29/04 | Telephone from client regarding new promotion to Captain and memo to TSN regarding advice on new Captain vacancy | 0.7 | $250 | $175 | |
| 29 | JML | 04/26/04 | Telephone from client regarding new Captain promotion and memo to TSN regarding same | 0.7 | $250 | $175 | |
| 33 | JML | 05/27/04 | Telephone to client and memo to TSN regarding retaliation: lowered ranking, denied promotion, and Middletown transfer | 0.8 | $250 | $200 | |
| 41 | TSN | 06/22/04 | Review SOL resesarch memo. | 0.1 | $450 | $45 | $45 |
| 43 | TSN | 07/26/04 | Try to reach my client about filing the case. | 0.1 | $450 | $45 | |
| 44 | TSN | 07/26/04 | Telephone with client to set appointment. | 0.1 | $450 | $45 | |
| 50 | JML | 07/28/04 | Telephone from client regarding dates of his protected activity | 0.1 | $250 | $25 | |
| 65 | JML | 08/17/04 | Telephone to client regarding content of his protected speech, retaliatory transfer, and injury to reputation | 0.6 | $250 | $150 | |
| 68 | JML | 08/17/04 | 2d telephone call to client regarding his additional information on accident and the continued retaliation | 0.3 | $250 | $75 | |
| 75 | TSN | 08/24/04 | Telephone with client about his draft complaint and his need to review it for factual accuracy and whether he wishes to hold a press conference. | 0.1 | $450 | $45 | |

Page 1 of 8

# Exhibit B                    Paralegal Activities                    Tab 7

| Item # | ATTY | Date | Description | Time | Rate | Fee | Prev'ly Listed |
|--------|------|------|-------------|------|------|-----|----------------|
| 87 | TSN | 08/30/04 | Meet with client to review facts of the complaint and make revisions. | 1.0 | $450 | $450 | |
| 95 | SJN | 09/02/04 | Fact investigation and meeting with client. | 1.3 | $250 | $325 | |
| 96 | SJN | 09/02/04 | Fact investigation re: other incidents where Freebery's has done this. | 0.3 | $250 | $75 | |
| 100 | SJN | 09/02/04 | Fact investigation. | 0.5 | $250 | $125 | $125 |
| 102 | TSN | 09/02/04 | Meeting with client about facts. | 1.0 | $450 | $450 | |
| 106 | SJN | 09/03/04 | Fact investigation. | 0.3 | $250 | $75 | $75 |
| 108 | SJN | 09/03/04 | Phone call to investigate the facts of the police report being doctored. | 0.1 | $250 | $25 | |
| 113 | TSN | 09/08/04 | Review fact statements by parties. | 0.2 | $450 | $90 | |
| 114 | TSN | 09/08/04 | Review witness statements and email client. | 0.4 | $450 | $180 | |
| 115 | TSN | 09/08/04 | Call from M. Allen about the police report claims. | 0.2 | $450 | $90 | $90 |
| 119 | TSN | 09/09/04 | Investigate facts given by client. | 0.2 | $450 | $90 | $90 |
| 120 | SJN | 09/10/04 | Fact investigation. | 0.1 | $250 | $25 | $25 |

# Exhibit B                          Paralegal Activities                          Tab 7

| Item # | ATTY | Date | Description | Time | Rate | Fee | Prev'ly Listed |
|--------|------|------|-------------|------|------|-----|----------------|
| 121 | SJN | 09/13/04 | Review e-mails. | 0.1 | $250 | $25 | $25 |
| 148 | TSN | 12/05/04 | Fact investigation on expected changes in County government in January and effect on this case. | 0.5 | $450 | $225 | |
| 149 | JML | 12/08/04 | Telephone to economist regarding retaining him for an expert report | 0.3 | $250 | $75 | |
| 156 | JML | 12/22/04 | Letter to economist regarding follow up data from today's conversation with client | 0.4 | $250 | $100 | |
| 157 | JML | 12/23/04 | Review cardiologist medical records and end of year pay stubs for 2001-2004 | 0.5 | $250 | $125 | $125 |
| 158 | JML | 12/23/04 | Draft letter to economist regarding additional pension documents | 0.1 | $250 | $25 | |
| 159 | JML | 12/29/04 | E-mail to economist regarding his initial draft report | 0.1 | $250 | $25 | |
| 160 | JML | 12/30/04 | Telephone to client and 2 calls from client regarding salary range for Lt. Colonel, date of pay increase to Captain QW, and date of promotion to Major | 0.3 | $250 | $75 | |
| 161 | JML | 12/30/04 | Draft letter to economist regarding additional information and documents and 4 scenarios of denied promotions and pay increases | 0.5 | $250 | $125 | |
| 162 | JML | 12/31/04 | E-mail to Dr. Black regarding 3rd denied promotion scenario | 0.2 | $250 | $50 | |
| 163 | JML | 01/03/05 | Review second draft economic report from Dr. Black | 0.4 | $250 | $100 | |
| 164 | JML | 01/03/05 | E-mail to economist regarding corrections to latest draft of report | 0.1 | $250 | $25 | |

Exhibit B                    Paralegal Activities                    Tab 7

| Item # | ATTY | Date | Description | Time | Rate | Fee | Prev'ly Listed |
|--------|------|------|-------------|------|------|-----|----------------|
| 165 | JML | 01/03/05 | E-mail from and to economist regarding title page of his report | 0.2 | $250 | $50 | |
| 169 | JML | 01/14/05 | Telephone to Dr. Black regarding revising his economic report to include tax effect | 0.1 | $250 | $25 | |
| 172 | JML | 01/18/05 | Contact economist regarding additional documents for him to review | 0.1 | $250 | $25 | |
| 174 | TSN | 01/26/05 | Review revised economic expert report. | 0.3 | $450 | $135 | |
| 179 | TSN | 02/04/05 | Meet with KM about NCCPD promotion process. | 0.6 | $450 | $270 | $270 |
| 182 | TSN | 02/09/05 | Gather facts on county finances. | 0.1 | $450 | $45 | |
| 204 | JML | 03/03/05 | Memorandum to client regarding economic, compensatory, and punitive damages, his economic report, settlement demand package, Dr. Black, and detail report | 1.0 | $250 | $250 | |
| 206 | JML | 03/08/05 | Telephone to client regarding further retaliatory transfer back to Minquedale for shift work | 0.1 | $250 | $25 | |
| 207 | JML | 03/08/05 | Memo to TSN regarding further retaliatory transfer back to Minquedale for shift work | 0.2 | $250 | $50 | |
| 223 | JML | 03/24/05 | E-mail to Dr. Black regarding expert report | 0.1 | $250 | $25 | |
| 227 | TSN | 04/05/05 | Fact investigation on new public safety director | 0.2 | $450 | $90 | $90 |
| 228 | TSN | 04/05/05 | Fact investigation on new public safety director | 0.2 | $450 | $90 | $90 |

Exhibit B                                Paralegal Activities                                Tab 7

| Item # | ATTY | Date | Description | Time | Rate | Fee | Prev'ly Listed |
|--------|------|------|-------------|------|------|-----|----------------|
| 273 | TSN | 08/25/05 | Letter to client | 0.2 | $450 | $90 | $90 |
| 277 | TSN | 01/31/06 | Reply to clients e-mail on his damages | 0.2 | $450 | $90 | |
| 278 | TSN | 03/18/06 | E-mail from client and respond | 0.1 | $450 | $45 | $45 |
| 279 | TSN | 06/01/06 | E-mail from client and respond | 0.1 | $450 | $45 | $45 |
| 280 | TSN | 06/22/06 | E-mail from client and reply | 0.1 | $450 | $45 | $45 |
| 281 | TSN | 06/22/06 | E-mail from client and reply | 0.1 | $450 | $45 | $45 |
| 294 | JML | 08/30/06 | Draft Memo to TSN regarding today's meeting | 0.6 | $250 | $150 | |
| 306 | JML | 11/10/06 | Telephone to client regarding his case status | 0.1 | $250 | $25 | |
| 311 | TSN | 01/09/07 | Try to reach my client | 0.1 | $450 | $45 | $45 |
| 312 | TSN | 01/09/07 | Telephone with client | 0.1 | $450 | $45 | $45 |
| 315 | TSN | 03/08/07 | E-mail from client and respond | 0.1 | $450 | $45 | $45 |
| 318 | TSN | 05/29/07 | E-mail on interview fact witnesses | 0.2 | $450 | $90 | |

Exhibit B                           Paralegal Activities                           Tab 7

| Item # | ATTY | Date | Description | Time | Rate | Fee | Prev'ly Listed |
|--------|------|------|-------------|------|------|-----|----------------|
| 319 | TSN | 05/29/07 | Fact investigation, attend the deposition of Maloney & Rendina on the operation of NCC | 1.4 | $450 | $630 | $630 |
| 326 | RW | 06/06/07 | Memo to TSN re: Maloney/Rendina testimony in Wilmington Hospitality case | 0.8 | $170 | $136 | $136 |
| 330 | TSN | 06/14/07 | Meet with Maloney and Rendina about the facts of the case | 1.0 | $450 | $450 | $450 |
| 335 | TSN | 06/18/07 | E-mail from client and reply | 0.2 | $450 | $90 | $90 |
| 344 | JML | 06/20/07 | Telephone to LM regarding interview | 0.1 | $250 | $25 | $25 |
| 345 | JML | 06/20/07 | Draft letter to LM and MR regarding interview | 0.3 | $250 | $75 | $75 |
| 346 | JML | 06/21/07 | E-mail to witness regarding interviews | 0.2 | $250 | $50 | $50 |
| 348 | JML | 06/27/07 | Interview MR regarding case | 2.0 | $250 | $500 | $500 |
| 349 | JML | 06/27/07 | Interview LM regarding case | 2.2 | $250 | $550 | $550 |
| 357 | TSN | 07/09/07 | Telephone with client | 0.2 | $450 | $90 | $90 |
| 362 | JML | 07/10/07 | Telephone to LM regarding additional facts for Declaration | 0.1 | $250 | $25 | $25 |
| 363 | TSN | 07/10/07 | Telephone with client, return call from media | 0.2 | $450 | $90 | $90 |

Exhibit B                          Paralegal Activities                          Tab 7

| Item # | ATTY | Date | Description | Time | Rate | Fee | Prev'ly Listed |
|--------|------|------|-------------|------|------|-----|----------------|
| 368 | JML | 07/12/07 | Telephone to MR regarding facts | 1.4 | $250 | $350 | $350 |
| 379 | JML | 08/23/07 | E-mail to MR regarding her declaration | 0.1 | $250 | $25 | $25 |
| 384 | TSN | 08/31/07 | E-mail to client | 0.2 | $450 | $90 | $90 |
| 385 | TSN | 08/31/07 | E-mail to client | 0.2 | $450 | $90 | $90 |
| 387 | TSN | 09/05/07 | E-mail from client and respond | 0.2 | $450 | $90 | $90 |
| 388 | JML | 09/12/07 | Telephone to client regarding case status | 0.4 | $250 | $100 | |
| 390 | JML | 09/13/07 | E-mail to client regarding today's meeting | 0.3 | $250 | $75 | |
| 398 | TSN | 10/09/07 | Meet with MH | 0.1 | $450 | $45 | $45 |
| 401 | TSN | 10/25/07 | Meet with MH re: the case | 0.1 | $450 | $45 | $45 |
| 411 | TSN | 11/15/07 | Discuss case with MH | 0.2 | $450 | $90 | $90 |
| 428 | CAS | 12/06/07 | Locate proposed Rule 16 order | 0.4 | $170 | $68 | $68 |
| Subtotal | | | | 31.7 | | $9,949 | $5,059 |

Exhibit B                     Paralegal Activities                     Tab 7

| Item # | ATTY | Date | Description | Time | Rate | Fee | Prev'ly Listed |
|--------|------|------|-------------|------|------|-----|----------------|
| Total Hours to be Recalculated at Paraprofessional Rate | | | | 16.2 | | $4,890 | |
| Hours at Paraprofessional Rate | | | | 16.2 | $70 | $1,134 | |
| Total Reduction | | | | | | $3,756 | |

TAB

8

# Exhibit B          Excessive Time Spent on Complaint          Tab 8

| Item # | ATTY | Date | Description | Time | Rate | Fee | Prev'ly Listed |
|--------|------|------|-------------|------|------|-----|----------------|
| 49 | JML | 07/28/04 | Draft Complaint: Caption, Parties, Jurisdiction, and Wherefore Clause | 1.5 | $250 | $375 | |
| 51 | JML | 07/29/04 | Meeting with TSN regarding defendants to name and allegations to make in the Complaint | 0.2 | $250 | $50 | |
| 52 | TSN | 07/29/04 | Meet with JLR about draft complaint and the parties defendant. | 0.2 | $450 | $90 | |
| 53 | JML | 08/03/04 | Review TSN memo regarding meeting with client | 0.1 | $250 | $25 | |
| 54 | JML | 08/04/04 | Complaint preparation | 0.1 | $250 | $25 | |
| 55 | JML | 08/04/04 | Revise Complaint Caption, Parties, and Wherefore Clause | 0.2 | $250 | $50 | |
| 56 | JML | 08/04/04 | Complaint preparation: Draft facts relating to employment history and circumstantial evidence of retaliation | 1.5 | $250 | $375 | |
| 57 | JML | 08/04/04 | Complaint preparation: Draft allegations regarding defendants' conduct | 0.3 | $250 | $75 | |
| 58 | JML | 08/04/04 | Draft Counts I and II: Free Speech and Petition Clause violations | 0.3 | $250 | $75 | |
| 59 | JML | 08/04/04 | Draft facts relating to individual defendants' decision making and less qualified successful candidate | 0.5 | $250 | $125 | |
| 60 | JML | 08/09/04 | Continue drafting Complaint: Plaintiff's Injuries | 0.5 | $250 | $125 | |
| 61 | JML | 08/14/04 | Draft facts regarding cover up of accident | 1.2 | $250 | $300 | |

Exhibit B          Excessive Time Spent on Complaint          Tab 8

| Item # | ATTY | Date | Description | Time | Rate | Fee | Prev'ly Listed |
|---|---|---|---|---|---|---|---|
| 62 | JML | 08/14/04 | Draft facts regarding campaign and election improprieties | 1.3 | $250 | $325 | |
| 63 | JML | 08/16/04 | Draft Civil Cover Sheet and Summons and revise Complaint | 0.6 | $250 | $150 | |
| 64 | JML | 08/16/04 | Complaint preparation: Draft Injunctive relief | 0.5 | $250 | $125 | |
| 66 | JML | 08/17/04 | Continue drafting Complaint: content of protected speech, retaliatory transfer, and injury to reputation | 3.0 | $250 | $750 | |
| 69 | JML | 08/20/04 | Telephone to client regarding TSN revision of Complaint | 0.3 | $250 | $75 | |
| 70 | JML | 08/23/04 | Revise Complaint based on Friday's conversation with client | 0.1 | $250 | $25 | |
| 71 | TSN | 08/23/04 | Work on second draft of complaint. | 1.2 | $450 | $540 | |
| 72 | TSN | 08/23/04 | Second draft of the complaint. | 2.5 | $450 | $1,125 | |
| 73 | JML | 08/24/04 | Continue revising of Complaint and telephone to client regarding same | 0.4 | $250 | $100 | |
| 74 | SJN | 08/24/04 | Review and edit draft 0.2 of complaint | 0.4 | $250 | $100 | |
| 75 | TSN | 08/24/04 | Telephone with client about his draft complaint and his need to review it for factual accuracy and whether he wishes to hold a press conference. | 0.1 | $450 | $45 | $45 |
| 76 | TSN | 08/25/04 | Draft 3 of the complaint. | 1.9 | $450 | $855 | |

# Exhibit B          Excessive Time Spent on Complaint          Tab 8

| Item # | ATTY | Date | Description | Time | Rate | Fee | Prev'ly Listed |
|--------|------|------|-------------|------|------|-----|----------------|
| 77 | JML | 08/26/04 | Telephone to client regarding revised Complaint | 0.3 | $250 | $75 | |
| 78 | JML | 08/27/04 | Review TSN's draft Complaint | 0.3 | $250 | $75 | |
| 81 | TSN | 08/27/04 | Document drafting, copy counsel to review. | 0.3 | $450 | $135 | $135 |
| 83 | SJN | 08/29/04 | Review and edit draft 3 of complaint. | 0.6 | $250 | $150 | |
| 84 | JML | 08/30/04 | Review and revise draft Complaint | 0.2 | $250 | $50 | |
| 86 | JML | 08/30/04 | Revise Civil Cover Sheet | 0.2 | $250 | $50 | $50 |
| 87 | TSN | 08/30/04 | Meet with client to review facts of the complaint and make revisions. | 1.0 | $450 | $450 | $450 |
| 88 | TSN | 08/30/04 | Final draft of complaint. | 2.5 | $450 | $1,125 | |
| 90 | SJN | 08/31/04 | Review latest draft of complaint. | 0.3 | $250 | $75 | |
| 91 | TSN | 08/31/04 | Finalize complaint. | 0.7 | $450 | $315 | |
| 333 | SJN | 06/18/07 | Meeting with TSN re: amending complaint | 0.1 | $250 | $25 | |
| 334 | TSN | 06/18/07 | Meeting with SJN re: amending complaint | 0.1 | $450 | $45 | |

# Exhibit B        Excessive Time Spent on Complaint        Tab 8

| Item # | ATTY | Date | Description | Time | Rate | Fee | Prev'ly Listed |
|--------|------|------|-------------|------|------|-----|----------------|
| 337 | JML | 06/19/07 | E-mail to TSN regarding no Answer filed and amending the Complaint | 0.1 | $250 | $25 | |
| 338 | JML | 06/19/07 | Review Complaint and deposition testimony of LM in County case | 1.5 | $250 | $375 | $375 |
| 365 | JML | 07/11/07 | Begin drafting First Amended Complaint | 1.2 | $250 | $300 | |
| 366 | JML | 07/11/07 | Revise draft 1 of First Amended Complaint and e-mail to TSN regarding same | 1.5 | $250 | $375 | |
| 367 | JML | 07/12/07 | Revise First Amended Complaint | 0.4 | $250 | $100 | |
| 369 | TSN | 07/12/07 | Review amended complaint | 0.2 | $450 | $90 | |
| 372 | SJN | 07/14/07 | Review and revise first amended complaint | 0.7 | $250 | $175 | |
| 373 | CAS | 07/16/07 | E-mail from TSN regarding amended complaint and stay | 0.1 | $170 | $17 | $17 |
| 374 | JML | 07/23/07 | Finalize Declaration of LM | 0.4 | $250 | $100 | $100 |
| 375 | JML | 07/24/07 | Finalize First Amended Complaint | 1.5 | $250 | $375 | |
| | Subtotal | | | 33.1 | | $10,407 | $1,172 |
| | **Total Complaint (Excessive)** | | | **29.5** | | **$9,235** | |

# TAB

# 9

Exhibit B            Excessive Time Spent on Settlements            Tab 9

| Item # | ATTY | Date | Description | Time | Rate | Fee | Prev'ly Listed |
|--------|------|------|-------------|------|------|-----|----------------|
| 134 | SJN | 11/10/04 | Meeting with TSN re: settlement. | 0.2 | $250 | $50 | |
| 135 | TSN | 11/10/04 | Discuss with JLR settlement strategy for the case. | 0.5 | $450 | $225 | |
| 136 | TSN | 11/10/04 | Meeting with SJN re: settlement. | 0.2 | $450 | $90 | |
| 152 | SJN | 12/21/04 | Meeting with TSN re: settlement strategy. | 0.1 | $250 | $25 | |
| 153 | TSN | 12/21/04 | Meet with JLR about settlement strategy. | 0.3 | $450 | $135 | |
| 154 | TSN | 12/21/04 | Meeting with SJN re: settlement strategy. | 0.1 | $450 | $45 | |
| 166 | SJN | 01/05/05 | Review TSN settlement concept e-mail. | 0.1 | $250 | $25 | |
| 170 | TSN | 01/16/05 | E-mail to JLR about settlement and Monell issues. | 0.3 | $450 | $135 | |
| 173 | JML | 01/20/05 | Begin drafting Settlement package | 2.0 | $250 | $500 | |
| 180 | JML | 02/07/05 | E-mail from TSN and to client regarding demand letter | 0.2 | $250 | $50 | |
| 181 | TSN | 02/07/05 | E-mail JLR on timing of settlement demand. | 0.1 | $450 | $45 | |
| 186 | JML | 02/11/05 | Review TSN-SJN draft settlement demand in NCC case | 1.5 | $250 | $375 | |

# Exhibit B          Excessive Time Spent on Settlements          Tab 9

| Item # | ATTY | Date | Description | Time | Rate | Fee | Prev'ly Listed |
|---|---|---|---|---|---|---|---|
| 187 | JML | 02/11/05 | Continue drafting settlement package | 1.4 | $250 | $350 | |
| 189 | JML | 02/14/05 | Continue drafting settlement package: Statement of Facts | 1.6 | $250 | $400 | |
| 190 | JML | 02/16/05 | Continue drafting settlement demand: Fact Witnesses and Expert Witnesses and Physical Injuries | 1.5 | $250 | $375 | |
| 191 | JML | 02/16/05 | Continue drafting settlement demand: Damages, Injuries, Relief, Attorneys' Fees, and Punitives | 1.9 | $250 | $475 | |
| 192 | JML | 02/17/05 | Continue drafting settlement package: Argument Section I | 1.5 | $250 | $375 | |
| 193 | JML | 02/17/05 | Continue drafting settlement package: Argument Section II | 1.5 | $250 | $375 | |
| 194 | JML | 02/17/05 | Continue drafting settlement package: Argument Section III | 1.5 | $250 | $375 | |
| 195 | JML | 02/18/05 | Continue drafting settlement package: Finish Argument Section III | 0.1 | $250 | $25 | |
| 196 | JML | 02/18/05 | Continue drafting Settlement package: Argument Section IV | 1.4 | $250 | $350 | |
| 197 | JML | 02/18/05 | Continue drafting Settlement package: Argument Section V | 1.4 | $250 | $350 | |
| 199 | JML | 02/18/05 | Continue drafting Settlement package: Argument Sections VI and VII | 2.0 | $250 | $500 | |
| 200 | JML | 02/18/05 | Continue drafting Settlement package: Settlement Proposal | 1.0 | $250 | $250 | |

# Exhibit B          Excessive Time Spent on Settlements          Tab 9

| Item # | ATTY | Date | Description | Time | Rate | Fee | Prev'ly Listed |
|---|---|---|---|---|---|---|---|
| 201 | JML | 02/18/05 | Review and revise entire 70 page settlement package | 1.9 | $250 | $475 | |
| 202 | TSN | 02/19/05 | E-mail on settlement. | 0.1 | $450 | $45 | |
| 203 | SJN | 02/20/05 | Review and revise settlement proposal. | 0.8 | $250 | $200 | |
| 209 | JML | 03/14/05 | Review litigation report from NCC | 0.1 | $250 | $25 | |
| 210 | JML | 03/14/05 | Prepare for today's briefing of TSN for his meeting tomorrow with the County attorney | 1.5 | $250 | $375 | |
| 211 | JML | 03/14/05 | Update settlement package to include new developments in the case: Transfer to Patrol Squad B, additional defense attorneys' fees, etc | 0.9 | $250 | $225 | |
| 212 | JML | 03/14/05 | E-mail to TSN regarding updated settlement package | 0.1 | $250 | $25 | |
| 213 | SJN | 03/15/05 | Meet with TSN and Greg Wilson about settlement the case. | 0.2 | $250 | $50 | |
| 214 | TSN | 03/15/05 | Meet with Greg Wison and SNJ about settling the case. | 0.2 | $450 | $90 | |
| 216 | JML | 03/16/05 | Review e-mail from TSN and send e-mail to client regarding TSN meeting with County attorney | 0.1 | $250 | $25 | |
| 217 | SJN | 03/18/05 | Meet with TSN about the settlement package. | 0.3 | $250 | $75 | |
| 218 | TSN | 03/18/05 | meet with SJN about the settlement package. | 0.3 | $450 | $135 | |

Exhibit B        Excessive Time Spent on Settlements            Tab 9

| Item # | ATTY | Date | Description | Time | Rate | Fee | Prev'ly Listed |
|--------|------|------|-------------|------|------|-----|----------------|
| 222 | SJN | 03/23/05 | Working on settlement package | 0.5 | $250 | $125 | |
| 224 | SJN | 03/24/05 | Meet with TSN about settlement proposal | 0.2 | $250 | $50 | |
| 225 | SJN | 03/24/05 | Revising settlement package | 1.1 | $250 | $275 | |
| 226 | TSN | 03/24/05 | Meet with SJN re: draft settlement proposal | 0.2 | $450 | $90 | |
| 230 | TSN | 04/06/05 | Review letter on settlement from client | 0.1 | $450 | $45 | |
| 231 | JML | 04/15/05 | Telephone to client regarding demand, meeting, and delivery of settlement package | 0.1 | $250 | $25 | |
| 232 | JML | 04/15/05 | E-mail from TSN regarding demand, meeting, and delivery of settlement package and e-mails to and from co-counsel regarding cover letter for settlement package | 0.1 | $250 | $25 | |
| 233 | TSN | 04/15/05 | Revise draft demand package | 1.1 | $450 | $495 | |
| 234 | TSN | 04/15/05 | Finish revision of demand package | 1.5 | $450 | $675 | |
| 235 | JML | 04/16/05 | Begin revising settlement package: pages 1-17 | 1.0 | $250 | $250 | |
| 236 | JML | 04/18/05 | Continue revising settlement package: pp. 19-65 | 1.4 | $250 | $350 | |
| 237 | JML | 04/18/05 | Continue revising settlement package: pp. 19-65 | 1.0 | $250 | $250 | |

# Exhibit B        Excessive Time Spent on Settlements        Tab 9

| Item # | ATTY | Date | Description | Time | Rate | Fee | Prev'ly Listed |
|--------|------|------|-------------|------|------|-----|----------------|
| 238 | JML | 04/18/05 | Continue drafting 67 page settlement package | 1.0 | $250 | $250 | |
| 239 | JML | 04/18/05 | Begin drafting letter to County attorney regarding settlement package | 0.2 | $250 | $50 | |
| 240 | SJN | 04/18/05 | Meeting with TSN re: settlement package | 0.1 | $250 | $25 | |
| 242 | TSN | 04/18/05 | Meeting with SJN re: settlement package | 0.1 | $450 | $45 | |
| 243 | JML | 04/19/05 | Finalize letter to county attorney regarding settlement package | 0.1 | $250 | $25 | |
| 244 | JML | 04/19/05 | Revise settlement package | 0.3 | $250 | $75 | |
| 246 | JML | 04/21/05 | Draft section on Plaintiff's superior qualifications | 0.7 | $250 | $175 | |
| 247 | JML | 04/21/05 | Review and finalize 67 page demand package | 1.5 | $250 | $375 | |
| 248 | JML | 04/21/05 | E-mail to TSN regarding demand package | 0.1 | $250 | $25 | |
| 249 | JML | 04/22/05 | Finalize demand package with most recent revisions and e-mail to The Neuberger Firm regarding same | 0.2 | $250 | $50 | |
| 252 | TSN | 04/22/05 | Review and approve settlement documents | 0.4 | $450 | $180 | |
| 253 | TSN | 04/22/05 | Meet with client to review and obtain approval of demand package and our negotiating strategy | 1.5 | $450 | $675 | |

# Exhibit B        Excessive Time Spent on Settlements        Tab 9

| Item # | ATTY | Date | Description | Time | Rate | Fee | Prev'ly Listed |
|--------|------|------|-------------|------|------|-----|----------------|
| 255 | JML | 04/26/05 | Telephone to client and e-mail to TSN regarding delivery of demand package | 0.1 | $250 | $25 | |
| 258 | JML | 05/20/05 | Telephone to client regarding demand response and e-mail to TSN regarding same | 0.2 | $250 | $50 | |
| 259 | TSN | 05/20/05 | Meet with JLR about failure of settlement efforts | 0.1 | $450 | $45 | |
| 277 | TSN | 01/31/06 | Reply to clients e-mail on his damages | 0.2 | $450 | $90 | $90 |
| 293 | JML | 08/30/06 | Meeting with TSN and client regarding new settlement strategy | 1.1 | $250 | $275 | |
| 294 | JML | 08/30/06 | Draft Memo to TSN regarding today's meeting | 0.6 | $250 | $150 | $150 |
| 295 | SJN | 08/30/06 | Meeting with TSN re: settlement issues | 0.2 | $250 | $50 | |
| 296 | TSN | 08/30/06 | Meet with client and JLR about settlement authority | 1.3 | $450 | $585 | |
| 297 | TSN | 08/30/06 | Meeeting with SJN re: settlement issues | 0.2 | $450 | $90 | |
| 298 | JML | 09/13/06 | E-mail to co-counsel regarding settlement initiatives | 0.1 | $250 | $25 | |
| 299 | JML | 09/14/06 | Meeting with co-counsel regarding NCC settlement initiatives | 0.5 | $250 | $125 | |
| 300 | JML | 09/26/06 | E-mail to co-counsel regarding NCC settlement talks | 0.1 | $250 | $25 | |

# Exhibit B        Excessive Time Spent on Settlements        Tab 9

| Item # | ATTY | Date | Description | Time | Rate | Fee | Prev'ly Listed |
|--------|------|------|-------------|------|------|-----|----------------|
| 301 | JML | 09/28/06 | Telephone from co-counsel regarding status of settlement talks | 0.1 | $250 | $25 | |
| 302 | JML | 10/02/06 | Draft renewed settlement demand letter | 2.5 | $250 | $625 | |
| 303 | TSN | 10/02/06 | Edit demand letter | 0.2 | $450 | $90 | |
| 304 | JML | 10/03/06 | Finalize renewed demand letter | 1.8 | $250 | $450 | |
| 305 | TSN | 10/06/06 | Meet with JLR on status of the case | 0.1 | $450 | $45 | |
| 306 | JML | 11/10/06 | Telephone to client regarding his case status | 0.1 | $250 | $25 | $25 |
| 307 | TSN | 11/10/06 | Meet with JLR about status of negotiations | 0.1 | $450 | $45 | |
| 308 | TSN | 12/06/06 | Meet with JLR about settlement strategy | 0.1 | $450 | $45 | |
| 313 | SJN | 01/11/07 | Meeting with Hank re: settlement and case status | 2.0 | $250 | $500 | |
| 316 | TSN | 05/02/07 | E-mail to co-counsel on settlement | 0.1 | $450 | $45 | |
| 353 | JML | 07/09/07 | Telephone to TSN regarding case status | 0.3 | $250 | $75 | |
| 386 | CAS | 09/05/07 | E-mail from TSN to client regarding settlement | 0.1 | $170 | $17 | $17 |

# Exhibit B          Excessive Time Spent on Settlements          Tab 9

| Item # | ATTY | Date | Description | Time | Rate | Fee | Prev'ly Listed |
|---|---|---|---|---|---|---|---|
| 388 | JML | 09/12/07 | Telephone to client regarding case status | 0.4 | $250 | $100 | $100 |
| 389 | JML | 09/13/07 | Meeting with client regarding settlement | 1.3 | $250 | $325 | |
| 390 | JML | 09/13/07 | E-mail to client regarding today's meeting | 0.3 | $250 | $75 | $75 |
| 391 | TSN | 09/13/07 | Meet with client about settlement | 1.3 | $450 | $585 | |
| 392 | JML | 09/24/07 | Draft new demand letter to NCC | 1.5 | $250 | $375 | |
| 393 | JML | 09/24/07 | E-mail to TSN regarding draft demand letter | 0.2 | $250 | $50 | |
| 394 | JML | 09/25/07 | Revise demand letter | 0.3 | $250 | $75 | |
| 396 | TSN | 09/25/07 | Review and edit settlement demand | 0.4 | $450 | $180 | |
| 397 | JML | 09/26/07 | Review and finalize settlement demand 3 | 0.3 | $250 | $75 | |
| 399 | JML | 10/25/07 | Meeting with co-counsel regarding settlement | 1.5 | $250 | $375 | |
| 400 | JML | 10/25/07 | E-mail to client regarding sending settlement letter to the judge | 0.1 | $250 | $25 | |
| 402 | JML | 11/06/07 | Draft letter to USM regarding settlement offer | 0.4 | $250 | $100 | |

Exhibit B       Excessive Time Spent on Settlements      Tab 9

| Item # | ATTY | Date | Description | Time | Rate | Fee | Prev'ly Listed |
|--------|------|------|-------------|------|------|-----|----------------|
| 403 | JML | 11/09/07 | Finalize letter to USM | 0.2 | $250 | $50 | |
| Subtotal | | | | 63.8 | | $18,162 | $457 |
| Total Settlements (Excessive) | | | | 62.1 | | $17,705 | |

TAB

10

# Exhibit B  Excessive Time Spent During the Judicial Stay    Tab 10

| Item # | ATTY | Date | Description | Time | Rate | Fee | Prev'ly Listed |
|--------|------|------|-------------|------|------|-----|----------------|
| 130 | TSN | 11/03/04 | Review two e-mails from the client. | 0.1 | $450 | $45 | |
| 131 | SJN | 11/05/04 | Meeting with TSN re: D's filing answer or motion for a stay. | 0.1 | $250 | $25 | |
| 133 | TSN | 11/09/04 | Review their stay brief and e-mail JLR about a response. | 0.2 | $450 | $90 | |
| 137 | JML | 11/15/04 | E-mail to client regarding health status report | 0.1 | $250 | $25 | |
| 138 | JML | 11/16/04 | Telephone and e-mail to client regarding damages information | 0.4 | $250 | $100 | |
| 139 | JML | 11/16/04 | E-mail to plaintiff's counsel regarding our Response to Motion to Stay | 0.1 | $250 | $25 | |
| 140 | SJN | 11/16/04 | Motion to stay briefing. | 0.2 | $250 | $50 | |
| 141 | JML | 11/22/04 | Begin drafting Memo in Opposition to Motion to Stay | 2.2 | $250 | $550 | |
| 142 | JML | 11/24/04 | Continue drafting Response to Motion to Stay | 2.1 | $250 | $525 | |
| 143 | JML | 11/24/04 | Continue drafting Response to Motion to Stay | 3.5 | $250 | $875 | |
| 144 | JML | 11/26/04 | Finalize Response to Motion to Stay and e-mail to TSN regarding same | 1.3 | $250 | $325 | |
| 145 | SJN | 11/29/04 | Review our AB. | 0.2 | $250 | $50 | |

# Exhibit B  Excessive Time Spent During the Judicial Stay    Tab 10

| Item # | ATTY | Date | Description | Time | Rate | Fee | Prev'ly Listed |
|---|---|---|---|---|---|---|---|
| 146 | TSN | 11/30/04 | Review our stay brief. | 0.1 | $450 | $45 | |
| 147 | TSN | 11/30/04 | E-mail to JLR. | 0.1 | $450 | $45 | $45 |
| 148 | TSN | 12/05/04 | Fact investigation on expected changes in County government in January and effect on this case. | 0.5 | $450 | $225 | $225 |
| 149 | JML | 12/08/04 | Telephone to economist regarding retaining him for an expert report | 0.3 | $250 | $75 | $75 |
| 150 | JML | 12/16/04 | Telephone from client regarding motion to stay | 0.1 | $250 | $25 | |
| 151 | TSN | 12/19/04 | Review stay decision by the court. | 0.1 | $450 | $45 | |
| 155 | JML | 12/22/04 | Telephone to client regarding economist's follow up questions | 0.3 | $250 | $75 | |
| 156 | JML | 12/22/04 | Letter to economist regarding follow up data from today's conversation with client | 0.4 | $250 | $100 | $100 |
| 157 | JML | 12/23/04 | Review cardiologist medical records and end of year pay stubs for 2001-2004 | 0.5 | $250 | $125 | $125 |
| 158 | JML | 12/23/04 | Draft letter to economist regarding additional pension documents | 0.1 | $250 | $25 | |
| 159 | JML | 12/29/04 | E-mail to economist regarding his initial draft report | 0.1 | $250 | $25 | |
| 160 | JML | 12/30/04 | Telephone to client and 2 calls from client regarding salary range for Lt. Colonel, date of pay increase to Captain QW, and date of promotion to Major | 0.3 | $250 | $75 | $75 |

# Exhibit B  Excessive Time Spent During the Judicial Stay    Tab 10

| Item # | ATTY | Date | Description | Time | Rate | Fee | Prev'ly Listed |
|--------|------|------|-------------|------|------|-----|----------------|
| 161 | JML | 12/30/04 | Draft letter to economist regarding additional information and documents and 4 scenarios of denied promotions and pay increases | 0.5 | $250 | $125 | $125 |
| 162 | JML | 12/31/04 | E-mail to Dr. Black regarding 3rd denied promotion scenario | 0.2 | $250 | $50 | $50 |
| 163 | JML | 01/03/05 | Review second draft economic report from Dr. Black | 0.4 | $250 | $100 | $100 |
| 164 | JML | 01/03/05 | E-mail to economist regarding corrections to latest draft of report | 0.1 | $250 | $25 | $25 |
| 165 | JML | 01/03/05 | E-mail from and to economist regarding title page of his report | 0.2 | $250 | $50 | $50 |
| 167 | TSN | 01/05/05 | Review Dr. Black report and outline demand package. | 0.6 | $450 | $270 | |
| 168 | TSN | 01/13/05 | E-mail to JLR about economic report. | 0.1 | $450 | $45 | |
| 169 | JML | 01/14/05 | Telephone to Dr. Black regarding revising his economic report to include tax effect | 0.1 | $250 | $25 | $25 |
| 171 | JML | 01/17/05 | Telephone to client regarding additional information to update economic report to add income tax effect of lump sum recovery | 0.1 | $250 | $25 | |
| 172 | JML | 01/18/05 | Contact economist regarding additional documents for him to review | 0.1 | $250 | $25 | $25 |
| 174 | TSN | 01/26/05 | Review revised economic expert report. | 0.3 | $450 | $135 | $135 |
| 182 | TSN | 02/09/05 | Gather facts on county finances. | 0.1 | $450 | $45 | $45 |

# Exhibit B  Excessive Time Spent During the Judicial Stay    Tab 10

| Item # | ATTY | Date | Description | Time | Rate | Fee | Prev'ly Listed |
|---|---|---|---|---|---|---|---|
| 184 | SJN | 02/10/05 | Meeting with TSN and JLR re: case strategy. | 0.4 | $250 | $100 | |
| 185 | TSN | 02/10/05 | Meeting with SJN and JLR re: case strategy. | 0.4 | $450 | $180 | |
| 198 | JML | 02/18/05 | Legal research regarding Indemnification Law | 0.5 | $250 | $125 | $125 |
| 204 | JML | 03/03/05 | Memorandum to client regarding economic, compensatory, and punitive damages, his economic report, settlement demand package, Dr. Black, and detail report | 1.0 | $250 | $250 | $250 |
| 205 | TSN | 03/03/05 | Meet with JLR about the case. | 0.2 | $450 | $90 | $90 |
| 206 | JML | 03/08/05 | Telephone to client regarding further retaliatory transfer back to Minquedale for shift work | 0.1 | $250 | $25 | $25 |
| 207 | JML | 03/08/05 | Memo to TSN regarding further retaliatory transfer back to Minquedale for shift work | 0.2 | $250 | $50 | $50 |
| 208 | TSN | 03/08/05 | Review memo on his additional transfer to a new assignment. | 0.1 | $450 | $45 | |
| 220 | JML | 03/22/05 | E-mail from TSN and send e-mail to client regarding Coons' speech of 3/16/05 | 0.1 | $250 | $25 | |
| 223 | JML | 03/24/05 | E-mail to Dr. Black regarding expert report | 0.1 | $250 | $25 | $25 |
| 229 | TSN | 04/06/05 | Discuss with SJN status of the police dept. | 0.2 | $450 | $90 | |
| 245 | SJN | 04/19/05 | E-mail from JLR re: retaliatory transfer | 0.1 | $250 | $25 | |

# Exhibit B  Excessive Time Spent During the Judicial Stay    Tab 10

| Item # | ATTY | Date | Description | Time | Rate | Fee | Prev'ly Listed |
|---|---|---|---|---|---|---|---|
| 250 | SJN | 04/22/05 | Meeting with SJN re: status of case, and planning out discovery and trial | 0.3 | $250 | $75 | |
| 251 | TSN | 04/22/05 | Meeting with TSN re: status of case, and planning out discovery and trial | 0.3 | $450 | $135 | |
| 261 | TSN | 06/07/05 | E-mail from client and reply on his medical condition and damages | 0.4 | $450 | $180 | |
| 266 | TSN | 06/25/05 | Speak with client about status of the case | 0.3 | $450 | $135 | |
| 267 | TSN | 06/27/05 | E-mail on removal of the Chief | 0.5 | $450 | $225 | |
| 269 | JML | 07/05/05 | Review e-mail from TSN and e-mail to client regarding County's reported financial deficit | 0.1 | $250 | $25 | |
| 270 | JML | 07/18/05 | Telephone to client regarding County's reported financial deficit | 0.1 | $250 | $25 | |
| 276 | TSN | 12/30/05 | E-mail from client and reply on status of the case | 0.3 | $450 | $135 | |
| 282 | SJN | 07/05/06 | Meeting with TSN re: impact of Garcetti | 0.1 | $250 | $25 | $25 |
| 283 | TSN | 07/05/06 | Meeting with SJN re: impact of Garcetti | 0.1 | $450 | $45 | $45 |
| 284 | JML | 07/25/06 | Meeting with TSN regarding case in light of new SCt case | 0.2 | $250 | $50 | $50 |
| 285 | TSN | 07/25/06 | Meet with JLR about status of the case | 0.2 | $450 | $90 | |

# Exhibit B  Excessive Time Spent During the Judicial Stay    Tab 10

| Item # | ATTY | Date | Description | Time | Rate | Fee | Prev'ly Listed |
|--------|------|------|-------------|------|------|-----|----------------|
| 288 | JML | 08/14/06 | Telephone to client and e-mail to TSN regarding Supreme Court decision | 0.2 | $250 | $50 | $50 |
| 289 | JML | 08/14/06 | Review Garcetti decision and analyze its impact on the case | 1.0 | $250 | $250 | $250 |
| 290 | JML | 08/14/06 | Review TSN brief regarding Garcetti case law affecting this case | 0.5 | $250 | $125 | $125 |
| 291 | JML | 08/15/06 | Telephone to client and e-mail to TSN regarding S.Ct. decision | 0.2 | $250 | $50 | $50 |
| 292 | TSN | 08/29/06 | Review file | 0.4 | $450 | $180 | |
| 310 | TSN | 01/02/07 | Telephone with the USM about the case | 0.1 | $450 | $45 | |
| 318 | TSN | 05/29/07 | E-mail on interview fact witnesses | 0.2 | $450 | $90 | $90 |
| 319 | TSN | 05/29/07 | Fact investigation, attend the deposition of Maloney & Rendina on the operation of NCC | 1.4 | $450 | $630 | $630 |
| 320 | JML | 06/01/07 | Telephone from client and e-mail to TSN regarding police report of Freeberry accident | 0.3 | $250 | $75 | |
| 322 | TSN | 06/01/07 | E-mail to JLR about IA inquire to client | 0.1 | $450 | $45 | |
| 323 | TSN | 06/03/07 | E-mail to Maloney statements | 0.1 | $450 | $45 | $45 |
| 324 | RW | 06/05/07 | Attend Wilmington Hospitality v. NCC with Maloney and Rendina/witnesses | 0.7 | $170 | $119 | $119 |

# Exhibit B  Excessive Time Spent During the Judicial Stay      Tab 10

| Item # | ATTY | Date | Description | Time | Rate | Fee | Prev'ly Listed |
|--------|------|------|-------------|------|------|-----|----------------|
| 325 | RW | 06/06/07 | Attend Wilmington Hospitality v. NCC with Maloney and Rendina/witnesses | 0.5 | $170 | $85 | $85 |
| 326 | RW | 06/06/07 | Memo to TSN re: Maloney/Rendina testimony in Wilmington Hospitality case | 0.8 | $170 | $136 | $136 |
| 327 | TSN | 06/06/07 | E-mail on lifting the stay | 0.2 | $450 | $90 | |
| 328 | JML | 06/07/07 | Legal and factual analysis: review e-mail from TSN, Complaint, and send e-mail to TSN regarding defendant Gordon | 1.3 | $250 | $325 | |
| 329 | TSN | 06/07/07 | E-mail on evidence issue | 0.2 | $450 | $90 | $90 |
| 330 | TSN | 06/14/07 | Meet with Maloney and Rendina about the facts of the case | 1.0 | $450 | $450 | $450 |
| 331 | TSN | 06/15/07 | Telephone with JLR about fact investigation | 0.2 | $450 | $90 | |
| 332 | JML | 06/18/07 | E-mail to RW regarding depositions of LM and MR and to CAH regarding affidavits of LM and MR | 0.2 | $250 | $50 | $50 |
| 333 | SJN | 06/18/07 | Meeting with TSN re: amending complaint | 0.1 | $250 | $25 | $25 |
| 334 | TSN | 06/18/07 | Meeting with SJN re: amending complaint | 0.1 | $450 | $45 | $45 |
| 337 | JML | 06/19/07 | E-mail to TSN regarding no Answer filed and amending the Complaint | 0.1 | $250 | $25 | $25 |
| 338 | JML | 06/19/07 | Review Complaint and deposition testimony of LM in County case | 1.5 | $250 | $375 | $375 |

# Exhibit B  Excessive Time Spent During the Judicial Stay     Tab 10

| Item # | ATTY | Date | Description | Time | Rate | Fee | Prev'ly Listed |
|--------|------|------|-------------|------|------|-----|----------------|
| 339 | JML | 06/19/07 | Review deposition testimony of MR in County case | 0.1 | $250 | $25 | $25 |
| 340 | JML | 06/19/07 | Review memo from RW regarding trial testimony of LM and MR in NCC case | 0.3 | $250 | $75 | $75 |
| 341 | JML | 06/19/07 | Review deposition of defendant Freeberry in County police case | 2.0 | $250 | $500 | $500 |
| 342 | JML | 06/19/07 | Prepare questions for interviews of witnesses LM and MR | 1.0 | $250 | $250 | $250 |
| 343 | JML | 06/20/07 | Continue preparing interview questions | 0.5 | $250 | $125 | $125 |
| 344 | JML | 06/20/07 | Telephone to LM regarding interview | 0.1 | $250 | $25 | $25 |
| 345 | JML | 06/20/07 | Draft letter to LM and MR regarding interview | 0.3 | $250 | $75 | $75 |
| 346 | JML | 06/21/07 | E-mail to witness regarding interviews | 0.2 | $250 | $50 | $50 |
| 347 | SJN | 06/24/07 | Legal research - speech to grand jury still protect post-Garcetti cases | 0.2 | $250 | $50 | $50 |
| 348 | JML | 06/27/07 | Interview MR regarding case | 2.0 | $250 | $500 | $500 |
| 349 | JML | 06/27/07 | Interview LM regarding case | 2.2 | $250 | $550 | $550 |
| 350 | CAS | 07/02/07 | E-mail to JLR regarding affidavits and plea agreement | 0.2 | $170 | $34 | $34 |

# Exhibit B  Excessive Time Spent During the Judicial Stay     Tab 10

| Item # | ATTY | Date | Description | Time | Rate | Fee | Prev'ly Listed |
|--------|------|------|-------------|------|------|-----|----------------|
| 351 | CAS | 07/09/07 | Review e-mail from TSN regarding client's new job | 0.1 | $170 | $17 | $17 |
| 352 | JML | 07/09/07 | Draft Declaration of LM | 3.0 | $250 | $750 | $750 |
| 353 | JML | 07/09/07 | Telephone to TSN regarding case status | 0.3 | $250 | $75 | $75 |
| 354 | JML | 07/09/07 | E-mail to TSN regarding damages | 0.4 | $250 | $100 | |
| 355 | SJN | 07/09/07 | Call from TSN | 0.2 | $250 | $50 | $50 |
| 356 | SJN | 07/09/07 | Review draft declaration and send amended complaint and unstaying letter to JLR | 0.2 | $250 | $50 | |
| 357 | TSN | 07/09/07 | Telephone with client | 0.2 | $450 | $90 | $90 |
| 358 | TSN | 07/09/07 | Review L. Maloney declaration | 0.2 | $450 | $90 | $90 |
| 359 | TSN | 07/09/07 | Discuss lifting the stay with JLR and strategy | 0.3 | $450 | $135 | |
| 360 | TSN | 07/09/07 | Telephone with SJN on strategy | 0.2 | $450 | $90 | |
| Subtotal | | | | 48.1 | | $13,861 | $7,881 |
| **Total Activity During Judicial Stay (Excessive)** | | | | **19.6** | | **$5,980** | |

# TAB

# 11

# Exhibit B          Duplicative or Redundant Entries          Tab 11

| Item # | ATTY | Date | Description | Time | Rate | Fee | Prev'ly Listed |
|--------|------|------|-------------|------|------|-----|----------------|
| 11 | SJN | 10/21/03 | Conference with TSN, JLR, MDH to discuss conflict issues. | 0.5 | $250 | $125 | $125 |
| 12 | TSN | 10/21/03 | Meet with JLR, MH, SJN about conflict of interest issues and the respresentation. | 0.5 | $450 | $225 | $225 |
| 21 | JML | 03/08/04 | Legal research regarding potential immunity of local government | 0.3 | $250 | $75 | |
| 35 | JML | 06/10/04 | Meeting with law clerk regarding statute of limitations issue | 0.1 | $250 | $25 | $25 |
| 40 | JML | 06/17/04 | Review law clerk's legal research memo regarding statute of limitations | 0.3 | $250 | $75 | $75 |
| 43 | TSN | 07/26/04 | Try to reach my client about filing the case. | 0.1 | $450 | $45 | $45 |
| 44 | TSN | 07/26/04 | Telephone with client to set appointment. | 0.1 | $450 | $45 | $45 |
| 45 | JML | 07/27/04 | Meeting with TSN and client regarding lawsuit content and strategy | 2.0 | $250 | $500 | |
| 71 | TSN | 08/23/04 | Work on second draft of complaint. | 1.2 | $450 | $540 | $540 |
| 72 | TSN | 08/23/04 | Second draft of the complaint. | 2.5 | $450 | $1,125 | $1,125 |
| 74 | SJN | 08/24/04 | Review and edit draft 0.2 of complaint | 0.4 | $250 | $100 | $100 |
| 75 | TSN | 08/24/04 | Telephone with client about his draft complaint and his need to review it for factual accuracy and whether he wishes to hold a press conference. | 0.1 | $450 | $45 | $45 |

# Exhibit B                    Duplicative or Redundant Entries                    Tab 11

| Item # | ATTY | Date | Description | Time | Rate | Fee | Prev'ly Listed |
|--------|------|------|-------------|------|------|-----|----------------|
| 76 | TSN | 08/25/04 | Draft 3 of the complaint. | 1.9 | $450 | $855 | $855 |
| 81 | TSN | 08/27/04 | Document drafting, copy counsel to review. | 0.3 | $450 | $135 | $135 |
| 83 | SJN | 08/29/04 | Review and edit draft 3 of complaint. | 0.6 | $250 | $150 | $150 |
| 87 | TSN | 08/30/04 | Meet with client to review facts of the complaint and make revisions. | 1.0 | $450 | $450 | $420 |
| 88 | TSN | 08/30/04 | Final draft of complaint. | 2.5 | $450 | $1,125 | $1,125 |
| 89 | SJN | 08/31/04 | Meeting with TSN re filing and related issues. | 0.3 | $250 | $75 | |
| 90 | SJN | 08/31/04 | Review latest draft of complaint. | 0.3 | $250 | $75 | $75 |
| 91 | TSN | 08/31/04 | Finalize complaint. | 0.7 | $450 | $315 | $315 |
| 92 | TSN | 08/31/04 | Draft press release. | 0.6 | $450 | $270 | $270 |
| 94 | SJN | 09/02/04 | Press conference. | 1.0 | $250 | $250 | $250 |
| 95 | SJN | 09/02/04 | Fact investigation and meeting with client. | 1.3 | $250 | $325 | $325 |
| 96 | SJN | 09/02/04 | Fact investigation re: other incidents where Freebery's has done this. | 0.3 | $250 | $75 | $75 |

# Exhibit B         Duplicative or Redundant Entries          Tab 11

| Item # | ATTY | Date | Description | Time | Rate | Fee | Prev'ly Listed |
|---|---|---|---|---|---|---|---|
| 97 | SJN | 09/02/04 | Respond to media inquiries. | 0.5 | $250 | $125 | $125 |
| 100 | SJN | 09/02/04 | Fact investigation. | 0.5 | $250 | $125 | $125 |
| 102 | TSN | 09/02/04 | Meeting with client about facts. | 1.0 | $450 | $450 | $450 |
| 103 | TSN | 09/02/04 | Attend press conference for client, preparation. | 1.4 | $450 | $630 | $630 |
| 108 | SJN | 09/03/04 | Phone call to investigate the facts of the police report being doctored. | 0.1 | $250 | $25 | $25 |
| 109 | SJN | 09/03/04 | E-mail to TSN & JLR re: Freebery order via Janet Smith to alter police report. | 0.1 | $250 | $25 | $25 |
| 111 | SJN | 09/07/04 | Fact investigation. | 0.2 | $250 | $50 | $50 |
| 113 | TSN | 09/08/04 | Review fact statements by parties. | 0.2 | $450 | $90 | $90 |
| 114 | TSN | 09/08/04 | Review witness statements and email client. | 0.4 | $450 | $180 | $180 |
| 115 | TSN | 09/08/04 | Call from M. Allen about the police report claims. | 0.2 | $450 | $90 | $90 |
| 119 | TSN | 09/09/04 | Investigate facts given by client. | 0.2 | $450 | $90 | $90 |
| 120 | SJN | 09/10/04 | Fact investigation. | 0.1 | $250 | $25 | $25 |

# Exhibit B          Duplicative or Redundant Entries          Tab 11

| Item # | ATTY | Date | Description | Time | Rate | Fee | Prev'ly Listed |
|---|---|---|---|---|---|---|---|
| 123 | SJN | 09/30/04 | Return call to Bowser re: extension of time on Answer. | 0.1 | $250 | $25 | |
| 125 | SJN | 10/01/04 | E-mail to Bowser re: extension of time to file Answer and conflict of interest. | 0.1 | $250 | $25 | |
| 134 | SJN | 11/10/04 | Meeting with TSN re: settlement. | 0.2 | $250 | $50 | $50 |
| 148 | TSN | 12/05/04 | Fact investigation on expected changes in County government in January and effect on this case. | 0.5 | $450 | $225 | $225 |
| 152 | SJN | 12/21/04 | Meeting with TSN re: settlement strategy. | 0.1 | $250 | $25 | $25 |
| 166 | SJN | 01/05/05 | Review TSN settlement concept e-mail. | 0.1 | $250 | $25 | $25 |
| 167 | TSN | 01/05/05 | Review Dr. Black report and outline demand package. | 0.6 | $450 | $270 | $270 |
| 174 | TSN | 01/26/05 | Review revised economic expert report. | 0.3 | $450 | $135 | $135 |
| 182 | TSN | 02/09/05 | Gather facts on county finances. | 0.1 | $450 | $45 | $45 |
| 184 | SJN | 02/10/05 | Meeting with TSN and JLR re: case strategy. | 0.4 | $250 | $100 | $100 |
| 198 | JML | 02/18/05 | Legal research regarding Indemnification Law | 0.5 | $250 | $125 | $125 |
| 203 | SJN | 02/20/05 | Review and revise settlement proposal. | 0.8 | $250 | $200 | $200 |

# Exhibit B          Duplicative or Redundant Entries          Tab 11

| Item # | ATTY | Date | Description | Time | Rate | Fee | Prev'ly Listed |
|--------|------|------|-------------|------|------|-----|----------------|
| 213 | SJN | 03/15/05 | Meet with TSN and Greg Wilson about settlement the case. | 0.2 | $250 | $50 | $50 |
| 217 | SJN | 03/18/05 | Meet with TSN about the settlement package. | 0.3 | $250 | $75 | $75 |
| 222 | SJN | 03/23/05 | Working on settlement package | 0.5 | $250 | $125 | $125 |
| 224 | SJN | 03/24/05 | Meet with TSN about settlement proposal | 0.2 | $250 | $50 | $50 |
| 225 | SJN | 03/24/05 | Revising settlement package | 1.1 | $250 | $275 | $275 |
| 227 | TSN | 04/05/05 | Fact investigation on new public safety director | 0.2 | $450 | $90 | $90 |
| 228 | TSN | 04/05/05 | Fact investigation on new public safety director | 0.2 | $450 | $90 | $90 |
| 233 | TSN | 04/15/05 | Revise draft demand package | 1.1 | $450 | $495 | $495 |
| 234 | TSN | 04/15/05 | Finish revision of demand package | 1.5 | $450 | $675 | $675 |
| 240 | SJN | 04/18/05 | Meeting with TSN re: settlement package | 0.1 | $250 | $25 | $25 |
| 245 | SJN | 04/19/05 | E-mail from JLR re: retaliatory transfer | 0.1 | $250 | $25 | $25 |
| 257 | TSN | 05/19/05 | Review e-mail from client | 0.1 | $450 | $45 | $45 |

# Exhibit B          Duplicative or Redundant Entries          Tab 11

| Item # | ATTY | Date | Description | Time | Rate | Fee | Prev'ly Listed |
|--------|------|------|-------------|------|------|-----|----------------|
| 260 | TSN | 05/26/05 | E-mail to client | 0.2 | $450 | $90 | $90 |
| 262 | TSN | 06/07/05 | E-mail to client | 0.2 | $450 | $90 | $90 |
| 265 | TSN | 06/25/05 | Telephone with client | 0.1 | $450 | $45 | $45 |
| 266 | TSN | 06/25/05 | Speak with client about status of the case | 0.3 | $450 | $135 | $135 |
| 268 | TSN | 06/28/05 | Fact investigation | 0.3 | $450 | $135 | $135 |
| 271 | TSN | 07/21/05 | E-mail from client and respond | 0.2 | $450 | $90 | $90 |
| 273 | TSN | 08/25/05 | Letter to client | 0.2 | $450 | $90 | $90 |
| 275 | TSN | 10/04/05 | E-mail from client and respond | 0.1 | $450 | $45 | $45 |
| 276 | TSN | 12/30/05 | E-mail from client and reply on status of the case | 0.3 | $450 | $135 | $135 |
| 277 | TSN | 01/31/06 | Reply to clients e-mail on his damages | 0.2 | $450 | $90 | $90 |
| 278 | TSN | 03/18/06 | E-mail from client and respond | 0.1 | $450 | $45 | $45 |
| 279 | TSN | 06/01/06 | E-mail from client and respond | 0.1 | $450 | $45 | $45 |

# Exhibit B            Duplicative or Redundant Entries            Tab 11

| Item # | ATTY | Date | Description | Time | Rate | Fee | Prev'ly Listed |
|--------|------|------|-------------|------|------|-----|----------------|
| 280 | TSN | 06/22/06 | E-mail from client and reply | 0.1 | $450 | $45 | $45 |
| 281 | TSN | 06/22/06 | E-mail from client and reply | 0.1 | $450 | $45 | $45 |
| 284 | JML | 07/25/06 | Meeting with TSN regarding case in light of new SCt case | 0.2 | $250 | $50 | $50 |
| 286 | TSN | 08/10/06 | Call from client | 0.1 | $450 | $45 | $45 |
| 287 | TSN | 08/10/06 | E-mail to JLR and client | 0.1 | $450 | $45 | $45 |
| 293 | JML | 08/30/06 | Meeting with TSN and client regarding new settlement strategy | 1.1 | $250 | $275 | $275 |
| 295 | SJN | 08/30/06 | Meeting with TSN re: settlement issues | 0.2 | $250 | $50 | $50 |
| 303 | TSN | 10/02/06 | Edit demand letter | 0.2 | $450 | $90 | $90 |
| 309 | SJN | 12/16/06 | Pleadings review | 0.1 | $250 | $25 | |
| 311 | TSN | 01/09/07 | Try to reach my client | 0.1 | $450 | $45 | $45 |
| 312 | TSN | 01/09/07 | Telephone with client | 0.1 | $450 | $45 | $45 |
| 313 | SJN | 01/11/07 | Meeting with Hank re: settlement and case status | 2.0 | $250 | $500 | $500 |

Exhibit B                Duplicative or Redundant Entries                Tab 11

| Item # | ATTY | Date | Description | Time | Rate | Fee | Prev'ly Listed |
|---|---|---|---|---|---|---|---|
| 315 | TSN | 03/08/07 | E-mail from client and respond | 0.1 | $450 | $45 | $45 |
| 319 | TSN | 05/29/07 | Fact investigation, attend the deposition of Maloney & Rendina on the operation of NCC | 1.4 | $450 | $630 | $630 |
| 324 | RW | 06/05/07 | Attend Wilmington Hospitality v. NCC with Maloney and Rendina/witnesses | 0.7 | $170 | $119 | $119 |
| 325 | RW | 06/06/07 | Attend Wilmington Hospitality v. NCC with Maloney and Rendina/witnesses | 0.5 | $170 | $85 | $85 |
| 326 | RW | 06/06/07 | Memo to TSN re: Maloney/Rendina testimony in Wilmington Hospitality case | 0.8 | $170 | $136 | $136 |
| 330 | TSN | 06/14/07 | Meet with Maloney and Rendina about the facts of the case | 1.0 | $450 | $450 | $450 |
| 333 | SJN | 06/18/07 | Meeting with TSN re: amending complaint | 0.1 | $250 | $25 | $25 |
| 335 | TSN | 06/18/07 | E-mail from client and reply | 0.2 | $450 | $90 | $90 |
| 350 | CAS | 07/02/07 | E-mail to JLR regarding affidavits and plea agreement | 0.2 | $170 | $34 | $34 |
| 351 | CAS | 07/09/07 | Review e-mail from TSN regarding client's new job | 0.1 | $170 | $17 | $17 |
| 356 | SJN | 07/09/07 | Review draft declaration and send amended complaint and unstaying letter to JLR | 0.2 | $250 | $50 | $50 |
| 357 | TSN | 07/09/07 | Telephone with client | 0.2 | $450 | $90 | $90 |

# Exhibit B          Duplicative or Redundant Entries          Tab 11

| Item # | ATTY | Date | Description | Time | Rate | Fee | Prev'ly Listed |
|--------|------|------|-------------|------|------|-----|----------------|
| 363 | TSN | 07/10/07 | Telephone with client, return call from media | 0.2 | $450 | $90 | $90 |
| 372 | SJN | 07/14/07 | Review and revise first amended complaint | 0.7 | $250 | $175 | $175 |
| 373 | CAS | 07/16/07 | E-mail from TSN regarding amended complaint and stay | 0.1 | $170 | $17 | $17 |
| 377 | SJN | 07/25/07 | Pleadings review | 0.1 | $250 | $25 | |
| 381 | CAS | 08/28/07 | Review e-mail from JLR regarding status | 0.1 | $170 | $17 | $17 |
| 383 | CAS | 08/31/07 | E-mails from TSN | 0.1 | $170 | $17 | $17 |
| 384 | TSN | 08/31/07 | E-mail to client | 0.2 | $450 | $90 | $90 |
| 385 | TSN | 08/31/07 | E-mail to client | 0.2 | $450 | $90 | $90 |
| 386 | CAS | 09/05/07 | E-mail from TSN to client regarding settlement | 0.1 | $170 | $17 | $17 |
| 387 | TSN | 09/05/07 | E-mail from client and respond | 0.2 | $450 | $90 | $90 |
| 391 | TSN | 09/13/07 | Meet with client about settlement | 1.3 | $450 | $585 | $585 |
| 396 | TSN | 09/25/07 | Review and edit settlement demand | 0.4 | $450 | $180 | $180 |

Exhibit B                  Duplicative or Redundant Entries                  Tab 11

| Item # | ATTY | Date | Description | Time | Rate | Fee | Prev'ly Listed |
|--------|------|------|-------------|------|------|-----|----------------|
| 410 | SJN | 11/15/07 | Pleadings review | 0.1 | $250 | $25 | |
| 414 | CAS | 11/26/07 | Review e-mail from defense counsel | 0.1 | $170 | $17 | $17 |
| 424 | CAS | 12/05/07 | Review e-mails from SJN and TSN | 0.1 | $170 | $17 | $17 |
| 425 | CAS | 12/05/07 | Review e-mail to defense counsel from SJN | 0.1 | $170 | $17 | $17 |
| 426 | SJN | 12/05/07 | Review amended complaint | 0.1 | $250 | $25 | |
| 428 | CAS | 12/06/07 | Locate proposed Rule 16 order | 0.4 | $170 | $68 | $68 |
| 429 | CAS | 12/06/07 | Meeting with SJN re: Rule 16 order | 0.1 | $170 | $17 | $17 |
| 431 | SJN | 12/06/07 | Review and prepare for Rule 16 teleconference on briefing | 1.0 | $250 | $250 | |
| 436 | SJN | 12/07/07 | Review and prep for teleconference | 0.3 | $250 | $75 | |
| 437 | SJN | 12/07/07 | Rule 16 teleconference with Court | 0.7 | $250 | $175 | |
| 438 | SJN | 12/07/07 | Call to TSN re: status update and Rule 16 | 0.4 | $250 | $100 | |
| 442 | SJN | 12/08/07 | Pleadings review | 0.1 | $250 | $25 | |

# Exhibit B    Duplicative or Redundant Entries    Tab 11

| Item # | ATTY | Date | Description | Time | Rate | Fee | Prev'ly Listed |
|--------|------|------|-------------|------|------|-----|----------------|
| 445 | SJN | 12/10/07 | Pleadings review | 0.1 | $250 | $25 | |
| 448 | TSN | 12/12/07 | Telephone with client about further proceedings in his case and discovery and trial | 0.4 | $450 | $180 | |
| 450 | JML | 01/08/08 | E-mail to SJN regarding briefing | 0.1 | $250 | $25 | |
| 451 | SJN | 01/08/08 | Pleadings review | 0.1 | $250 | $25 | |
| 453 | CAS | 01/17/08 | Handle overbilling of conference call | 0.2 | $170 | $34 | $34 |
| 454 | CAS | 01/17/08 | Draft memo re: teleconference billing issue | 0.1 | $170 | $17 | $17 |
| 465 | CAS | 02/05/08 | E-mail to law clerk re: bluebooking | 0.1 | $170 | $17 | $17 |
| 466 | JML | 02/05/08 | Review and revise SJN Brief draft 1 | 1.5 | $250 | $375 | |
| 469 | JML | 02/06/08 | Revise SJN brief draft 2 | 1.3 | $250 | $325 | |
| 470 | JML | 02/06/08 | Revise SJN brief draft 3 | 0.5 | $250 | $125 | |
| 474 | TSN | 02/06/08 | Draft 4 of brief | 1.3 | $450 | $585 | |
| 475 | TSN | 02/06/08 | Revise petition clause section of brief | 0.2 | $450 | $90 | |

# Exhibit B          Duplicative or Redundant Entries          Tab 11

| Item # | ATTY | Date | Description | Time | Rate | Fee | Prev'ly Listed |
|---|---|---|---|---|---|---|---|
| 476 | CAS | 02/07/08 | File brief and serve copy on court | 0.2 | $170 | $34 | $34 |
| 477 | CAS | 02/08/08 | Review e-mails from TSN | 0.1 | $170 | $17 | $17 |
| 483 | CAS | 02/09/08 | Review various e-mails | 0.1 | $170 | $17 | $17 |
| 487 | CAS | 02/10/08 | Review e-mails from TSN | 0.1 | $170 | $17 | $17 |
| 488 | RW | 02/10/08 | E-mail from TSN | 0.1 | $170 | $17 | $17 |
| 490 | RW | 02/11/08 | E-mail press release | 0.1 | $170 | $17 | $17 |
| 492 | CAS | 02/12/08 | Pleadings review and distribution | 0.1 | $170 | $17 | $17 |
| 504 | SJN | 02/25/08 | Pleadings review | 0.1 | $250 | $25 | |
| 505 | TSN | 02/25/08 | Analyze and create 5 documents to support our fee application.  Create a …. [entry stops] | 2.5 | $450 | $1,125 | |
| Subtotal | | | | 61.9 | | $21,579 | $17,219 |
| **Total Duplicative** | | | | **11.3** | | **$4,360** | |

# TAB

# 12

Exhibit B        Total Time Billed Through April 26, 2005        Tab 12

| Item # | ATTY | Date | Description | Time | Rate | Fee |
|--------|------|------|-------------|------|------|-----|
| 1 | JML | 07/08/03 | Initial consultation with client | 1.4 | $250 | $350 |
| 2 | TSN | 07/29/03 | Meeting with JLR to discuss his possible case and the facts. | 0.5 | $450 | $225 |
| 3 | JML | 07/30/03 | Meeting with TSN regarding facts from initial consultation | 0.5 | $250 | $125 |
| 4 | JML | 07/31/03 | 2d Meeting with TSN re: facts and documents needed to establish claim of 1st Amendment retaliation | 0.5 | $250 | $125 |
| 5 | JML | 08/06/03 | Telephone to client regarding promotion procedures and illegal reasons for his denied promotion | 0.2 | $250 | $50 |
| 6 | TSN | 08/18/03 | Meet with JLR to discuss the facts for a retaliation claim. | 0.3 | $450 | $135 |
| 7 | JML | 09/25/03 | 3d Meeting with TSN regarding First Amendment retaliation and other potential claims | 0.4 | $250 | $100 |
| 8 | JML | 10/10/03 | Review deposition of Colonel Cunningham regarding promotions in NCC PD | 0.3 | $250 | $75 |
| 9 | JML | 10/10/03 | Memo to TSN regarding Cunningham deposition testimony regarding NCC PD promotions | 0.8 | $250 | $200 |
| 10 | TSN | 10/15/03 | Review fact memo from JLR. | 0.1 | $450 | $45 |
| 11 | SJN | 10/21/03 | Conference with TSN, JLR, MDH to discuss conflict issues. | 0.5 | $250 | $125 |
| 12 | TSN | 10/21/03 | Meet with JLR, MH, SJN about conflict of interest issues and the respresentation. | 0.5 | $450 | $225 |

Exhibit B      Total Time Billed Through April 26, 2005        Tab 12

| 13 | JML | 10/22/03 | Review file and prepare for today's meeting with TSN | 0.4 | $250 | $100 |
|----|-----|----------|------|-----|------|------|
| 14 | TSN | 11/10/03 | Meet with JLR about the case. | 0.1 | $450 | $45 |
| 15 | TSN | 12/09/03 | Meet with JLR to discuss the timing of the case. | 0.1 | $450 | $45 |
| 16 | JML | 12/19/03 | Telephone from client regarding newest promotions | 0.3 | $250 | $75 |
| 17 | JML | 02/04/04 | Telephone from client regarding new job postings and denial of 2 additional promotions | 0.2 | $250 | $50 |
| 18 | JML | 02/04/04 | Memo to TSN regarding today's telephone call from client | 0.5 | $250 | $125 |
| 19 | JML | 02/25/04 | Telephone to client regarding other County officers | 0.1 | $250 | $25 |
| 20 | JML | 03/08/04 | Telephone from client regarding documents for him to sign at today's meeting | 0.1 | $250 | $25 |
| 21 | JML | 03/08/04 | Legal research regarding potential immunity of local government | 0.3 | $250 | $75 |
| 22 | JML | 03/08/04 | Meeting with client to review new factual documents from him | 1.0 | $250 | $250 |
| 23 | JML | 03/29/04 | Telephone from client regarding new promotion to Captain and memo to TSN regarding advice on new Captain vacancy | 0.7 | $250 | $175 |
| 24 | JML | 03/31/04 | Telephone from client regarding information on eligible candidates for December 2003 Lt. and Captain promotions | 0.2 | $250 | $50 |
| 25 | JML | 04/02/04 | Meeting with client regarding additional information on promotions and eligibility lists and other promotion candidates | 0.7 | $250 | $175 |

Exhibit B        Total Time Billed Through April 26, 2005        Tab 12

| 26 | TSN | 04/08/04 | Review JLR letter to EEOC. | 0.1 | $450 | $45 |
|----|-----|----------|---------------------------|-----|------|-----|
| 27 | TSN | 04/10/04 | Review memo from JLR. | 0.1 | $450 | $45 |
| 28 | TSN | 04/21/04 | Meet with JLR on status of the case. | 0.1 | $450 | $45 |
| 29 | JML | 04/26/04 | Telephone from client regarding new Captain promotion and memo to TSN regarding same | 0.7 | $250 | $175 |
| 30 | JML | 04/28/04 | E-mail to TSN regarding our strategy regarding First Amendment retaliation claims in light of retaliatory re-posting of a Captain promotion after prior promotion list expired | 0.2 | $250 | $50 |
| 31 | TSN | 04/28/04 | Review fact memo from JLR and respond. | 0.2 | $450 | $90 |
| 32 | TSN | 05/03/04 | Review status report from JLR. | 0.1 | $450 | $45 |
| 33 | JML | 05/27/04 | Telephone to client and memo to TSN regarding retaliation: lowered ranking, denied promotion, and Middletown transfer | 0.8 | $250 | $200 |
| 34 | TSN | 06/08/04 | Review status report from JLR. | 0.1 | $450 | $45 |
| 35 | JML | 06/10/04 | Meeting with law clerk regarding statute of limitations issue | 0.1 | $250 | $25 |
| 36 | TSN | 06/10/04 | Discuss with JLR the EEOC timeliness issue. | 0.1 | $450 | $45 |
| 37 | JML | 06/15/04 | Meeting with TSN and SJN regarding filing the First Amendment Complaint | 0.5 | $250 | $125 |
| 38 | SJN | 06/15/04 | Meeting TSN and JLR. | 0.1 | $250 | $25 |

Exhibit B     Total Time Billed Through April 26, 2005     Tab 12

| 39 | TSN | 06/15/04 | Meet with JLR to discuss legal theories and decide to file the case now. | 0.5 | $450 | $225 |
|----|-----|----------|--------------------------------------------------------------------------|-----|------|------|
| 40 | JML | 06/17/04 | Review law clerk's legal research memo regarding statute of limitations | 0.3 | $250 | $75 |
| 41 | TSN | 06/22/04 | Review SOL resesarch memo. | 0.1 | $450 | $45 |
| 42 | TSN | 07/26/04 | Meet with JLR about drafting the complaint for filing. | 0.2 | $450 | $90 |
| 43 | TSN | 07/26/04 | Try to reach my client about filing the case. | 0.1 | $450 | $45 |
| 44 | TSN | 07/26/04 | Telephone with client to set appointment. | 0.1 | $450 | $45 |
| 45 | JML | 07/27/04 | Meeting with TSN and client regarding lawsuit content and strategy | 2.0 | $250 | $500 |
| 46 | SJN | 07/27/04 | Meeting with TSN. | 0.1 | $250 | $25 |
| 47 | TSN | 07/27/04 | Meet with JLR and client to discuss facts, law and filing his case in the next month, our two main legal theories. | 1.8 | $450 | $810 |
| 48 | TSN | 07/27/04 | Meeting with SJN. | 0.1 | $450 | $45 |
| 49 | JML | 07/28/04 | Draft Complaint: Caption, Parties, Jurisdiction, and Wherefore Clause | 1.5 | $250 | $375 |
| 50 | JML | 07/28/04 | Telephone from client regarding dates of his protected activity | 0.1 | $250 | $25 |
| 51 | JML | 07/29/04 | Meeting with TSN regarding defendants to name and allegations to make in the Complaint | 0.2 | $250 | $50 |

Exhibit B       Total Time Billed Through April 26, 2005       Tab 12

| 52 | TSN | 07/29/04 | Meet with JLR about draft complaint and the parties defendant. | 0.2 | $450 | $90 |
|----|-----|----------|----------------------------------------------------------------|-----|------|-----|
| 53 | JML | 08/03/04 | Review TSN memo regarding meeting with client | 0.1 | $250 | $25 |
| 54 | JML | 08/04/04 | Complaint preparation | 0.1 | $250 | $25 |
| 55 | JML | 08/04/04 | Revise Complaint Caption, Parties, and Wherefore Clause | 0.2 | $250 | $50 |
| 56 | JML | 08/04/04 | Complaint preparation: Draft facts relating to employment history and circumstantial evidence of retaliation | 1.5 | $250 | $375 |
| 57 | JML | 08/04/04 | Complaint preparation: Draft allegations regarding defendants' conduct | 0.3 | $250 | $75 |
| 58 | JML | 08/04/04 | Draft Counts I and II: Free Speech and Petition Clause violations | 0.3 | $250 | $75 |
| 59 | JML | 08/04/04 | Draft facts relating to individual defendants' decision making and less qualified successful candidate | 0.5 | $250 | $125 |
| 60 | JML | 08/09/04 | Continue drafting Complaint: Plaintiff's Injuries | 0.5 | $250 | $125 |
| 61 | JML | 08/14/04 | Draft facts regarding cover up of accident | 1.2 | $250 | $300 |
| 62 | JML | 08/14/04 | Draft facts regarding campaign and election improprieties | 1.3 | $250 | $325 |
| 63 | JML | 08/16/04 | Draft Civil Cover Sheet and Summons and revise Complaint | 0.6 | $250 | $150 |
| 64 | JML | 08/16/04 | Complaint preparation: Draft Injunctive relief | 0.5 | $250 | $125 |

Exhibit B        Total Time Billed Through April 26, 2005        Tab 12

| 65 | JML | 08/17/04 | Telephone to client regarding content of his protected speech, retaliatory transfer, and injury to reputation | 0.6 | $250 | $150 |
| 66 | JML | 08/17/04 | Continue drafting Complaint: content of protected speech, retaliatory transfer, and injury to reputation | 3.0 | $250 | $750 |
| 67 | JML | 08/17/04 | Revise Summons of John Cunningham | 0.1 | $250 | $25 |
| 68 | JML | 08/17/04 | 2d telephone call to client regarding his additional information on accident and the continued retaliation | 0.3 | $250 | $75 |
| 69 | JML | 08/20/04 | Telephone to client regarding TSN revision of Complaint | 0.3 | $250 | $75 |
| 70 | JML | 08/23/04 | Revise Complaint based on Friday's conversation with client | 0.1 | $250 | $25 |
| 71 | TSN | 08/23/04 | Work on second draft of complaint. | 1.2 | $450 | $540 |
| 72 | TSN | 08/23/04 | Second draft of the complaint. | 2.5 | $450 | $1,125 |
| 73 | JML | 08/24/04 | Continue revising of Complaint and telephone to client regarding same | 0.4 | $250 | $100 |
| 74 | SJN | 08/24/04 | Review and edit draft 0.2 of complaint | 0.4 | $250 | $100 |
| 75 | TSN | 08/24/04 | Telephone with client about his draft complaint and his need to review it for factual accuracy and whether he wishes to hold a press conference. | 0.1 | $450 | $45 |
| 76 | TSN | 08/25/04 | Draft 3 of the complaint. | 1.9 | $450 | $855 |
| 77 | JML | 08/26/04 | Telephone to client regarding revised Complaint | 0.3 | $250 | $75 |

Exhibit B      Total Time Billed Through April 26, 2005      Tab 12

| 78 | JML | 08/27/04 | Review TSN's draft Complaint | 0.3 | $250 | $75 |
| 79 | SJN | 08/27/04 | Meeting with TSN. | 0.3 | $250 | $75 |
| 80 | TSN | 08/27/04 | Meeting with Steve | 0.3 | $450 | $135 |
| 81 | TSN | 08/27/04 | Document drafting, copy counsel to review. | 0.3 | $450 | $135 |
| 82 | TSN | 08/27/04 | Telephone from the AP. | 0.1 | $450 | $45 |
| 83 | SJN | 08/29/04 | Review and edit draft 3 of complaint. | 0.6 | $250 | $150 |
| 84 | JML | 08/30/04 | Review and revise draft Complaint | 0.2 | $250 | $50 |
| 85 | JML | 08/30/04 | Meeting with TSN and client regarding pending lawsuit | 1.0 | $250 | $250 |
| 86 | JML | 08/30/04 | Revise Civil Cover Sheet | 0.2 | $250 | $50 |
| 87 | TSN | 08/30/04 | Meet with client to review facts of the complaint and make revisions. | 1.0 | $450 | $450 |
| 88 | TSN | 08/30/04 | Final draft of complaint. | 2.5 | $450 | $1,125 |
| 89 | SJN | 08/31/04 | Meeting with TSN re filing and related issues. | 0.3 | $250 | $75 |
| 90 | SJN | 08/31/04 | Review latest draft of complaint. | 0.3 | $250 | $75 |

Exhibit B        Total Time Billed Through April 26, 2005        Tab 12

| 91 | TSN | 08/31/04 | Finalize complaint. | 0.7 | $450 | $315 |
|----|-----|----------|---------------------|-----|------|------|
| 92 | TSN | 08/31/04 | Draft press release. | 0.6 | $450 | $270 |
| 93 | TSN | 08/31/04 | Meeting with SJN re filing and related issues. | 0.3 | $450 | $135 |
| 94 | SJN | 09/02/04 | Press conference. | 1.0 | $250 | $250 |
| 95 | SJN | 09/02/04 | Fact investigation and meeting with client. | 1.3 | $250 | $325 |
| 96 | SJN | 09/02/04 | Fact investigation re: other incidents where Freebery's has done this. | 0.3 | $250 | $75 |
| 97 | SJN | 09/02/04 | Respond to media inquiries. | 0.5 | $250 | $125 |
| 98 | SJN | 09/02/04 | Telephone with Hank. | 0.1 | $250 | $25 |
| 99 | SJN | 09/02/04 | Telephone calls with Tom. | 0.2 | $250 | $50 |
| 100 | SJN | 09/02/04 | Fact investigation. | 0.5 | $250 | $125 |
| 101 | SJN | 09/02/04 | Calls with Steve. | 0.2 | $250 | $50 |
| 102 | TSN | 09/02/04 | Meeting with client about facts. | 1.0 | $450 | $450 |
| 103 | TSN | 09/02/04 | Attend press conference for client, preparation. | 1.4 | $450 | $630 |

Exhibit B        Total Time Billed Through April 26, 2005          Tab 12

| 104 | SJN | 09/03/04 | Telephone with TSN. | 0.1 | $250 | $25 |
| 105 | SJN | 09/03/04 | Call to Hank. | 0.1 | $250 | $25 |
| 106 | SJN | 09/03/04 | Fact investigation. | 0.3 | $250 | $75 |
| 107 | SJN | 09/03/04 | E-mail to TSN & JLR. | 0.1 | $250 | $25 |
| 108 | SJN | 09/03/04 | Phone call to investigate the facts of the police report being doctored. | 0.1 | $250 | $25 |
| 109 | SJN | 09/03/04 | E-mail to TSN & JLR re: Freebery order via Janet Smith to alter police report. | 0.1 | $250 | $25 |
| 110 | SJN | 09/03/04 | Calls with Steve. | 0.2 | $250 | $50 |
| 111 | SJN | 09/07/04 | Fact investigation. | 0.2 | $250 | $50 |
| 112 | SJN | 09/08/04 | Meeting with TSN. | 0.3 | $250 | $75 |
| 113 | TSN | 09/08/04 | Review fact statements by parties. | 0.2 | $450 | $90 |
| 114 | TSN | 09/08/04 | Review witness statements and email client. | 0.4 | $450 | $180 |
| 115 | TSN | 09/08/04 | Call from M. Allen about the police report claims. | 0.2 | $450 | $90 |
| 116 | TSN | 09/08/04 | E-mail JLR with things to do. | 0.2 | $450 | $90 |

Exhibit B        Total Time Billed Through April 26, 2005        Tab 12

| 117 | TSN | 09/08/04 | Meeting with Steve. | 0.3 | $450 | $135 |
|-----|-----|----------|---------------------|-----|------|------|
| 118 | TSN | 09/09/04 | Review two e-mails from client and reply. | 0.2 | $450 | $90 |
| 119 | TSN | 09/09/04 | Investigate facts given by client. | 0.2 | $450 | $90 |
| 120 | SJN | 09/10/04 | Fact investigation. | 0.1 | $250 | $25 |
| 121 | SJN | 09/13/04 | Review e-mails. | 0.1 | $250 | $25 |
| 122 | TSN | 09/13/04 | Email to client about preparing rule 26 disclosures. | 0.2 | $450 | $90 |
| 123 | SJN | 09/30/04 | Return call to Bowser re: extension of time on Answer. | 0.1 | $250 | $25 |
| 124 | SJN | 10/01/04 | Meeting with TSN. | 0.1 | $250 | $25 |
| 125 | SJN | 10/01/04 | E-mail to Bowser re: extension of time to file Answer and conflict of interest. | 0.1 | $250 | $25 |
| 126 | TSN | 10/01/04 | Meeting with SJN. | 0.1 | $450 | $45 |
| 127 | JML | 10/06/04 | Telephone from client regarding accident and potential discipline and advise regarding his rights of appeal | 0.1 | $250 | $25 |
| 128 | TSN | 10/07/04 | Review e-mail from client on damages and disparate punishment. | 0.1 | $450 | $45 |
| 129 | JML | 10/28/04 | E-mail to client regarding his potential new employment and its impact on the case | 0.2 | $250 | $50 |

Exhibit B     Total Time Billed Through April 26, 2005     Tab 12

| 130 | TSN | 11/03/04 | Review two e-mails from the client. | 0.1 | $450 | $45 |
| 131 | SJN | 11/05/04 | Meeting with TSN re: D's filing answer or motion for a stay. | 0.1 | $250 | $25 |
| 132 | TSN | 11/05/04 | Meeting with SJN re: D's filing answer or motion for a stay. | 0.1 | $450 | $45 |
| 133 | TSN | 11/09/04 | Review their stay brief and e-mail JLR about a response. | 0.2 | $450 | $90 |
| 134 | SJN | 11/10/04 | Meeting with TSN re: settlement. | 0.2 | $250 | $50 |
| 135 | TSN | 11/10/04 | Discuss with JLR settlement strategy for the case. | 0.5 | $450 | $225 |
| 136 | TSN | 11/10/04 | Meeting with SJN re: settlement. | 0.2 | $450 | $90 |
| 137 | JML | 11/15/04 | E-mail to client regarding health status report | 0.1 | $250 | $25 |
| 138 | JML | 11/16/04 | Telephone and e-mail to client regarding damages information | 0.4 | $250 | $100 |
| 139 | JML | 11/16/04 | E-mail to plaintiff's counsel regarding our Response to Motion to Stay | 0.1 | $250 | $25 |
| 140 | SJN | 11/16/04 | Motion to stay briefing. | 0.2 | $250 | $50 |
| 141 | JML | 11/22/04 | Begin drafting Memo in Opposition to Motion to Stay | 2.2 | $250 | $550 |
| 142 | JML | 11/24/04 | Continue drafting Response to Motion to Stay | 2.1 | $250 | $525 |

Exhibit B      Total Time Billed Through April 26, 2005        Tab 12

| 143 | JML | 11/24/04 | Continue drafting Response to Motion to Stay | 3.5 | $250 | $875 |
| 144 | JML | 11/26/04 | Finalize Response to Motion to Stay and e-mail to TSN regarding same | 1.3 | $250 | $325 |
| 145 | SJN | 11/29/04 | Review our AB. | 0.2 | $250 | $50 |
| 146 | TSN | 11/30/04 | Review our stay brief. | 0.1 | $450 | $45 |
| 147 | TSN | 11/30/04 | E-mail to JLR. | 0.1 | $450 | $45 |
| 148 | TSN | 12/05/04 | Fact investigation on expected changes in County government in January and effect on this case. | 0.5 | $450 | $225 |
| 149 | JML | 12/08/04 | Telephone to economist regarding retaining him for an expert report | 0.3 | $250 | $75 |
| 150 | JML | 12/16/04 | Telephone from client regarding motion to stay | 0.1 | $250 | $25 |
| 151 | TSN | 12/19/04 | Review stay decision by the court. | 0.1 | $450 | $45 |
| 152 | SJN | 12/21/04 | Meeting with TSN re: settlement strategy. | 0.1 | $250 | $25 |
| 153 | TSN | 12/21/04 | Meet with JLR about settlement strategy. | 0.3 | $450 | $135 |
| 154 | TSN | 12/21/04 | Meeting with SJN re: settlement strategy. | 0.1 | $450 | $45 |
| 155 | JML | 12/22/04 | Telephone to client regarding economist's follow up questions | 0.3 | $250 | $75 |

Exhibit B        Total Time Billed Through April 26, 2005        Tab 12

| 156 | JML | 12/22/04 | Letter to economist regarding follow up data from today's conversation with client | 0.4 | $250 | $100 |
|---|---|---|---|---|---|---|
| 157 | JML | 12/23/04 | Review cardiologist medical records and end of year pay stubs for 2001-2004 | 0.5 | $250 | $125 |
| 158 | JML | 12/23/04 | Draft letter to economist regarding additional pension documents | 0.1 | $250 | $25 |
| 159 | JML | 12/29/04 | E-mail to economist regarding his initial draft report | 0.1 | $250 | $25 |
| 160 | JML | 12/30/04 | Telephone to client and 2 calls from client regarding salary range for Lt. Colonel, date of pay increase to Captain QW, and date of promotion to Major | 0.3 | $250 | $75 |
| 161 | JML | 12/30/04 | Draft letter to economist regarding additional information and documents and 4 scenarios of denied promotions and pay increases | 0.5 | $250 | $125 |
| 162 | JML | 12/31/04 | E-mail to Dr. Black regarding 3rd denied promotion scenario | 0.2 | $250 | $50 |
| 163 | JML | 01/03/05 | Review second draft economic report from Dr. Black | 0.4 | $250 | $100 |
| 164 | JML | 01/03/05 | E-mail to economist regarding corrections to latest draft of report | 0.1 | $250 | $25 |
| 165 | JML | 01/03/05 | E-mail from and to economist regarding title page of his report | 0.2 | $250 | $50 |
| 166 | SJN | 01/05/05 | Review TSN settlement concept e-mail. | 0.1 | $250 | $25 |
| 167 | TSN | 01/05/05 | Review Dr. Black report and outline demand package. | 0.6 | $450 | $270 |
| 168 | TSN | 01/13/05 | E-mail to JLR about economic report. | 0.1 | $450 | $45 |

Exhibit B        Total Time Billed Through April 26, 2005        Tab 12

| 169 | JML | 01/14/05 | Telephone to Dr. Black regarding revising his economic report to include tax effect | 0.1 | $250 | $25 |
|---|---|---|---|---|---|---|
| 170 | TSN | 01/16/05 | E-mail to JLR about settlement and Monell issues. | 0.3 | $450 | $135 |
| 171 | JML | 01/17/05 | Telephone to client regarding additional information to update economic report to add income tax effect of lump sum recovery | 0.1 | $250 | $25 |
| 172 | JML | 01/18/05 | Contact economist regarding additional documents for him to review | 0.1 | $250 | $25 |
| 173 | JML | 01/20/05 | Begin drafting Settlement package | 2.0 | $250 | $500 |
| 174 | TSN | 01/26/05 | Review revised economic expert report. | 0.3 | $450 | $135 |
| 175 | TSN | 01/27/05 | Telephone with Jeff Goddess. | 0.1 | $450 | $45 |
| 176 | TSN | 01/27/05 | E-mail to JLR> | 0.1 | $450 | $45 |
| 177 | TSN | 01/29/05 | E-mail to JLR. | 0.1 | $450 | $45 |
| 178 | TSN | 02/02/05 | E-mail JLR on Coons transition actions. | 0.2 | $450 | $90 |
| 179 | TSN | 02/04/05 | Meet with KM about NCCPD promotion process. | 0.6 | $450 | $270 |
| 180 | JML | 02/07/05 | E-mail from TSN and to client regarding demand letter | 0.2 | $250 | $50 |
| 181 | TSN | 02/07/05 | E-mail JLR on timing of settlement demand. | 0.1 | $450 | $45 |

Exhibit B       Total Time Billed Through April 26, 2005       Tab 12

| 182 | TSN | 02/09/05 | Gather facts on county finances. | 0.1 | $450 | $45 |
|-----|-----|----------|----------------------------------|-----|------|-----|
| 183 | TSN | 02/09/05 | Think about recusal decision by the court. | 0.2 | $450 | $90 |
| 184 | SJN | 02/10/05 | Meeting with TSN and JLR re: case strategy. | 0.4 | $250 | $100 |
| 185 | TSN | 02/10/05 | Meeting with SJN and JLR re: case strategy. | 0.4 | $450 | $180 |
| 186 | JML | 02/11/05 | Review TSN-SJN draft settlement demand in NCC case | 1.5 | $250 | $375 |
| 187 | JML | 02/11/05 | Continue drafting settlement package | 1.4 | $250 | $350 |
| 188 | TSN | 02/11/05 | File memo on recusal. | 0.2 | $450 | $90 |
| 189 | JML | 02/14/05 | Continue drafting settlement package: Statement of Facts | 1.6 | $250 | $400 |
| 190 | JML | 02/16/05 | Continue drafting settlement demand: Fact Witnesses and Expert Witnesses and Physical Injuries | 1.5 | $250 | $375 |
| 191 | JML | 02/16/05 | Continue drafting settlement demand: Damages, Injuries, Relief, Attorneys' Fees, and Punitives | 1.9 | $250 | $475 |
| 192 | JML | 02/17/05 | Continue drafting settlement package: Argument Section I | 1.5 | $250 | $375 |
| 193 | JML | 02/17/05 | Continue drafting settlement package: Argument Section II | 1.5 | $250 | $375 |
| 194 | JML | 02/17/05 | Continue drafting settlement package: Argument Section III | 1.5 | $250 | $375 |

Exhibit B       Total Time Billed Through April 26, 2005       Tab 12

| 195 | JML | 02/18/05 | Continue drafting settlement package: Finish Argument Section III | 0.1 | $250 | $25 |
|---|---|---|---|---|---|---|
| 196 | JML | 02/18/05 | Continue drafting Settlement package: Argument Section IV | 1.4 | $250 | $350 |
| 197 | JML | 02/18/05 | Continue drafting Settlement package: Argument Section V | 1.4 | $250 | $350 |
| 198 | JML | 02/18/05 | Legal research regarding Indemnification Law | 0.5 | $250 | $125 |
| 199 | JML | 02/18/05 | Continue drafting Settlement package: Argument Sections VI and VII | 2.0 | $250 | $500 |
| 200 | JML | 02/18/05 | Continue drafting settlement package: Settlement Proposal | 1.0 | $250 | $250 |
| 201 | JML | 02/18/05 | Review and revise entire 70 page settlement package | 1.9 | $250 | $475 |
| 202 | TSN | 02/19/05 | E-mail on settlement. | 0.1 | $450 | $45 |
| 203 | SJN | 02/20/05 | Review and revise settlement proposal. | 0.8 | $250 | $200 |
| 204 | JML | 03/03/05 | Memorandum to client regarding economic, compensatory, and punitive damages, his economic report, settlement demand package, Dr. Black, and detail report | 1.0 | $250 | $250 |
| 205 | TSN | 03/03/05 | Meet with JLR about the case. | 0.2 | $450 | $90 |
| 206 | JML | 03/08/05 | Telephone to client regarding further retaliatory transfer back to Minquedale for shift work | 0.1 | $250 | $25 |
| 207 | JML | 03/08/05 | Memo to TSN regarding further retaliatory transfer back to Minquedale for shift work | 0.2 | $250 | $50 |

Exhibit B        Total Time Billed Through April 26, 2005        Tab 12

| 208 | TSN | 03/08/05 | Review memo on his additional transfer to a new assignment. | 0.1 | $450 | $45 |
|---|---|---|---|---|---|---|
| 209 | JML | 03/14/05 | Review litigation report from NCC | 0.1 | $250 | $25 |
| 210 | JML | 03/14/05 | Prepare for today's briefing of TSN for his meeting tomorrow with the County attorney | 1.5 | $250 | $375 |
| 211 | JML | 03/14/05 | Update settlement package to include new developments in the case: Transfer to Patrol Squad B, additional defense attorneys' fees, etc | 0.9 | $250 | $225 |
| 212 | JML | 03/14/05 | E-mail to TSN regarding updated settlement package | 0.1 | $250 | $25 |
| 213 | SJN | 03/15/05 | Meet with TSN and Greg Wilson about settlement the case. | 0.2 | $250 | $50 |
| 214 | TSN | 03/15/05 | Meet with Greg Wison and SNJ about settling the case. | 0.2 | $450 | $90 |
| 215 | TSN | 03/15/05 | E-mail to JLR. | 0.1 | $450 | $45 |
| 216 | JML | 03/16/05 | Review e-mail from TSN and send e-mail to client regarding TSN meeting with County attorney | 0.1 | $250 | $25 |
| 217 | SJN | 03/18/05 | Meet with TSN about the settlement package. | 0.3 | $250 | $75 |
| 218 | TSN | 03/18/05 | meet with SJN about the settlement package. | 0.3 | $450 | $135 |
| 219 | TSN | 03/18/05 | Email to co-counsel | 0.1 | $450 | $45 |
| 220 | JML | 03/22/05 | E-mail from TSN and send e-mail to client regarding Coons' speech of 3/16/05 | 0.1 | $250 | $25 |

Exhibit B        Total Time Billed Through April 26, 2005        Tab 12

| 221 | TSN | 03/22/05 | E-mail to JLR | 0.1 | $450 | $45 |
|-----|-----|----------|--------------|-----|------|-----|
| 222 | SJN | 03/23/05 | Working on settlement package | 0.5 | $250 | $125 |
| 223 | JML | 03/24/05 | E-mail to Dr. Black regarding expert report | 0.1 | $250 | $25 |
| 224 | SJN | 03/24/05 | Meet with TSN about settlement proposal | 0.2 | $250 | $50 |
| 225 | SJN | 03/24/05 | Revising settlement package | 1.1 | $250 | $275 |
| 226 | TSN | 03/24/05 | Meet with SJN re: draft settlement proposal | 0.2 | $450 | $90 |
| 227 | TSN | 04/05/05 | Fact investigation on new public safety director | 0.2 | $450 | $90 |
| 228 | TSN | 04/05/05 | Fact investigation on new public safety director | 0.2 | $450 | $90 |
| 229 | TSN | 04/06/05 | Discuss with SJN status of the police dept. | 0.2 | $450 | $90 |
| 230 | TSN | 04/06/05 | Review letter on settlement from client | 0.1 | $450 | $45 |
| 231 | JML | 04/15/05 | Telephone to client regarding demand, meeting, and delivery of settlement package | 0.1 | $250 | $25 |
| 232 | JML | 04/15/05 | E-mail from TSN regarding demand, meeting, and delivery of settlement package and e-mails to and from co-counsel regarding cover letter for settlement package | 0.1 | $250 | $25 |
| 233 | TSN | 04/15/05 | Revise draft demand package | 1.1 | $450 | $495 |

Exhibit B        Total Time Billed Through April 26, 2005        Tab 12

| 234 | TSN | 04/15/05 | Finish revision of demand package | 1.5 | $450 | $675 |
| 235 | JML | 04/16/05 | Begin revising settlement package: pages 1-17 | 1.0 | $250 | $250 |
| 236 | JML | 04/18/05 | Continue revising settlement package: pp. 19-65 | 1.4 | $250 | $350 |
| 237 | JML | 04/18/05 | Continue revising settlement package: pp. 19-65 | 1.0 | $250 | $250 |
| 238 | JML | 04/18/05 | Continue drafting 67 page settlement package | 1.0 | $250 | $250 |
| 239 | JML | 04/18/05 | Begin drafting letter to County attorney regarding settlement package | 0.2 | $250 | $50 |
| 240 | SJN | 04/18/05 | Meeting with TSN re: settlement package | 0.1 | $250 | $25 |
| 241 | TSN | 04/18/05 | E-mails from JLR | 0.1 | $450 | $45 |
| 242 | TSN | 04/18/05 | Meeting with SJN re: settlement package | 0.1 | $450 | $45 |
| 243 | JML | 04/19/05 | Finalize letter to county attorney regarding settlement package | 0.1 | $250 | $25 |
| 244 | JML | 04/19/05 | Revise settlement package | 0.3 | $250 | $75 |
| 245 | SJN | 04/19/05 | E-mail from JLR re: retaliatory transfer | 0.1 | $250 | $25 |
| 246 | JML | 04/21/05 | Draft section on Plaintiff's superior qualifications | 0.7 | $250 | $175 |

Exhibit B        Total Time Billed Through April 26, 2005        Tab 12

| 247 | JML | 04/21/05 | Review and finalize 67 page demand package | 1.5 | $250 | $375 |
|---|---|---|---|---|---|---|
| 248 | JML | 04/21/05 | E-mail to TSN regarding demand package | 0.1 | $250 | $25 |
| 249 | JML | 04/22/05 | Finalize demand package with most recent revisions and e-mail to The Neuberger Firm regarding same | 0.2 | $250 | $50 |
| 250 | SJN | 04/22/05 | Meeting with SJN re: status of case, and planning out discovery and trial | 0.3 | $250 | $75 |
| 251 | TSN | 04/22/05 | Meeting with TSN re: status of case, and planning out discovery and trial | 0.3 | $450 | $135 |
| 252 | TSN | 04/22/05 | Review and approve settlement documents | 0.4 | $450 | $180 |
| 253 | TSN | 04/22/05 | Meet with client to review and obtain approval of demand package and our negotiating strategy | 1.5 | $450 | $675 |
| 254 | TSN | 04/22/05 | E-mail to co-counsel | 0.1 | $450 | $45 |
| 255 | JML | 04/26/05 | Telephone to client and e-mail to TSN regarding delivery of demand package | 0.1 | $250 | $25 |
| **Total Time Billed Through April 26, 2005** | | | | **125.6** | | **$38,280** |

# EXHIBIT

# C

| From: | Cheryl Hertzog [CherylH@neubergerlaw.com] |
|---|---|
| **Sent:** | Wednesday, November 21, 2007 2:31 PM |
| **To:** | Bowser, William; kjennings@ojlaw.com |
| **Cc:** | Thomas S. Neuberger; Stephen J. Neuberger; martin |
| **Subject:** | Riddell v. Gordon, et al. |
| **Attachments:** | Rule 16 Scheduling Order.draft.03.pdf; CAH Motion Pro Hac.draft.01.pdf |

Counsel,

In anticipation of the Court's upcoming Rule 16 Scheduling Conference, attached please find a draft Rule 16 Scheduling Order. Please send back any thoughts on the proposed dates. It is a fairly standard discovery period with dispositive motions due one month after the end of discovery.

Also, this case is assigned to the vacant judge in the U.S. District Court and it does not appear that the position will be filled anytime soon. Given that this case has already been delayed for quite some time, will defendants consent to the jurisdiction of the Magistrate and allow her to try the case? A few months ago defense counsel in the Reyes case indicated they were not opposed to the Magistrate trying that case in an effort to get a trial date sooner rather than later. Please let me know your thoughts on this as well.

Lastly, I'd like to ask for your consent for my admission *pro hac vice* to help Tom and Steve out on this case. I had originally intended to take the bar this past summer, but an unexpected pregnancy threw a wrench into those plans. Under the local rules, *pro hac* status cannot be granted to me, but we've checked with the Clerk's office and they indicated that in a particular case, a Judge can waive the rule and allow my participation. Both Judge Farnan and Judge Robinson have already granted my admission *pro hac vice* in two separate district court cases. I've attached to this e-mail the draft motion we've prepared on the matter. It lays things out in more detail. Could you let me know after the holiday your take on this also?

Thank you and have a wonderful holiday,

Cheryl Hertzog

Cc:    Charles Butler, Esq. (via US Mail)

~~~~~~~~~~~~~~~
Cheryl A. Hertzog, Esq.
* Licensed in PA and NJ only

The Neuberger Firm, P.A.
Attorneys and Counsellors at Law
Two East Seventh Street, Suite 302
Wilmington, DE  19801-3707
Phone 302.655.0582
Fax 302.655.9329
Email: CherylH@NeubergerLaw.com

# EXHIBIT

# D

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. McBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DiPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DiLIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
TERESA A. CHEEK
NEILLI MULLEN WALSH
JANET Z. CHARLTON

ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL
ELENA C. NORMAN
EDMON L. MORTON
JOHN E. TRACEY

JOSEPH M. BARRY
RYAN M. BARTLEY
SEAN M. BEACH
SANJAY BHATNAGAR
DONALD J. BOWMAN, JR.
MICHELE SHERRETTA BUDICAK
JEFFREY T. CASTELLANO
DOUGLAS T. COATS (MD ONLY)
KARA HAMMOND COYLE
KRISTEN SALVATORE DePALMA
MARGARET M. DiBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
KERRIANNE MARIE FAY
IAN S. FREDERICKS
JAMES J. GALLAGHER
WILLIAM E. GAMGORT
SEAN T. GREECHER
NATHAN D. GROW
STEPHANIE L. HANSEN
JAMES L. HIGGINS
PATRICK A. JACKSON
DAWN M. JONES
KAREN E. KELLER

JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI
EVANGELOS KOSTOULAS
JOHN C. KUFFEL
TIMOTHY E. LENGKEEK
ANDREW A. LUNDGREN
MATTHEW B. LUNN
ADRIA B. MARTINELLI
KATHALEEN McCORMICK
MICHAEL W. McDERMOTT
TAMMY L. MERCER
MARIBETH L. MINELLA
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
ADAM W. POFF
ROBERT F. POPPITI, JR.
SARA BETH A. REYBURN
CHERYL A. SANTANIELLO
MONTÉ T. SQUIRE
MICHAEL P. STAFFORD
CHAD S.C. STOVER
RICHARD J. THOMAS
TRAVIS N. TURNER
MARGARET B. WHITEMAN
SHARON M. ZIEG

SPECIAL COUNSEL
JOHN D. McLAUGHLIN, JR.
KAREN L. PASCALE
SETH J. REIDENBERG
PATRICIA A. WIDDOSS

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
BRUCE M. STARGATT
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE  19801

P.O. BOX 391
WILMINGTON, DELAWARE  19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE  19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL:  (302) 571-5008
DIRECT FAX:   (302) 576-3476
mdibianca@ycst.com

March 26, 2008

**BY E-MAIL & U.S. MAIL**

John M. LaRosa
Law Office of John M. LaRosa
Two East Seventh Street, Suite 302
Wilmington, DE 19801-3707

Thomas S. Neuberger
The Neuberger Firm, P.A.
Two East Seventh Street, Suite 302
Wilmington, DE 19801-3707

   Re: *Tobin v. Gordon, et al.*
     Fee Petition

Dear Sirs:

   Please consider this Defendants' response to the fee petition submitted by your respective firms in the above-referenced matter.  I have reviewed the time records received from your offices.  A summary of my conclusions follows below.

   First, there are numerous entries that are unrelated to this matter for which no reimbursement is available.  For example, there were multiple entries relating to correspondence with the Equal Employment Opportunity Commission ("EEOC").  Chief Tobin did not file a Charge of Discrimination in this matter.  Perhaps these entries should have been allocated to the Jamison matter, which involves the same defendants.

   Additionally, Mr. LaRosa has included approximately $6,000 in entries that should have been allocated to the Maloney-Rendina matter.  That is a separate, unrelated matter,

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

John M. LaRosa
March 26, 2008
Page 2

in which settlement has already been reached and plaintiff's counsel already compensated. The time for these activities cannot be billed twice and, therefore, are not reimbursable in the present matter. Further, there are several entries for correspondence with the press and related activities. Communication with the press or news media is not compensable time under Section 1983.

Second, an excessive amount of time has been requested for certain tasks. For example, 21.1 hours was billed to *draft* the Complaint. This does not include the significant amount of time spent corresponding between co-counsel or communications with the plaintiff.

Twenty-one hours is far beyond the amount of reasonable time it should take experienced counsel to draft a two-count complaint. The amount requested is especially excessive in light of the fact that more than one-half of the 147 paragraphs are identical to paragraphs in the Riddell and Jamison complaints and/or taken directly from the indictment cited therein. Another example of excessive time is the 7.4 hours submitted for drafting the Amended Complaint.[1] The Amended Complaint included less than a dozen minor changes.

In addition to these and other noncompensable and excessive submissions entries, there are a number of other problematic areas with the requested amounts. For example, there is no indication that either firm exercised billing judgment in preparing the statements as is required under Section 1983. Also, I have been unable to find support for the proposed hourly rate of $450 for time worked by Thomas S. Neuberger, Esq.

Despite these issues, it is in the best interest of all parties to resolve this matter as expeditiously as possible. In that light, and in exchange for full satisfaction of this matter, Defendants are amenable to a total fee payment of $47,000. Of that amount, $16,000 would be allocated to Mr. LaRosa and the remaining $31,000 to the Neuberger Firm.

As you know, the Court has rescheduled the teleconference to Wednesday, April 16, 2008. Please advise me of your respective positions as soon as practicable but no later than Monday, April 14, 2008.

Sincerely yours,

Margaret M. DiBianca

MMD:sec

---

[1] Mr. LaRosa has submitted 6.0 hours and the Neuberger firm has submitted 1.4 hours.

LAW OFFICE
OF

## JOHN M. LaROSA

TWO EAST 7TH STREET, SUITE 302
WILMINGTON, DELAWARE 19801-3707

LICENSED IN DE, PA, AND NJ
INTERNET: WWW.LAROSALAW.COM

PHONE: (302) 888-1290
FAX:     (302) 655-9329

March 28, 2008

<u>VIA U.S. MAIL AND FAX (302) 576-3476</u>
Margaret M. DiBianca, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801

RE:    **Tobin v. Gordon, et al. C.A. No. 04-1211-MPT**
       <u>**Plaintiff's Reply in Support of His Attorneys' Fee Petition**</u>

Dear Molly:

The following is a response to your letter to Attorney Thomas Neuberger and me of

March 26, 2008, disputing Plaintiff's attorneys' fees petition submitted to you more than a month

ago back on February 25, 2008. In sum, you are seeking a reduction of the total fees sought from

$72,121 to $47,000, which would result in a 35% decrease. We disagree with you for the

following reasons.

## <u>Our Hourly Rates Are More than Reasonable.</u>

First, despite repeated requests made as early as February 15, 2008, you have failed to

identify whether or not you dispute our hourly rates. That is the basis of the lodestar analysis and

you are hiding your cards in this fundamental point. So it is unclear from your letter whether or

not you openly challenge Attorney Thomas Neuberger's hourly rate of $450 and how that affects your logic and analysis. His rate is more than reasonable for an attorney of more than thirty four years at the Bar with his well known accomplishments, who also is a member of the Lawyers' Advisory Committee for the U.S. Court of Appeals for the Third Circuit, who was selected by the Chief Judge and Delaware Circuit Judges. If you are contesting that rate, as it looks to us, we think your position is without basis and is deliberately obstructive.

## Lynda Maloney and Maria Rendina Were Fact Witnesses to Chief Tobin's Case.

Second, there has been no duplication of effort between my Office and The Neuberger Firm. Regarding my time working with Lynda Maloney and Maria Rendina, that time was billed for interviewing them and preparing declarations from them as fact witnesses in Chief Tobin's case. That should have been clear to you from the 2007 dates during which those services were performed - long after the settlement of their own case against the County. Please note that I have never represented Lynda Maloney, Maria Rendina, Matt Jamison, or Kathy Riddell in their employment cases.

This time was appropriate to interview crucial fact witnesses.

## Billing Discretion Was Exercised in Foregoing Payment for Nearly 15 Hours of Attorney Time.

Third, despite your contention to the contrary, plaintiff's counsel did exercise billing judgment in preparing their fee submission. Specifically, I explained to you in my e-mail of February 25, 2008, that I only was billing for 138.7 of my 153.5 hours spent on the case. I decided not to seek payment for the other 14.8 hours in the exercise of billing discretion.

## Reasonable Time Was Spent Drafting the Pleadings in this Hotly Contested Case.

Fourth, the hours spent preparing the Complaint and the First Amended Complaint were

2

reasonable under the circumstances, and not excessive as you claim. This case was filed after Reyes and Hernandez v. Freebery, Cunningham and New Castle County, C.A. No.02-1283-KAJ (D.Del.). During that litigation, the County already had made it clear that it would spend enormous amounts of money defending employment cases against it. I know that over $700,000 has been spent to date in that case alone in defense among several law firms. In fact, in even older cases brought during defendant Gordon's first administration, such as Downs v. Gordon, Freebery and New Castle County, C.A. No.99-210-MMS (D.Del.), the County hired multiple outside law firms to zealously represent itself and its officers.

So certainly more than 20 hours had to be spent framing a Complaint which would withstand repeated meritless motions by the defense.

Furthermore, this case here was so complex that it necessitated excessive briefing by the County of twelve issues in its attempt to defeat plaintiff's claims. In fact, you even argued in the briefing that the Complaint had been carelessly framed and was not fact specific enough. But if we had spent more time on framing it, you now would be claiming the time was unnecessary. You cannot have it both ways.

Consequently, the Complaint and the First Amended Complaint had to be very carefully drafted to withstand defendants' Motion to Dismiss. This is not J.P. Court!

## EEOC Charge Arose from Plaintiff's Denied Promotions and Contributed to the Result.

Fifth, regarding time spent on services related to the U.S. EEOC charge, contrary to your statement, Chief Tobin did file a Charge of Discrimination for the denied promotions which gave rise to his claims. The County and its Police Department apparently was not represented by counsel at that stage of the litigation. Nevertheless, that work ultimately contributed to the final

3

result of the case.

## We Agree to Reduce Our Fees By 5%.

Finally, in seeking to reduce our fees by 35%, you never identify the total number of hours you dispute for time spent related to the media or the EEOC. Upon further review, in a Rule 408 protected negotiations stance, we would be willing to forego payment for all time related to the press or the EEOC if we can resolve this matter without having to bother the Court. Without prejudice, we would be willing to attribute 5% of the total time billed to those two matters. Therefore, in the further exercise of billing discretion, we will agree to reduce our fees sought by 5%. This totals $68,514 ($35,573 for The Neuberger Firm and $32,941 for my Office).

Please confirm that you will agree to this amount within three (3) business days. If not this offer will expire at that time.

If we cannot resolve this dispute, we will have Judge Thynge resolve the matter and we also will seek 100% of our fees as previously submitted to you on February 25th plus all subsequent time spent litigating this fee dispute.

We look forward to hearing from you soon.

Very truly yours,

John M. LaRosa

cc:    Thomas S. Neuberger, Esquire (via hand delivery)
       Charles E. Butler, Esquire (via U.S. mail)
       Kathleen M. Jennings, Esquire (via U.S. mail)
       Chief Henry V. Tobin III (via U.S. mail)

4

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

MARGARET M. DiBIANCA
DIRECT DIAL:  (302) 571-5008
DIRECT FAX:    (302) 576-3476
mdibianca@ycst.com

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

April 7, 2008

**BY E-MAIL**
John M. LaRosa
Law Office of John M. LaRosa
Two East Seventh Street, Suite 302
Wilmington, DE 19801-3707

Thomas S. Neuberger
The Neuberger Firm, P.A.
Two East Seventh Street, Suite 302
Wilmington, DE 19801-3707

Re:     *Tobin v. Gordon, et al.*
Fee Petition

Dear Sirs:

Defendants hereby decline Plaintiff's offer to resolve the issue of attorney's fees for a total sum of $64,908.90.  Defendants extend a final offer in the amount of $60,000.  The offer will remain open until the close of business on Friday, April 11, 2008.

Sincerely yours,

Margaret M. DiBianca

MMD:sec

cc:     Gregg E. Wilson, Esq. (via e-mail)

**From:**             John M. LaRosa, Esquire [JLR@LaRosaLaw.com]
**Sent:**             Monday, April 07, 2008 6:55 PM
**To:**               DiBianca, Margaret
**Cc:**               Jennings, Kathleen Esq.; Butler, Charles E. Esq.; Neuberger, Esq. Thomas S.
**Subject:**          Tobin v. Gordon: Fee Dispute

Molly:

Our final offer was a "drop dead" offer.

Since it was a drop dead offer, we will not move from our figure.  Our negotiations have ended.  We will simply take this up on April 16th at the teleconference with the Court where we will seek the full original amount of our fees and expenses as submitted to on February 25th plus all the time since those original figures were calculated.

To expedite matters with the Court, will you send over defense counsel's time and billing records so that we can compare plaintiff's counsel's time and hourly rates with defnse counsel's? Please let me know by this Wednesday, April 9th.

Otherwise, we will seek it in discovery.

Very truly yours,

John M. LaRosa

**********************************************
Law Office of John M. LaRosa
Two East 7th Street, Suite 302
Wilmington, Delaware 19801-3707
(302) 888-1290
(302) 655-9329 (fax)
www.LaRosaLaw.com (website)

# EXHIBIT

# E

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA  ☒ EEOC | 170-2004-01499 |

N/A

*State or local Agency, if any*                          and EEOC

NAME *(Indicate Mr., Ms., Mrs.)*  Lieutenant Henry V. Tobin III

HOME TELEPHONE *(Include Area Code)*  (302) 234-3418

STREET ADDRESS  312 Nicola Lane   CITY, STATE AND ZIP CODE  Hockessin, Delaware 19707

DATE OF BIRTH  10/25/1954

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

NAME  New Castle County Police Department

NUMBER OF EMPLOYEES, MEMBERS  Category C (201-500)

TELEPHONE *(Include Area Code)*  (302) 571-7976

STREET ADDRESS  3601 North DuPont Highway   CITY, STATE AND ZIP CODE  New Castle, Delaware 19720

COUNTY  New Castle

NAME

TELEPHONE NUMBER *(Include Area Code)*

STREET ADDRESS   CITY, STATE AND ZIP CODE

COUNTY

CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))*

☒ RACE  ☒ COLOR  ☐ SEX  ☐ RELIGION  ☒ AGE
☐ RETALIATION  ☐ NATIONAL ORIGIN  ☐ DISABILITY  ☐ OTHER *(Specify)*

DATE DISCRIMINATION TOOK PLACE *EARLIEST (ADEA/EPA)    LATEST (ALL)*
5/12/2003

☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

See Bill of Particulars (attached).

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(Day, month, and year)*

Date 3-3-04   *Charging Party (Signature)*

EEOC FORM 5 (Test 10/94)

EEOC Form 161 (10/96)          U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To:Henry V. Tobin, III
   312 Nicola Lane
   Hockessin, DE 19707

From: Equal Employment Opportunity Commission
      Philadelphia District Office
      The Bourse
      21 S. Fifth Street, Suite 400
      Philadelphia, PA  19106-2515

[  ]  *On behalf of person(s) aggrieved whose identity is*
      *CONFIDENTIAL (29 CFR § 1601.7(a))*

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 170-2004-01499 | Legal Unit | 215-440-2828 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[  ]  The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[  ]  Your allegations did not involve a disability that is covered by the Americans with Disabilities Act.

[  ]  The Respondent employs less than the required number of employees or is not otherwise covered by the statues.

[ X ]  We cannot investigate your charge because it was not filed within the time limit required by law.

[  ]  Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available
      for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[  ]  While reasonable efforts were made to locate you, we were not able to do so.

[  ]  You had 30 days to accept a reasonable settlement offer that afford full relief for the harm you alleged.

[  ]  The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude
      that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in
      compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised
      by this charge.

[  ]  The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[  ]  Other *(briefly state)*

---

- NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of
your right to sue that we will send you.  You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state
court.  Your lawsuit must be filed **WITHIN 90 DAYS** from your receipt of this Notice; otherwise, your right to sue based on this charge will be
lost.  (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA under-
payment.  This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

On behalf of the Commission

Enclosure(s)

_____          May 28, 2004
Marie M. Tomasso, District Director        *(Date Mailed)*

cc:  New Castle County/Department of Police
     John M. LaRosa, Esquire (for Charging Party)

P78

# EXHIBIT

# F

-----Original Message-----
From: John M. LaRosa, Esquire [mailto:JLR@LaRosaLaw.com]
Sent: Monday, November 26, 2007 5:45 PM
To: DiBianca, Margaret
Cc: Neuberger, Esq., Stephen; Neuberger, Esq. Thomas S.
Subject: Re: Tobin v. Gordon

Ms. DiBianca,

Your obstructive email found below has been forwarded to me for a response.

You cannot blackmail plaintiff, into consenting to meritless briefing, designed to delay the gathering of evidence and the entry of a scheduling order, by offering to consent to the jurisdiction of the magistrate.

My client has the right to discovery now, and he insists on that right.
Your clients have delayed plaintiff's day in court for far too long.
Your request is simply incredible.

Agree to the proposed discovery plan submitted to defense counsel by 10am tomorrow, or I will just submit the plan and its related correspondence to the magistrate tomorrow.  The court will have to deal with your obstruction and delay at the scheduled teleconference.

The defendants for several years now have sought to delay the gathering of evidence in this case.  That is now coming to an end.

As to your purported rationale, I point out that there are more than individual defendants in this case.  The County is a municipal defendant, accordingly you can file no case dispositive motion relating to the County and discovery has to go forward for that reason alone.
Qualified immunity does not apply to a municipal defendant.

I also remind you of your obligations under Rule 11.  Perhaps you are not versed in its requirements, or your senior associates are treating you as the low person on the totem pole and they are setting you up for the fall.

An assertion of qualified immunity on the legal theories in this case is without factual or legal basis.  The law prohibiting the retaliation asserted has been established for several decades.  Before you sign any such qualified immunity motion, think long and hard about your obligations as an officer of the court and the possibility of sanctions against you.  Beware of being the fall guy for the County or its prior officials who now have criminal records.

If you still think that such a motion is appropriate, and the court permits it at this late date, then we can brief it while

1

discovery is progressing.

Very truly yours,

John M. LaRosa

*********************************************
Law Office of John M. LaRosa
Two East 7th Street, Suite 302
Wilmington, Delaware 19801-3707
(302) 888-1290
(302) 655-9329 (fax)
www.LaRosaLaw.com (website)
----- Original Message -----
From: "Stephen J. Neuberger" <SJN@neubergerlaw.com>
To: "Thomas S. Neuberger" <TSN@neubergerlaw.com>; "Cheryl Hertzog"
<CherylH@neubergerlaw.com>; "John M. LaRosa, Esquire" <JLR@LaRosaLaw.com>
Sent: Monday, November 26, 2007 1:03 PM
Subject: FW: Tobin v. Gordon




-----Original Message-----
From: DiBianca, Margaret [mailto:mdibianca@ycst.com]
Sent: Monday, November 26, 2007 12:49 PM
To: Stephen J. Neuberger
Cc: Bowser, William; kjennings@ojlaw.com; ceb@cebutler.com; Wilson,
Gregg
Subject: Tobin v. Gordon

Good afternoon,

I am writing in regards to the proposed scheduling order you forwarded
before the holiday in the above-referenced matter.


> As you may know, the Defendants filed a Motion to Dismiss, which, in
> part, was based on grounds of qualified immunity in a related matter,
> Jamison v. Gordon.  We expect to likely do the same for the Riddell
> and Tobin cases.  Due to the qualified immunity issues, we will ask
> the Court to refrain from issuing a scheduling order until those
> motions have been decided.
>
> If you are amenable, Defendants would agree to Judge Thygne's
> jurisdiction if Plaintiff would agree to submit a jointly proposed
> briefing schedule in lieu of the proposed scheduling order.
>
> Please let me know if Plaintiff may be interested in such an
> agreement.
>
> Thank you,
>
> Molly DiBianca
>
> Margaret M. DiBianca, Esq.
> Young Conaway Stargatt & Taylor, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE  19899-0391
> Phone: 302-571-5008

**From:**        DiBianca, Margaret
**Sent:**        Monday, November 26, 2007 5:05 PM
**To:**          'Thomas S. Neuberger'
**Cc:**          Gregg Wilson, Esq.; Bowser, William; Martin D. Haverly, Esq.; Kathleen Jennings, Esquire; ceb@cebutler.com; Cheryl A. Hertzog, Esq.; Raeann Warner, Esq.; Stephen J. Neuberger (work)
**Subject:**     RE: Riddell v. Gordon

Thank you for your response.  Defendants will review the proposed scheduling order and arrange with your colleagues prior to its due date one week from today.

Sincerely,

Margaret M. DiBianca, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
Phone: 302-571-5008
Facsimile: 302-576-3476
mdibianca@ycst.com

-----Original Message-----
From: Thomas S. Neuberger [mailto:TSN@neubergerlaw.com]
Sent: Monday, November 26, 2007 5:00 PM
To: DiBianca, Margaret
Cc: Gregg Wilson, Esq.; Bowser, William; Martin D. Haverly, Esq.; Kathleen Jennings, Esquire; ceb@cebutler.com; Cheryl A. Hertzog, Esq.; Raeann Warner, Esq.; Stephen J. Neuberger (work); TSN@NeubergerLaw.com
Subject: FW: Riddell v. Gordon

Ms. DiBianca,

Your obstructive email found below has been forwarded to me for a response.

You cannot blackmail plaintiff, into consenting to meritless briefing, designed to delay the gathering of evidence and the entry of a scheduling order, by offering to consent to the jurisdiction of the magistrate.

My client has the right to discovery now and she insists on that right. Your clients have delayed plaintiff's day in court for far too long. Your request is simply incredible.

Agree to the proposed discovery plan submitted to you by 10am tomorrow, or I will just submit the plan and its related correspondence to the magistrate tomorrow.  The court will have to deal with your obstruction and delay at the scheduled teleconference.

The defendants for several years now have sought to delay the gathering of evidence in this case.  That is now coming to an end.

As to your purported rationale, I point out that there are more than individual defendants in this case.  The County is a municipal defendant, accordingly you can file no case dispositive motion relating

1

to the County and discovery has to go forward for that reason alone. Qualified immunity does not apply to a municipal defendant.

I also remind you of your obligations under Rule 11. Perhaps you are not versed in its requirements, or your senior associates are treating you as the low person on the totem pole and they are setting you up for the fall.

An assertion of qualified immunity on the legal theories in this case is without factual or legal basis. The law prohibiting the retaliation asserted has been established for several decades. Before you sign any such qualified immunity motion think long and hard about your obligations as an officer of the court and the possibility of sanctions against you. Beware of being the fall guy for the County or its prior officials who now have criminal records.

If you still think that such a motion is appropriate, and the court permits it at this late date, then we can brief it while discovery is progressing.

Tom Neuberger

Cc: client
*****************************************
Thomas S. Neuberger, Esquire
The Neuberger Firm
Attorneys And Counsellors At Law
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801-3707
Phone 302.655.0582
Fax 302.655.9329
Email: TSN@NeubergerLaw.com

-----Original Message-----
From: DiBianca, Margaret [mailto:mdibianca@ycst.com]
Sent: Monday, November 26, 2007 12:47 PM
To: Cheryl Hertzog
Cc: Wilson, Gregg; Bowser, William; ceb@cebutler.com; kjennings@ojlaw.com
Subject: Riddell v. Gordon

Good Afternoon,

I am responding to your e-mail to Gregg Wilson re: the scheduling order in the Riddell matter.

As you may know, the Defendants filed a Motion to Dismiss, which, in part, was based on grounds of qualified immunity in a related matter, Jamison v. Gordon. We expect to likely do the same for the Riddell and Tobin cases. Due to the qualified immunity issues, we will ask the Court to refrain from issuing a scheduling order until those motions have been decided.

If you are amenable, Defendants would agree to Judge Thygne's
jurisdiction if Plaintiff would agree to submit a jointly proposed
briefing schedule in lieu of the proposed scheduling order.

Please let me know if Plaintiff may be interested in such an agreement.

Thank you,

Molly DiBianca

Margaret M. DiBianca, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
Phone: 302-571-5008
Facsimile: 302-576-3476
mdibianca@ycst.com

This message may contain confidential attorney-client communications or
other protected information.  If you believe you are not an intended
recipient (even if this message was sent to your e-mail address), you
may not use, copy, or retransmit it.  If you believe you received this
message by mistake, please notify us by return e-mail, and then delete
this message.  Thank you for your cooperation.

# EXHIBIT

# G

**From:**    John M. LaRosa, Esquire [JLR@LaRosaLaw.com]
**Sent:**    Tuesday, February 19, 2008 8:07 PM
**To:**    DiBianca, Margaret
**Subject:** Re: Tobin v. Gordon: Pension Issue

Molly:

There is no reason we would care to share with you.

Very truly yours,

John M. LaRosa

**********************************************
Law Office of John M. LaRosa
Two East 7th Street, Suite 302
Wilmington, Delaware 19801-3707
(302) 888-1290
(302) 655-9329 (fax)
www.LaRosaLaw.com (website)

----- Original Message -----
**From:** DiBianca, Margaret
**To:** John M. LaRosa, Esquire
**Sent:** Tuesday, February 19, 2008 5:29 PM
**Subject:** RE: Tobin v. Gordon: Pension Issue

John:

Was there any reason in particular that this request was not raised prior to the acceptance of the Offer of
Judgment?  Especially in light of the fact that the offer was accepted on a Saturday, five days before the offer
expired, it is unclear why this term was not negotiated before the acceptance was filed with the court.

~Molly

From: John M. LaRosa, Esquire [mailto:JLR@LaRosaLaw.com]
Sent: Tuesday, February 19, 2008 5:25 PM
To: DiBianca, Margaret
Cc: Neuberger, Esq. Thomas S.
Subject: Tobin v. Gordon: Pension Issue

Molly:

Please make the County Executive aware of Mr. Tobin's pension request. He would prefer he be
included in this discussion.

Thank you.

Very truly yours,

John M. LaRosa

**********************************************
Law Office of John M. LaRosa
Two East 7th Street, Suite 302
Wilmington, Delaware 19801-3707
(302) 888-1290
(302) 655-9329 (fax)
www.LaRosaLaw.com (website)

----- Original Message -----
**From:** DiBianca, Margaret
**To:** John M. LaRosa, Esquire
**Sent:** Friday, February 15, 2008 5:20 PM
**Subject:** RE: Tobin v. Gordon: Pension Issue and Form of Order of Judgment

John,

I passed along Tobin's pension request to the County and I will keep you posted with what I hear.  As I said today on the phone, the County is not under any obligation to consider the request but they do have it in any event.

On the Order of Judgment, two things.  First, on the conference call, she directed me to file the order, so you don't have to worry about the filing.  Second, while I can't be sure, I think it should just be an order closing the case, as the Offer of Judgment has already been docketed and speaks for itself.  I will look into it though to be certain.

In the meantime, have a great weekend.

Thank you,

Molly DiBianca

From: John M. LaRosa, Esquire [mailto:JLR@LaRosaLaw.com]
Sent: Friday, February 15, 2008 1:55 PM
To: DiBianca, Margaret
Cc: Neuberger, Esq. Thomas S.
Subject: Tobin v. Gordon: Pension Issue and Form of Order of Judgment

Molly:

The following will memorialize our telephone conversation this afternoon.  On behalf of plaintiff, I requested that the County recalculate his pension to reflect retirement at a Captain's rate of pay.  Such a measure would not cost the County any additional monies up front.  Also, we understand that the County has done this in the past in employment cases for other long-time police officers.

You indicated that in fairness, you indeed would address this issue with your client.

Also, regarding the form of Order of Judgment, I suggested that we use the attached draft, in which we just briefly state the terms as contemplated in Defendants' Offer of Judgment (i.e. "$25,000 plus reasonable attorneys' fees and costs") and indicate that ultimately the amount awarded for fees and costs will be a figure approved by the Court.  If this is acceptable to all defendants, I will file it with the Court.

Please let me know defendants' response on both of these issues by Tuesday.

Page 3 of 3

Thank you for your continued cooperation in resolving this matter.

Very truly yours,

John M. LaRosa

*********************************************
Law Office of John M. LaRosa
Two East 7th Street, Suite 302
Wilmington, Delaware 19801-3707
(302) 888-1290
(302) 655-9329 (fax)
www.LaRosaLaw.com (website)